UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNIFORMED FIRE OFFICERS ASSOCIATION, et al.,

                              Plaintiffs,       **NOTICE OF APPEARANCE**

      -against-                     Case No. 20 CV 05441

BILL DE BLASIO, et al.,

                              Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE**, that I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, recently assigned to represent the Defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              July 16, 2020

                                         **JAMES E. JOHNSON**
                                         Corporation Counsel
                                           of the City of New York
                                         Attorney for Defendant City of New York
                                         100 Church Street, Room 2-186/2-317
                                         New York, New York 10007
                                         (212) 356-2444/4328
                                         dosaint@law.nyc.gov

                              By:     ***/s/ Dominique F. Saint-Fort***
                                          Dominique F. Saint-Fort
                                          Assistant Corporation Counsel

To:     Anthony P. Coles
          DLA PIPER LLP (US)
          Attorney for Plaintiffs
          1251 6th Avenue
          New York, NY 10020
          Telephone: (212) 335-4844
          Facsimile: (212) 884-8644
          Email: anthony.coles@dlapiper.com

Civil Case No. 20 CV 05441

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| UNIFORMED FIRE OFFICERS ASSOCIATION, et al.,<br><br>                                                               Plaintiffs,<br><br>                              -against-<br><br>BILL DE BLASIO, et al.,<br><br>                                                               Defendants. |
| **NOTICE OF APPEARANCE** |
| *JAMES E. JOHNSON*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-186*<br>*New York, New York 10007*<br><br>*Of Counsel:  Dominique F. Saint-Fort*<br>*Tel:  (212) 356-2444*<br>*Matter:  No. 2020-025039* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.   ......................................................, 2020*<br><br>*.....................................................................Esq.*<br><br>*Attorney for.......................................................................* |