

New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

Christopher Dunn
Legal Director

VIA ECF

July 17, 2020

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: *Uniformed Fire Officers Assoc. v. de Blasio*, 20 Civ. 5441 (KPF)

Dear Judge Failla:

On behalf of the New York Civil Liberties Union, I write to request that the Court allow the NYCLU to participate as amicus curiae in this matter. The plaintiffs here seek emergency relief that would bar New York City and various constituent agencies from releasing certain disciplinary records notwithstanding New York State's recent repeal of the state law – section 50-a of the Civil Rights Law -- that had rendered those records confidential. As part of its extensive work supporting government accountability and addressing law-enforcement misconduct, the NYCLU long has been involved in disputes about section 50-a, including several lawsuits. *See, e.g., New York Civil Liberties Union v. City of New York*, 32 N.Y. 556 (2018) (addressing application of section 50-a to NYCLU request for NYPD disciplinary decisions); *Victor v. Office of Administrative Trials and Hearings*, Index No. 100890/15 (N.Y. County Sup. Ct., June 4, 2018) (amicus curiae in dispute addressing application of section 50-a to disciplinary decisions involving Department of Correction officers). The NYCLU also was deeply involved in the legislative process earlier this year that led to the repeal of section 50-a.

In light of this experience, the NYCLU respectfully believes it could be of assistance to the Court as it addresses the issues and arguments the parties likely will present. For this reason, we request that the Court allow the NYCLU to participate as amicus in this matter and participate in any conference that takes places later today or next week in response to the letter the City filed earlier today (ECF 7).

Respectfully submitted,

s/*Christopher Dunn*

Christopher Dunn

c: All counsel (via ECF)