| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association,<br><br>                Petitioners/Plaintiffs,<br><br>  -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>                Respondents/Defendants. | Case No. 1:20-CV-05441<br><br>**NOTICE OF STATE COURT PAPERS FILED BY PETITIONERS/PLAINTIFFS PRIOR TO REMOVAL** |

**TO: CLERK OF COURT AND ALL PARTIES OF RECORD**

      **PLEASE TAKE NOTICE** in connection with the Notice of Removal filed by Respondents/Defendants in this action (ECF No. 1), that attached hereto are true and correct copies of the following papers filed prior to removal with the Supreme Court of the State of New York, New York County: (1) Petitioners/Plaintiffs' Proposed Order to Show Cause; (2) Petitioners/Plaintiffs Verified Petition/Complaint (also filed by Respondents/Defendants without exhibits at ECF Nos. 1 & 5) (3) Exhibits 1 through 9 to Petitioners/Plaintiffs Verified

Petition/Complaint; (4) Memorandum of Law in Support of Verified Petition/Complaint and Proposed Order to Show Cause Seeking Temporary Restraining Order and Preliminary Injunction; (5) Affirmation in Support of Emergency Relief; (6) Rule 202.7(f) Affirmation of Notice of Application for a Temporary Restraining Order; (7) UCS-840, Request for Judicial Intervention; and (8) Summons.

| | |
|---|---|
| Dated: July 17, 2020<br>New York, New York | **DLA PIPER LLP (US)**<br><br>By: /s/ *Anthony P. Coles*<br>Anthony P. Coles<br>Michael R. Hepworth<br>1251 6th Avenue<br>New York, NY 10020<br>Telephone: (212) 335-4844<br>Facsimile: (212) 884-8644<br>Email: anthony.coles@dlapiper.com<br>Email: michael.hepworth@dlapiper.com<br><br>Courtney G. Saleski<br>   (*pro hac vice* to be filed)<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103-7300<br>Telephone: (215) 656-2431<br>Facsimile: (215) 606-2046<br>Email: courtney.saleski@dlapiper.com<br><br>*Attorneys for Petitioners/Plaintiffs* |