|  | At an IAS Part of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse located at 60 Center Street, New York, New York on the \_\_\_\_\_day of _____, 2020 |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and Detectives' Endowment Association,<br><br>            Petitioners/Plaintiffs,<br><br>  -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>            Respondents/Defendants. | Index No.:<br><br><br>**[PROPOSED] ORDER<br>TO SHOW CAUSE** |

Upon reading of the annexed Verified Petition/Complaint and supporting exhibits, its accompanying Memorandum of Law and supporting exhibits, the Affirmation of Andrew Quinn in Support of Emergency Relief, dated July 14, 2020, and the Affirmation of Anthony P. Coles, dated July 14, 2020, and sufficient cause being alleged, it is hereby:

**ORDERED** that the Respondents/Defendants ("Respondents") show cause before this Court, at IAS Part ____ of the Courthouse located at 60 Center Street, New York, New York on the ____ day of _____, at 9:30 am of that day, or as soon thereafter as counsel can be heard, why an Order should not be made pursuant to CPLR § 6301, on behalf of Petitioners/Plaintiffs ("Petitioners") Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Correction Officers Benevolent Association of the City of New York, Police Benevolent Association of the City of New York, Inc., Sergeants Benevolent Association, Lieutenants Benevolent Association, Captains Endowment Association, and Detectives' Endowment Association, preliminarily restraining Respondents, and those acting in concert with them, from publicly disclosing any records concerning disciplinary matters against individual New York City police officers, firefighters, and corrections officers that are non-final, unsubstantiated, unfounded, exonerated or resulted in a finding of not guilty ("Unsubstantiated and Non-Final Allegations"), or that regard settlement agreements entered into prior to June 12, 2020.

**IT IS FURTHER ORDERED** that pending the hearing scheduled above for the preliminary injunction, a temporary restraining order is hereby issued restraining Respondents, and those acting in concert with them, from publicly disclosing any records concerning Unsubstantiated and Non-Final Allegations or settlement agreements entered into prior to June 12, 2020;

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause and the papers on which it is based, on or before _____, 2020, by email correspondence to the designated service e-mail address for the New York City Law Department (serviceECF@law.nyc.gov), together with delivery by mail of a hard copy of those same

documents to the Law Department's main office at 100 Church Street, New York, NY 10007, shall be deemed good and sufficient service on Respondents' counsel;

**IT IS FURTHER ORDERED** that Petitioners are permitted to serve expedited document discovery requests, limited to no more than ten numbered, written document requests, and that Respondents shall produce documents responsive to the requests within ___ days of service of the requests, so that Petitioners can review the documents before the return date stated above for a hearing on Petitioners' request for a preliminary injunction;

**IT IS FURTHER ORDERED** that the Respondents' opposition papers, if any, are to be served on Petitioners' counsel via NYSCEF and e-mail (anthony.coles@dlapiper.com), on or before the _____ day of _____ 2020;

**IT IS FURTHER ORDERED** that the Petitioners' reply papers, if any, shall be served via NYSCEF and e-mail (serviceECF@law.nyc.gov), on or before the _____ day of _____ 2020.

Signed, this ___ day of ____, New York, New York:

ENTER:

_____

J.S.C.