SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association,<br><br>      Petitioners/Plaintiffs,<br><br> -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>      Respondents/Defendants. | Index No.:<br><br>**RULE 202.7 (f) AFFIRMATION OF NOTICE OF APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

ANTHONY COLES, a member of the bar of this Court, hereby affirms as follows:

1. I am counsel for the above-named Petitioners/Plaintiffs. I submit this affidavit pursuant to Rule 202.7(f) to detail the good-faith notice provided to counsel for Respondents/Defendants in connection with Petitioners' accompanying application for a Temporary Restraining Order ("TRO") and related relief.

2. I first notified the attorneys for the Respondents/Defendants, the Office of the Corporation Counsel, on July 13 by email and by telephone that the Petitioners would be seeking a TRO on or before July 15.

3. On July 14, I had three telephone calls with Rebecca Quinn and Dominique Saint-Fort, lawyers for Respondents at the Office of the Corporation Counsel, to discuss the timing of Petitioners' application for a TRO, as well as a potential briefing schedule on Petitioners' accompanying request for a preliminary injunction. After good-faith discussions, no resolution was reached. These calls were held at 10:45 a.m., 2:30 pm, and 5:30 p.m.

4. As a result of the emergency need for the relief sought, I notified Ms. Quinn and Ms. Saint-Fort in our third call, and by follow up email, that Petitioners would submit their application seeking a TRO on July 15, 2020 at 9:30 am, or as soon as counsel could be heard, at the Supreme Court Courthouse in New York County, if Respondents wished to be heard on the application (subject to the Court's procedures). I also informed counsel for the Respondents that our application and supporting papers (including an Order to Show Cause, Verified Petition, Memorandum of Law, and Affidavit of Emergency) would be e-filed with the Court via NYSCEF at or before that time, and also delivered to the Corporation Counsel electronically..

5. No prior request for this or similar relief has been made.

Dated: July 14, 2020

_____
ANTHONY COLES