UCS-840
(rev. 07/29/2019)

# REQUEST FOR JUDICIAL INTERVENTION

SUPREME COURT, COUNTY OF NEW YORK

Index No: _____   Date Index Issued: _____

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**CAPTION**  Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association

Plaintiff(s)/Petitioner(s)

-against-

Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**  Check only one box and specify where indicated.

**COMMERICIAL**
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**REAL PROPERTY**  Specify how many properties the application includes: ____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):  ☐ Residential  ☐ Commercial
   Property Address: _____
   *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*
- ☐ Tax Certiorari
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution  [see NOTE in COMMERCIAL section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

**MATRIMONIAL**
- ☐ Contested
   *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI ADDENDUM (UCS-840M).*
   *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**TORTS**
- ☐ Asbestos
- ☐ Child Victims Act
- ☐ Environmental (specify): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): _____
- ☐ Other Negligence (specify): _____
- ☐ Other Professional Malpractice (specify): _____
- ☐ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ☐ CPLR Article 75 (Arbitration) [see *NOTE* in COMMERCIAL section]
- ☒ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): _____
- ☐ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING**  Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: 07/14/2020 |
| Has a summons and complaint or summons with notice been served? | ☒ | ☐ | If yes, date served: 07/14/2020 |
| Is this action/proceeding being filed post-judgment? | ☐ | ☐ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**  Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ☐ Notice of Motion    Relief Requested: _____   Return Date: _____
- ☐ Notice of Petition   Relief Requested: _____   Return Date: _____
- ☒ Order to Show Cause   Relief Requested: TRO and Preliminary Injunction   Return Date: _____
- ☐ Other Ex Parte Application   Relief Requested: _____
- ☐ Poor Person Application
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): _____

**RELATED CASES** — List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**PARTIES** — For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties | Attorneys and Unrepresented Litigants | Issue Joined | Insurance Carriers |
|---|---|---|---|---|
| ☐ | Name: Uniformed Fire Officers Association<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Uniformed Firefighters Association of Greater New York<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Correction Officers' Benevolent Association of the City of New Yo<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Police Benevolent Association of the City of New York, Inc.<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Sergeants' Benevolent Association<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Lieutenants' Benevolent Association<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Captains' Endowment Association<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Detectives' Endowment Association<br>Role(s): Petitioner | Anthony P. Coles and Michael R. Hepworth<br>DLA Piper, 1251 6th Ave., NY, NY 10020,<br>Tel. (212) 335-4844; Email: anthony.coles@dlapiper.com; michael.hepworth@dlapiper.com | ○ YES ○ NO | |
| ☐ | Name: Bill de Blasio, as Mayor of the City of New York<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |
| ☐ | Name: City of New York<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |
| ☐ | Name: Fire Department of the City of New York<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |
| ☐ | Name: Daniel A. Nigro, in his official capacity<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |
| ☐ | Name: New York City Department of Correction<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |
| ☐ | Name: Cynthia Brann, in her official capacity<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |
| ☐ | Name: Dermot F. Shea, in his official capacity<br>Role(s): Respondent | James E. Johnson<br>Corporation Counsel of the City of New York<br>100 Church Street, NY, NY 10007; Tel. (718) 356-310 | ○ YES ● NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 07/14/2020

/s/ Anthony P. Coles
Signature

1771930
Attorney Registration Number

Anthony P. Coles, Esq.
Print Name

# Request for Judicial Intervention Addendum

**Supreme** COURT, COUNTY OF **New York**  Index No: _____

UCS-840A (7/2012)  Print Form

**For use when additional space is needed to provide party or related case information.**

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | New York City Police Department (Last Name) / (First Name) / Primary Role: Respondent / Secondary Role (if any): | Johnson (Last Name), James (First Name) / Corporation Counsel of the City of New York (Firm Name) / 100 Church Street (Street Address), NY (City), New York (State), 10007 (Zip) / 7183563100 (Phone), (Fax), jjohnson@law.nyc.gov (e-mail) | ☐ YES ☒ NO | |
| ☐ | Davie (Last Name) / Frederick, in his official capacity (First Name) / Primary Role: Respondent / Secondary Role (if any): | Johnson, James / Corporation Counsel of the City of New York / 100 Church Street, NY, New York, 10007 / 7183563100, jjohnson@law.nyc.gov | ☐ YES ☒ NO | |
| ☐ | Civilian Complaint Review Board (Last Name) / (First Name) / Primary Role: Respondent / Secondary Role (if any): | Johnson, James / Corporation Counsel of the City of New York / 100 Church Street, NY, New York, 10007 / 7183563100, jjohnson@law.nyc.gov | ☐ YES ☒ NO | |
| ☐ | | | ☐ YES ☒ NO | |
| ☐ | | | ☐ YES ☒ NO | |
| ☐ | | | ☐ YES ☒ NO | |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |