SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and Detectives' Endowment Association, | Index No.: <br><br> **SUMMONS** |
| Petitioners/Plaintiffs, | |
| -against- | |
| Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board, | |
| Respondents/Defendants. | |

**TO THE ABOVE NAMED RESPONDENTS/DEFENDANTS:**

  **YOU ARE HEREBY SUMMONED** to answer the Verified Petition/Complaint in this action and to serve a copy of your answer on Petitioners/Plaintiffs' undersigned counsel within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York.

**PLEASE TAKE FURTHER NOTICE** that should you fail to answer, a judgement will be entered against you by default for the relief demanded in the Verified Petition/Complaint.

Petitioners/Plaintiffs designate New York County as the place of trial. The basis of this designation is that the Respondents/Defendants reside in New York County and the events or omissions giving rise to the claims occurred in New York County. *See* CPLR §§ 503, 506, and 7804.

Dated: July 14, 2020
      New York, New York

**DLA PIPER LLP (US)**

By: _____/s/ Tony Coles_____
Anthony P. Coles
Michael R. Hepworth
1251 6th Avenue
New York, NY 10020
Telephone: (212) 335-4844
Facsimile: (212) 884-8644
Email: anthony.coles@dlapiper.com
Email: michael.hepworth@dlapiper.com

Courtney G. Saleski
   (*pro hac vice* to be filed)
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-2431
Facsimile: (215) 606-2046
Email: courtney.saleski@dlapiper.com

*Attorneys for Petitioners/Plaintiffs*