SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  CIVIL TERM : PART 35
-------------------------------------------X
UNIFORMED FIRE OFFICERS ASSOCIATION;
UNIFORMED FIREFIGHTERS ASSOCIATION OF
GREATER NEW YORK; CORRECTION OFFICERS'
BENEVOLENT ASSOCIATION OF THE CITY OF NEW
YORK, INC.; POLICE BENEVOLENT ASSOCIATION
OF THE CITY OF NEW YORK, INC.; SERGEANTS
BENEVOLENT ASSOCIATION; LIEUTENANTS
BENEVOLENT ASSOCIATION; CAPTAINS
ENDOWMENT ASSOCIATION; AND DETECTIVES'
ENDOWMENT ASSOCIATION,

                    Petitioners/Plaintiffs,

                                        Index No.
          -against-                     154982/2020

BILL DE BLASIO, IN HIS OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF NEW YORK; THE
CITY OF NEW YORK; FIRE DEPARTMENT OF THE
CITY OF NEW YORK; DANIEL A. NIGRO, IN HIS
OFFICIAL CAPACITY AS THE COMMISSIONER OF
THE FIRE DEPARTMENT OF THE CITY OF NEW
YORK; NEW YORK CITY DEPARTMENT OF
CORRECTION; CYNTHIA BRANN, IN HER
OFFICIAL CAPACITY AS THE COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
CORRECTION; DERMOT F. SHEA, IN HIS
OFFICIAL CAPACITY AS THE COMMISSIONER OF
THE NEW YORK CITY POLICE DEPARTMENT; THE
NEW YORK CITY POLICE DEPARTMENT;
FREDERICK DAVIE, IN HIS OFFICIAL CAPACITY
AS THE CHAIR OF THE CIVILIAN COMPLAINT
REVIEW BOARD; AND THE CIVILIAN COMPLAINT
REVIEW BOARD,

                    Respondents/Defendants.  **MOTION VIA SKYPE**
-------------------------------------------X
OFFICIAL ADDRESS:    60 Centre Street
                     New York, New York 10007
                     July 15, 2020


B E F O R E:    (Via Skype)

          HON. CAROL EDMEAD, Justice of the Supreme Court

          (Appearances on the following page.)

2    A P P E A R A N C E S:  (Via Skype)

3

     DLA PIPER US LLP
4    Attorneys for the Petitioners/Plaintiffs
     1251 Avenue of the Americas
5    New York, New York 10020-1104
     BY: ANTHONY P. COLES, ESQ.
6         JOHN WRAY, ESQ.

7

     NEW YORK CITY LAW DEPARTMENT
8    OFFICE OF THE CORPORATION COUNSEL
     Attorneys for the Respondents/Defendants
9    100 Church Street
     New York, New York 10007, New York ZIP
10   BY: REBECCA JO QUINN, ESQ.
          DOMINIQUE SAINT-FORT, ESQ.

11

12   A L S O   P R E S E N T:   (Via Skype)

13   GRACE ANN C. LAZARO, Law Secretary

14   MICHAEL W. CAVARRETTA, Law Secretary

15   SAMMER OSMAN, Court Clerk

16

17

18

19

20

21

22

23

24

25          *    *    *    *    *    *    *    *    *    *    *    *
                          LAURA L. LUDOVICO
26                        Senior Court Reporter
                        60 Centre Street – Room 420

2                        New York, New York 10007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

```
 1                          Proceedings
 2              THE COURT:  Mr. Osman?
 3              THE CLERK:  Yes, Your Honor.
 4              THE COURT:  Okay.  All right.  Mr. Osman, you are
 5      there?
 6              THE CLERK:  Yes, Your Honor.
 7              THE COURT:  Okay.  Let's get the law sectaries
 8      and then let's get appearances.
 9              THE CLERK:  They are all here as well, Your
10      Honor.
11              THE COURT:  Can we get appearances then?
12              MR. COLES:  Your Honor, my name is Tony Coles,
13      counsel for the petitioners/plaintiffs from the Law Firm of
14      DLA Piper.
15              THE COURT:  Excellent.
16              Next.
17              MR. COLES:  My colleague is John Wray, W-R-A-Y,
18      also from DLA Piper.
19              THE COURT:  Thank you.
20              Next.
21              MS. QUINN:  Good morning, Your Honor.
22              Rebecca Quinn from the New York City Law
23      Department on behalf of the Defendants/Respondents.
24              THE COURT:  Thank you.
25              Next.
26              MS. SAINT-FORT:  Good morning, Your Honor.
```

|   | Proceedings |
|---|---|
| 1 | |

1                          Proceedings

2     Dominique Saint-Fort from the New York City Law Department,

3     also on behalf of the respondents.

4               THE COURT:  You'll have to spell your last name,

5     please.

6               MS. SAINT-FORT:  Sure.  Saint Fort, S-A-I-N-T,

7     dash F-O-R-T, Saint-Fort.

8               THE COURT:  Thank you.  And you're for the

9     Defendants/Respondents as well, right?

10              MS. SAINT-FORT:  Yes, Your Honor.

11              THE COURT:  Anyone else?

12              Okay.  Let's hear from counsel for

13    Plaintiffs/Petitioners.

14              If you are not speaking, please mute your mic so

15    we don't get echo.  Thank you, all.

16              Now, Mr. Coles, Mr. Wray, first question is

17    directed to you.  We understand that this arises from the

18    repeal of New York City Civil Rights Law § 50-a, I believe,

19    subparagraph one.

20              Why do you need this relief today?

21              MR. COLES:  Your Honor, thank you very much.

22    That obviously is the core question for the proceeding

23    today.

24              The issue here is the repeal of 50-a did not also

25    repeal well-settled New York City laws regarding collective

26    bargaining, regarding due process, regarding contract law

1              Proceedings

2      and regarding Article 78.  The reason we need a TRO today,

3      it appears to be the City's position, is they simply want

4      to ignore the independent existence of the rights of the

5      petitioners and the plaintiffs in this case under settled

6      law to have certain review and certain scoping done of the

7      rule 50-a applications, who we have been told -- I've had a

8      number of conversations with the Law Department and we had

9      come close to having an agreement under which the release

10     of documents would tentatively or provisionally be put on

11     hold while this matter was briefed.  We ultimately could

12     not reach an agreement on that.

13             My clients, who are the five police unions, the

14     two fire unions and the correction officers' unions, 65,000

15     approximately, law enforcement members, have been told that

16     as early as this week in the wake of the repeal of 50-a,

17     the City is on the verge of a hasty and rushed decision to

18     publish and promote on the internet the personnel records

19     of thousands of officers that contain -- and this is

20     critical -- nonfinal and unsubstantiated claims and

21     allegations.  It is basically a document dump with no

22     individualized assessment for any determination as to

23     matters that are unproven or unfounded.

24             The --

25             MS. QUINN:  I'm sorry, I have to -- I'm sorry,

26     Mr. Coles, to interrupt.

```
 1                          Proceedings
 2              THE COURT:  Who's speaking, please?
 3              MS. QUINN:  I'm sorry, Your Honor.  This is
 4     Rebecca Quinn for the respondents.
 5              THE COURT:  Thank you.  Go ahead.
 6              MS. QUINN:  Thank you so much.
 7              I just have to let the Court know that this
 8     matter has now been removed based on federal question
 9     jurisdiction.
10              THE COURT:  Well, if the matter has been removed,
11     all this Court is to see is the removal document and then
12     there is no more for us to say.  However, the application
13     for a stay, will that be then immediately addressed by the
14     Federal Court?
15              MS. QUINN:  Okay.  Your Honor, can I forward
16     those papers to Mr. Osman?
17              THE COURT:  You can upload it and eFile and then
18     you could attach it to Mr. Osman.
19              Will there be an interim stay being considered
20     immediately by the Federal Court?
21              MS. QUINN:  Your Honor --
22              THE COURT:  The question I have clearly is,
23     simply is, if, as the plaintiffs/petitioners point out,
24     there is the anticipatory disclosure of this information,
25     which could be as early as today.  Will the interim stay be
26     before the Federal Court before there is any disclosure of
```

| | |
|---|---|
| 1 | Proceedings |
| 2 | this information? |
| 3 | MS. QUINN:  I believe as long as it's before the |
| 4 | Court today, Your Honor, yes, that would be today before |
| 5 | the Court's conversation. |
| 6 | THE COURT:  I understand, but you see what you |
| 7 | just said?  "I believe it will be before the Court today." |
| 8 | There is a concern, of course, for the petitioners in this |
| 9 | case because that is a critical issue in their application |
| 10 | by Order to Show Cause.  So if you can give an assurance |
| 11 | that there will be no disclosures related to the repeal of |
| 12 | New York City Civil Rights Law § 50-a(1) prior to the |
| 13 | matter getting before the Federal Court, we are done. |
| 14 | MS. QUINN:  Okay.  Can we endeavor to obtain |
| 15 | those assurances, Your Honor? |
| 16 | THE COURT:  Well, the question I have is unless |
| 17 | and until that is done, it's open.  You see what I'm |
| 18 | saying? |
| 19 | Or this Court can just fashion an order that says |
| 20 | that the Court has been made aware that -- Grace, this is |
| 21 | to you. |
| 22 | MS. LAZARO:  Yes, Your Honor. |
| 23 | THE COURT:  The Court has been made aware that |
| 24 | this matter has been remanded to the Federal Court.  The |
| 25 | Court's concern, of course, is that pending the matter |
| 26 | being heard before the Federal Court, that the issue of the |

| | |
|---|---|
| 1 | Proceedings |
| 2 | interim stay is critical and I'm inclined to grant an |
| 3 | interim stay pending this matter being before the Federal |
| 4 | Court.  I just don't want there to be a gap. |
| 5 | MS. QUINN:  I understand, Your Honor. |
| 6 | THE COURT:  Do you have a problem with the Court |
| 7 | fashioning that order? |
| 8 | MS. QUINN:  As long -- if I'm understanding Your |
| 9 | Honor correctly, the stay would be pending the Federal |
| 10 | Court hearing the application for the TRO. |
| 11 | THE COURT:  Absolutely. |
| 12 | MS. QUINN:  Okay.  Yes, that's -- I understand |
| 13 | that, Your Honor, and thank you, that's -- respondents |
| 14 | agree to that. |
| 15 | THE COURT:  So, counsel for |
| 16 | plaintiffs/petitioners, I will fashion a short order that |
| 17 | says just what I have said and you have an interim stay |
| 18 | pending the issue of the stay being brought before the |
| 19 | Federal Court with this remand, do you understand? |
| 20 | MR. COLES:  Your Honor, thank you very much and |
| 21 | thank you very much for raising that important issue. |
| 22 | And I don't know whether or not we'll see you |
| 23 | again on this case, but thank you this morning for this |
| 24 | time.  If we do, I look forward to that in the future. |
| 25 | THE COURT:  Let me say this finally.  I will do a |
| 26 | short order that says exactly what I've said.  It will be |

| | Proceedings |
|---|---|
| 1 | |
| 2 | signed immediately and I expect immediately to see the |
| 3 | transfer order so, you know, I'm working with a full |
| 4 | picture.  Okay, everyone? |
| 5 | That is directed to Ms. Quinn and Ms. Saint Fort, |
| 6 | okay? |
| 7 | MS. QUINN:  Yes, Your Honor.  Thank you. |
| 8 | THE COURT:  All right. |
| 9 | MR. COLES:  Thank you, Your Honor. |
| 10 | THE COURT:  I'll do that right now.  Everyone, |
| 11 | good luck and stay well. |
| 12 | MR. COLES:  Thank you. |
| 13 | (WHEREUPON, court is recessed and the case |
| 14 | adjourned.) |
| 15 | * * * * * * * * |
| 16 | (WHEREUPON, the case was recalled.) |
| 17 | THE COURT:  Okay.  Mr. Osman, who is here? |
| 18 | THE CLERK:  Yes, Your Honor.  We have Ms. Quinn, |
| 19 | we have Ms. Saint-Fort, we also have Mr. Coles, who is |
| 20 | appearing by phone. |
| 21 | THE COURT:  Okay, and the reporter is on? |
| 22 | THE CLERK:  Yes, Your Honor. |
| 23 | THE COURT:  So I've received the e-mail from, I |
| 24 | believe it's Ms. Quinn, at least Ms. Quinn, it may also be |
| 25 | Ms. Saint-Fort, that indicates that you believe it's |
| 26 | inappropriate for the Court to -- first of all, you're not |

1          Proceedings

2    consenting to the interim stay, which had been discussed

3    when we were on the call earlier, but your position is that

4    the Court has no authority to enter a stay pending the

5    issue being before the Federal Court?

6              MS. QUINN:  That's correct, Your Honor.

7    Respectfully, I was made aware of that provision and just

8    wanted to notify the Court.

9              THE COURT:  That provision says that the --

10   you're reading of that provision, which sentence makes it

11   clear to you that the stay would be inappropriate?  Tell me

12   the sentence in that provision, please.

13             MS. QUINN:  Okay.  Just one second.

14             THE COURT:  Yes.

15             (Brief pause in the record.)

16             MS. QUINN:  The last sentence.

17             THE COURT:  Says?

18             MS. QUINN:  "And the State Court shall proceed no

19   further unless and until the case is remanded."

20             THE COURT:  Okay.  Now, Mr. Coles.

21             (Brief pause in the record.)

22             THE COURT:  Is it Mr. Coles?

23             MR. COLES:  Yes.

24             THE COURT:  How do you --

25             MR. COLES:  Yes, I'm here.

26             I don't have any problem with the order.  I

Laura L. Ludovico, SCR

| 1 | Proceedings |

2    thought they consented to the order a half hour ago.

3           THE COURT:  They have since withdrawn that based

4    on an e-mail that was sent to the Court a few moments ago

5    where they said that -- they attached the document of

6    removal and they indicated that, according to the section

7    from which she just read -- what are you citing from please

8    so he's aware?

9           MR. COLES:  I don't have the order in front of

10   me.  I'm sorry, I'm on the --

11          THE COURT:  I understand.  I'm asking Ms. Quinn,

12   what are you citing from when you say:  "And the Court

13   shall...?"  You're citing from -- I don't have it in front

14   of me.

15          MS. QUINN:  Yes, Your Honor, I'm sorry, I'll get

16   it up.  And I am remiss for not cc'ing Mr. Coles on the

17   e-mail to Mr. Osman.  It's 28 USC § 1446(d):  Notice to

18   Adverse Parties and State Court, and it reads:  "Promptly

19   after the filing of such Notice of Removal of a civil

20   action, the Defendant or Defendants shall give written

21   notice thereof to all adverse parties and shall file a copy

22   of the notice with the clerk of such State Court, which

23   shall effect the removal and the State Court shall proceed

24   no further unless and until the case is remanded."

25          THE COURT:  Let me ask you something.  Have you

26   filed that with the clerk of the Court?

| | |
|---|---|
| 1 | Proceedings |
| 2 | MS. QUINN:  Yes, Your Honor. |
| 3 | THE COURT:  With the clerk of the Court, not |
| 4 | Mr. Osman? |
| 5 | MS. QUINN:  Yes, we've eFiled the Notice of |
| 6 | Removal. |
| 7 | THE COURT:  To the clerk of the Court, not to |
| 8 | Mr. Osman? |
| 9 | MS. QUINN:  Not to Mr. Osman, Your Honor. |
| 10 | THE COURT:  Does it say to the clerk of the |
| 11 | Court? |
| 12 | MS. QUINN:  We did -- we sent -- |
| 13 | THE COURT:  I'm sorry.  Let me just be clear.  To |
| 14 | the clerk of the Court is referring to the County Clerk? |
| 15 | MS. QUINN:  We eFiled it on NYSCEF, Your Honor. |
| 16 | THE COURT:  Mr. Osman, is that filing with the |
| 17 | clerk of the Court. |
| 18 | THE CLERK:  I'm checking on that now, Your Honor. |
| 19 | THE COURT:  I just want to be clear that we |
| 20 | dotted all the I's and crossed all the T's, that giving it |
| 21 | to Mr. Osman is not filing it with the clerk of the Court. |
| 22 | MS. QUINN:  Yes, Your Honor, we filed on NYSCEF |
| 23 | and e-mailed a copy to Mr. Osman. |
| 24 | THE COURT:  Mr. Osman is not the clerk of the |
| 25 | Court. |
| 26 | MS. QUINN:  Understood.  That was just a courtesy |

1        Proceedings

2    to him and to you, Your Honor.

3                THE COURT:  So it's been filed now with the clerk

4    of the Court, you're saying, based on it being eFiled?

5                MS. QUINN:  Yes, that's our position, Your Honor.

6                THE COURT:  Mr. Osman, is that accurate?

7                THE CLERK:  I'm checking on the protocol on

8    filing something with the clerk of the Court currently.

9    Just bear with me a moment.

10                THE COURT:  Because if the language says "File

11   with the clerk of the Court," it means filed with the clerk

12   of the Court, not Mr. Osman, which is fine, I just want to

13   be clear that we're following the right guideline when you

14   say that that notice has been given to and filed with the

15   clerk of the Court.

16                Mr. Osman, you're looking it up, right?

17                THE CLERK:  Yes, Your Honor.  I'm reading it

18   currently.

19                THE COURT:  Mr. Coles, while he's looking that

20   up, you understand that they're now saying that the interim

21   stay that the Court was going to issue would be

22   inappropriate since it's no longer -- the Court no longer

23   has jurisdiction?

24                MR. COLES:  I have two answers to that, Your

25   Honor, without any of the documents, and they didn't even

26   give me the courtesy of sending the e-mail they sent to

```
 1                              Proceedings

 2      Mr. Osman.

 3               THE COURT:  By the way, stop one second.  You

 4      said:  "I'm sorry, I was remiss in failing to give notice

 5      to --

 6               MS. QUINN:  I meant the e-mail to Mr. Osman

 7      advising him of the federal statute that we were just

 8      discussing.

 9               THE COURT:  Well, let me ask you.  How did you

10      already give notice to Mr. Coles of the removal?

11               MS. QUINN:  Through the NYSCEF filing.

12               THE COURT:  Okay.

13               MR. COLES:  How do --

14               THE COURT:  Go ahead, Mr. Coles.

15               MR. COLES:  Okay.  First of all, I think the fact

16      that they didn't send me the same e-mail they sent to

17      Mr. Osman should make this filing void, but two other

18      points.

19               First, your order was entered into before they

20      did this filing.

21               THE COURT:  I so ordered.  The transcript was so

22      ordered.  Ms. Quinn --

23               MR. COLES:  Yes, and that --

24               THE COURT:  My transcript granted -- the interim

25      stay pending the action before the Federal Court was so

26      ordered before I got Notice of Removal.

                          Laura L. Ludovico, SCR
```

1 ‖ Proceedings

2 ‖ MS. QUINN:  Yes, I understand that, Your Honor.

3 ‖ THE COURT:  Well, let me be clear.  This is

4 ‖ all -- I hate to be hypertechnical, but it really matters.

5 ‖ It matters because it is important.  It may be that at the

6 ‖ end of the day it's of no moment because the

7 ‖ defendants/respondents had no intentions of, you know,

8 ‖ putting this out here before the issue gets before the

9 ‖ Federal Court, but just in an abundance of caution, belt

10 ‖ and suspenders, the order of this Court preceded your

11 ‖ Notice of Removal.

12 ‖ MS. QUINN:  You mean by the --

13 ‖ THE COURT:  Whether or not it was uploaded and

14 ‖ filed with the clerk of the Court and whether notice was

15 ‖ given to the parties, the order of this court preceded

16 ‖ that.

17 ‖ MS. QUINN:  You mean by the transcript?

18 ‖ THE COURT:  Which was so ordered.

19 ‖ MS. QUINN:  Okay.  Yes, I can't really -- I can't

20 ‖ really disagree.  I just wonder whether --

21 ‖ THE COURT:  I understand, but do you understand

22 ‖ where the Court is because -- I mean, quite honestly,

23 ‖ taking no position, the issue is a critical issue to the

24 ‖ petitioners/plaintiffs and in an abundance of caution on

25 ‖ their behalf they are looking for nothing to happen, slip

26 ‖ through, while they're waiting to go to Federal Court and I

1                              Proceedings

2        understand that.  And if you were accurate with respect to

3        what came first, I would have to comply with that, but in

4        light of the fact that this Court's order, which granted

5        the interim stay, preceded the Notice of Removal in

6        compliance with rules and guidelines, the order of this

7        Court stands.

8                    MR. COLES:  If I may be heard.  She can appeal

9        your order, she can move for reconsideration.  She can't

10       come in on an e-mail that's not sent to the other side and

11       say vacate it.  That's a completely improper, absurd

12       process.  The CPLR tells you how you challenge orders.

13                   MS. QUINN:  I'm sorry, Mr. Coles, if I may.  I

14       was not asking for a vacation of the order.  I didn't

15       realize that the order had already been issued.  I did know

16       that the transcript was so ordered, so I certainly was not

17       seeking to vacate and order without letting you know.  I

18       was just informing the Court of --

19                   MR. COLES:  Okay, I got it.  I think the order

20       should stay for all of the reasons we talked about.

21                   THE COURT:  The order has to stand because it

22       preceded either the Notice of Removal being provided to the

23       Court or the Notice of Removal being provided to the

24       petitioners/plaintiffs or the Notice of Petition being

25       provided to the clerk of the Court.  In light of all of

26       that, the order of the Court stands.

                         Laura L. Ludovico, SCR

Proceedings

| | |
|---|---|
| 1 | |
| 2 | MR. COLES:  Thank you. |
| 3 | THE COURT:  That's that. |
| 4 | MR. COLES:  All right. |
| 5 | THE COURT:  Mr. Osman? |
| 6 | THE CLERK:  Yes, Your Honor. |

```
 1                        Proceedings
 2            MR. COLES:  Thank you.
 3            THE COURT:  That's that.
 4            MR. COLES:  All right.
 5            THE COURT:  Mr. Osman?
 6            THE CLERK:  Yes, Your Honor.
 7            THE COURT:  I know this is hypertechnical, but
 8      sometimes that's what we're dealing with.
 9            THE CLERK:  Right.
10            THE COURT:  And I am going to -- that is all I
11      have to say.  The order stands.
12            MR. COLES:  Thank you, Your Honor.  I'm going to
13      sign off.
14            THE COURT:  And I will make sure a hard copy is
15      given to you all as an attachment to an e-mail in
16      accordance with the so ordered transcript so that if you
17      want to go, Ms. Quinn, immediately up to the Appellate
18      Division, you'll have the transcript, which you have to
19      order, and a hard copy, okay?
20            MR. COLES:  Thank you, Your Honor.
21            THE CLERK:  Your Honor, will you be so ordering
22      this transcript?
23            THE COURT:  So ordered.  Thank you.
24            Everyone, the best of luck to you all.  Stay
25      safe.
26            MR. COLES:  Thank you, Your Honor.
```

Laura L. Ludovico, SCR

1                              Proceedings

2                    THE COURT:  Most importantly, stay safe and stay

3        health.  I'm logging off.

4                    MS. QUINN:  You too, Your Honor.  Thank you.

5                         *    *    *    *    *

6                    I, Laura L. Ludovico, a senior court reporter for

7        the State of New York, do hereby certify that the foregoing

8        is a true and accurate transcription of my original

9        stenographic notes.

10                   _Laura L. Ludovico_

11                        Laura L. Ludovico
                          Senior Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MR. COLES: [20]
MS. LAZARO: [1]  8/22
MS. QUINN: [33]
MS. SAINT-FORT: [3]  4/26 5/6 5/10
THE CLERK: [11]  4/3 4/6 4/9 10/18
10/22 13/18 14/7 14/17 18/6 18/9
18/21
THE COURT: [65]

-
---------------------------------X [2]
1/3 1/21
-against [1]  1/10

**1**
100 [1]  2/9
10007 [3]  1/22 2/9 3/2
10020-1104 [1]  2/5
1104 [1]  2/5
1251 [1]  2/4
1446 [1]  12/17
15 [1]  1/22
154982/2020 [1]  1/10

**2**
2020 [2]  1/10 1/22
28 [1]  12/17

**3**
35 [1]  1/2

**4**
420 [1]  2/26

**5**
50-a [5]  5/18 5/24 6/7 6/16 8/12

**6**
60 [2]  1/21 2/26
65,000 [1]  6/14

**7**
78 [1]  6/2

**A**
about [1]  17/20
Absolutely [1]  9/11
absurd [1]  17/11
abundance [2]  16/9 16/24
accordance [1]  18/16
according [1]  12/6
accurate [3]  14/6 17/2 19/8
action [2]  12/20 15/25
ADDRESS [1]  1/21
addressed [1]  7/13
adjourned [1]  10/14
adverse [2]  12/18 12/21
advising [1]  15/7
after [1]  12/19
again [1]  9/23
against [1]  1/10
ago [2]  12/2 12/4
agree [1]  9/14
agreement [2]  6/9 6/12
ahead [2]  7/5 15/14
all [17]  4/4 4/9 5/15 7/11 10/8 10/26
12/21 13/20 13/20 15/15 16/4 17/20
17/25 18/4 18/10 18/15 18/24
allegations [1]  6/21

already [2]  15/10 17/15
also [5]  4/18 5/3 5/24 10/15 10/24
am [2]  12/16 18/10
Americas [1]  2/4
ANN [1]  2/13
answers [1]  14/24
ANTHONY [1]  2/5
anticipatory [1]  7/24
any [4]  6/22 7/26 11/26 14/25
Anyone [1]  5/11
appeal [1]  17/8
appearances [3]  1/26 4/8 4/11
appearing [1]  10/20
appears [1]  6/3
Appellate [1]  18/17
application [3]  7/12 8/9 9/10
applications [1]  6/7
approximately [1]  6/15
are [19]  4/4 4/9 5/14 6/13 6/23 8/13
12/7 12/12 16/25
arises [1]  5/17
Article [1]  6/2
as [17]  1/11 1/13 1/15 1/16 1/18 4/9
5/9 6/16 6/16 6/22 7/23 7/25 7/25 8/3
8/3 9/8 18/15
ask [2]  12/25 15/9
asking [2]  12/11 17/14
assessment [1]  6/22
ASSOCIATION [8]  1/3 1/4 1/5 1/5 1/6
1/7 1/7 1/8
assurance [1]  8/10
assurances [1]  8/15
attach [1]  7/18
attached [1]  12/5
attachment [1]  18/15
Attorneys [2]  2/4 2/8
authority [1]  11/4
Avenue [1]  2/4
aware [4]  8/20 8/23 11/7 12/8

**B**
bargaining [1]  5/26
based [3]  7/8 12/3 14/4
basically [1]  6/21
be [23]
bear [1]  14/9
because [6]  8/9 14/10 16/5 16/6 16/22
17/21
been [11]  6/7 6/15 7/8 7/10 8/20 8/23
8/24 11/2 14/3 14/14 17/15
before [15]  7/26 7/26 8/3 8/4 8/7 8/13
8/26 9/3 9/18 11/5 15/19 15/25 15/26
16/8 16/8
behalf [3]  4/23 5/3 16/25
being [9]  7/19 8/26 9/3 9/18 11/5 14/4
17/22 17/23 17/24
believe [5]  5/18 8/3 8/7 10/24 10/25
belt [1]  16/9
BENEVOLENT [4]  1/5 1/5 1/6 1/7
best [1]  18/24
BILL [1]  1/11
BLASIO [1]  1/11
BOARD [2]  1/19 1/19
BRANN [1]  2/13
Brief [2]  11/15 11/21
briefed [1]  6/11
brought [1]  9/18

**C**
call [1]  11/3

came [1]  17/3
can [8]  4/4 12/19 17/17 8/10 8/14 8/19
17/8 17/9
can't [3]  16/19 16/19 17/9
CAPACITY [5]  1/11 1/13 1/15 1/16
1/18
CAPTAINS [1]  1/7
CAROL [1]  1/25
case [7]  6/22 6/5 8/9 9/23 10/13 10/16
11/19 12/24
Cause [1]  8/10
caution [2]  16/9 16/24
CAVARRETTA [1]  2/14
cc'ing [1]  12/16
Centre [2]  1/21 2/26
certain [2]  6/6 6/6
certainly [1]  17/16
certify [1]  19/7
CHAIR [1]  1/18
challenge [1]  17/12
checking [2]  13/18 14/7
Church [1]  2/9
citing [3]  12/7 12/12 12/13
CITY [17]  1/5 1/6 1/11 1/12 1/12 1/13
1/14 1/15 1/17 1/17 2/7 4/22 5/2 5/18
5/25 6/17 8/12
City's [1]  6/3
civil [4]  1/2 5/18 8/12 12/19
CIVILIAN [2]  1/18 1/19
claims [1]  6/20
clear [5]  11/11 13/13 13/19 14/13 16/3
clearly [1]  7/22
clerk [18]  2/15 12/22 12/26 13/3 13/7
13/10 13/14 13/14 13/17 13/21 13/24
14/3 14/8 14/11 14/11 14/15 16/14
17/25
clients [1]  6/13
close [1]  6/9
COLES [12]  2/5 4/12 5/16 6/26 10/19
11/20 11/22 12/16 14/19 15/10 15/14
17/13
colleague [1]  4/17
collective [1]  5/25
come [2]  6/9 17/10
COMMISSIONER [3]  1/13 1/15 1/16
COMPLAINT [2]  1/18 1/19
completely [1]  17/11
compliance [1]  17/6
comply [1]  17/3
concern [2]  8/8 8/25
consented [1]  12/2
consenting [1]  11/1
considered [1]  7/19
contain [1]  6/19
contract [1]  5/26
conversation [1]  8/5
conversations [1]  6/8
copy [4]  12/21 13/23 18/14 18/19
core [1]  5/22
CORPORATION [1]  2/8
correct [1]  11/6
correction [4]  1/4 1/14 1/16 6/14
correctly [1]  9/9
could [3]  6/11 7/18 7/25
counsel [4]  2/8 4/13 5/12 9/15
COUNTY [2]  1/2 13/14
course [2]  8/8 8/25
court [61]
Court's [3]  8/5 8/25 17/4
courtesy [2]  13/26 14/26

**C**

CPLR [1] 17/12
critical [4] 6/20 8/9 9/2 16/23
crossed [1] 13/20
currently [2] 14/8 14/18
CYNTHIA [1] 1/14

**D**

DANIEL [1] 1/12
dash [1] 5/7
DAVIE [1] 1/18
day [1] 16/6
DE [1] 1/11
dealing [1] 18/8
decision [1] 6/17
Defendant [1] 12/20
defendants [6] 1/20 2/8 4/23 5/9 12/20 16/7
defendants/respondents [3] 4/23 5/9 16/7
DEPARTMENT [10] 1/12 1/13 1/14 1/15 1/17 1/17 2/7 4/23 5/2 6/8
DERMOT [1] 1/16
DETECTIVES' [1] 1/7
determination [1] 6/22
did [5] 5/24 13/12 15/9 15/20 17/15
didn't [3] 14/25 15/16 17/14
directed [2] 5/17 10/5
disagree [1] 16/20
disclosure [2] 7/24 7/26
disclosures [1] 8/11
discussed [1] 11/2
discussing [1] 15/8
Division [1] 18/18
DLA [3] 2/3 4/14 4/18
do [10] 5/20 9/6 9/19 9/24 9/25 10/10 11/24 15/13 16/21 19/7
document [3] 6/21 7/11 12/5
documents [2] 6/10 14/25
Does [1] 13/10
DOMINIQUE [2] 2/10 5/1
don't [5] 5/15 9/4 9/22 11/26 12/9 12/13
done [3] 6/6 8/13 8/17
dotted [1] 13/20
due [1] 5/26
dump [1] 6/21

**E**

e-mail [8] 10/23 12/4 12/17 14/26 15/6 15/16 17/10 18/15
e-mailed [1] 13/23
earlier [1] 11/3
early [2] 6/16 7/25
echo [1] 5/15
EDMEAD [1] 1/25
effect [1] 12/23
eFile [1] 7/17
eFiled [3] 13/5 13/15 14/4
either [1] 17/22
else [1] 5/11
end [1] 16/6
endeavor [1] 8/14
ENDOWMENT [2] 1/7 1/8
enforcement [1] 6/15
enter [1] 11/4
entered [1] 15/19
ESQ [4] 2/5 2/6 2/10 2/10
even [1] 14/25
everyone [3] 10/4 10/10 18/24

exactly [1] 9/26
Excellent [1] 4/15
existence [1] 6/4
expect [1] 10/2

**F**

F-O-R-T [1] 5/7
fact [2] 15/15 17/4
failing [1] 15/4
fashion [2] 8/19 9/16
fashioning [1] 9/7
federal [15] 7/8 7/14 7/20 7/26 8/13 8/24 8/26 9/3 9/9 9/19 11/5 15/7 15/25 16/9 16/26
few [1] 12/4
file [12] 12/21 14/10
filed [6] 12/26 13/22 14/3 14/11 14/14 16/14
filing [7] 12/19 13/16 13/21 14/8 15/11 15/17 15/20
finally [1] 9/25
fine [1] 14/12
fire [4] 1/3 1/12 1/13 6/14
FIREFIGHTERS [1] 1/4
Firm [1] 4/13
first [5] 5/16 10/26 15/15 15/19 17/3
five [1] 6/13
following [1] 1/26 14/13
foregoing [1] 19/7
FORT [7] 2/10 5/2 5/6 5/7 10/5 10/19 10/25
forward [2] 7/15 9/24
FREDERICK [1] 1/18
front [2] 12/9 12/13
full [1] 10/3
further [2] 11/19 12/24
future [1] 9/24

**G**

gap [1] 9/4
get [5] 4/7 4/8 4/11 5/15 12/15
gets [1] 16/8
getting [1] 8/13
give [5] 8/10 12/20 14/26 15/4 15/10
given [3] 14/14 16/15 18/15
giving [1] 13/20
go [4] 7/5 15/14 16/26 18/17
going [3] 14/21 18/10 18/12
good [3] 4/21 4/26 10/11
got [2] 15/26 17/19
GRACE [2] 2/13 8/20
grant [1] 9/2
granted [2] 15/24 17/4
GREATER [1] 1/4
guideline [1] 14/13
guidelines [1] 17/6

**H**

had [5] 6/7 6/8 11/2 16/7 17/15
half [1] 12/2
happen [1] 16/25
hard [2] 18/14 18/19
has [9] 7/8 7/10 8/20 8/23 8/24 11/4 14/14 14/23 17/21
hasty [1] 6/17
hate [1] 16/4
have [24]
having [1] 6/9
he's [2] 12/8 14/19
health [1] 19/3

bear [1] 5/12
heard [2] 6/26 17/8
hearing [1] 9/10
HER [1] 1/14
here [5] 4/9 5/24 10/17 11/25 16/8
hereby [1] 19/7
him [2] 14/2 15/7
HIS [4] 1/11 1/12 1/16 1/18
hold [1] 6/11
HON [1] 1/25
honestly [1] 16/22
Honor [40]
hour [1] 12/2
how [4] 11/24 15/9 15/13 17/12
However [1] 7/12
hypertechnical [2] 16/4 18/7

**I**

I'll [2] 10/10 12/15
I'm [20]
I's [1] 13/20
I've [3] 6/7 9/26 10/23
ignore [1] 6/4
immediately [5] 7/13 7/20 10/2 10/2 18/17
important [2] 9/21 16/5
importantly [1] 19/2
improper [1] 17/11
inappropriate [3] 10/26 11/11 14/22
INC [2] 1/5 1/6
inclined [1] 9/2
independent [1] 6/4
Index [1] 1/9
indicated [1] 12/6
indicates [1] 10/25
individualized [1] 6/22
information [2] 7/24 8/2
informing [1] 17/18
intentions [1] 16/7
interim [9] 7/19 7/25 9/1 9/3 9/17 11/2 14/20 15/24 17/5
internet [1] 6/18
interrupt [1] 6/26
is [47]
issue [10] 5/24 8/9 8/26 9/18 9/21 11/5 14/21 16/8 16/23 16/23
issued [1] 17/15
it [28]
it's [8] 8/3 8/17 10/24 10/25 12/17 14/3 14/22 16/6

**J**

JO [1] 2/10
JOHN [2] 2/6 4/17
July [1] 1/22
jurisdiction [2] 7/9 14/23
just [17] 7/7 8/7 8/19 9/4 9/17 11/7 11/13 12/7 13/13 13/19 13/26 14/9 14/12 15/7 16/9 16/20 17/18
Justice [1] 1/25

**K**

know [7] 7/7 9/22 10/3 16/7 17/15 17/17 18/7

**L**

language [1] 14/10
last [2] 5/4 11/16
LAURA [3] 2/25 19/6 19/11
law [13] 2/7 2/13 2/14 4/7 4/13 4/22

**L**

law... [7]  5/2 5/18 5/26 6/6 6/8 6/15 8/12
laws [1]  5/25
LAZARO [1]  2/13
least [1]  10/24
let [6]  7/7 9/25 12/25 13/13 15/9 16/3
let's [3]  4/7 4/8 5/12
letting [1]  17/17
LIEUTENANTS [1]  1/6
light [2]  17/4 17/25
LLP [1]  2/3
logging [1]  19/3
long [2]  8/3 9/8
longer [2]  14/22 14/22
look [1]  9/24
looking [3]  14/16 14/19 16/25
luck [2]  10/11 18/24
LUDOVICO [3]  2/25 19/6 19/11

**M**

made [3]  8/20 8/23 11/7
mail [8]  10/23 12/4 12/17 14/26 15/6 15/16 17/10 18/15
mailed [1]  13/23
make [2]  15/17 18/14
makes [1]  11/10
matter [7]  6/11 7/8 7/10 8/13 8/24 8/25 9/3
matters [3]  6/23 16/4 16/5
may [4]  10/24 16/5 17/8 17/13
MAYOR [1]  1/11
me [11]  9/25 11/11 12/10 12/14 12/25 13/13 14/9 14/26 15/9 15/16 16/3
mean [3]  16/12 16/17 16/22
means [1]  14/11
meant [1]  15/6
members [1]  6/15
mic [1]  5/14
MICHAEL [1]  2/14
moment [2]  14/9 16/6
moments [1]  12/4
more [1]  7/12
morning [3]  4/21 4/26 9/23
Most [1]  19/1
MOTION [1]  1/20
move [1]  17/9
Mr [4]  3/3 7/16 11/22 14/16
Mr. [27]
Mr. Coles [9]  5/16 6/26 10/19 11/20 12/16 14/19 15/10 15/14 17/13
Mr. Osman [17]  4/4 7/18 10/17 12/17 13/4 13/8 13/9 13/16 13/21 13/23 13/24 14/6 14/12 15/1 15/6 15/17 18/5
Mr. Wray [1]  5/16
Ms. [10]  10/5 10/5 10/18 10/19 10/24 10/24 10/25 12/11 15/22 18/17
Ms. Quinn [7]  10/5 10/18 10/24 10/24 12/11 15/22 18/17
Ms. Saint [1]  10/5
Ms. Saint-Fort [2]  10/19 10/25
much [4]  5/21 7/6 9/20 9/21
mute [1]  5/14
my [5]  4/12 4/17 6/13 15/24 19/8

**N**

name [2]  4/12 5/4
need [2]  5/20 6/2
NEW [29]
Next [3]  4/16 4/20 4/25

**N** (col 2)

NIGRO [1]  1/12
no [12]  1/19 3/21 7/12 8/1 11/4 11/16 12/24 14/22 14/22 16/6 16/7 16/23
nonfinal [1]  6/20
not [16]  5/14 5/24 6/12 9/22 10/26 12/16 13/3 13/7 13/9 13/21 13/24 14/12 16/13 17/10 17/14 17/16
notes [1]  19/9
nothing [1]  6/18
notice [15]  12/17 12/19 12/21 12/22 13/5 14/14 15/4 15/10 15/26 16/11 16/14 17/5 17/22 17/23 17/24
notify [1]  11/8
now [7]  5/16 7/8 10/10 11/20 13/18 14/3 14/20
number [1]  6/8
NYSCEF [3]  13/15 13/22 15/11

**O**

obtain [1]  8/14
obviously [1]  5/22
off [2]  18/13 19/3
OFFICE [1]  2/8
officers [1]  1/3 6/19
officers' [1]  1/4 6/14
OFFICIAL [6]  1/11 1/13 1/15 1/16 1/18 1/21
okay [17]  4/4 4/7 5/12 7/15 8/14 9/12 10/4 10/6 10/17 10/21 11/13 11/20 15/12 15/15 16/19 17/19 18/19
one [3]  5/19 11/13 15/3
open [1]  8/17
order [23]
ordered [7]  15/21 15/22 15/26 16/18 17/16 18/16 18/23
ordering [1]  18/21
orders [1]  17/12
original [1]  19/8
OSMAN [21]
other [2]  15/17 17/10
our [1]  14/5
out [2]  7/23 16/8

**P**

page [1]  1/26
papers [1]  7/16
PART [1]  1/2
parties [3]  12/18 12/21 16/15
pause [2]  11/15 11/21
pending [6]  8/25 9/3 9/9 9/18 11/4 15/25
personnel [1]  6/18
Petition [1]  17/24
petitioners [10]  1/9 2/4 4/13 5/13 6/5 7/23 8/8 9/16 16/24 17/24
petitioners/plaintiffs [5]  1/9 2/4 4/13 16/24 17/24
phone [1]  10/20
picture [1]  10/4
PIPER [3]  2/3 3/4 4/18
plaintiffs [9]  1/9 2/4 4/13 5/13 6/5 7/23 9/16 16/24 17/24
plaintiffs/petitioners [3]  5/13 7/23 9/16
please [5]  5/5 5/14 7/2 11/12 12/7
point [1]  7/23
points [1]  15/18
police [4]  1/5 1/17 1/17 6/13
position [4]  6/3 11/3 14/5 16/23
preceded [4]  16/10 16/15 17/5 17/22
prior [1]  8/12

**P** (col 3)

problem [2]  9/6 11/26
proceeding [1]  5/22
process [2]  5/26 17/12
promote [1]  6/18
Promptly [1]  12/18
protocol [1]  14/7
provided [3]  17/22 17/23 17/25
provision [4]  11/7 11/9 11/10 11/12
provisionally [1]  6/10
publish [1]  6/18
put [1]  6/10
putting [1]  16/8

**Q**

question [5]  5/16 5/22 7/8 7/22 8/16
QUINN [10]  2/10 4/22 7/4 10/5 10/18 10/24 10/24 12/11 15/22 18/17
quite [1]  16/22

**R**

raising [1]  9/21
reach [1]  6/12
read [1]  12/7
reading [2]  11/10 14/17
reads [1]  12/18
realize [1]  17/15
really [3]  16/4 16/19 16/20
reason [1]  6/2
reasons [1]  17/20
REBECCA [3]  2/10 4/22 7/4
recalled [1]  10/16
received [1]  10/23
recessed [1]  10/13
reconsideration [1]  17/9
record [2]  11/15 11/21
records [1]  6/18
referring [1]  13/14
regarding [4]  5/25 5/26 5/26 6/2
related [1]  8/11
release [1]  6/9
relief [1]  5/20
remand [1]  9/19
remanded [3]  8/24 11/19 12/24
remiss [2]  12/16 15/4
removal [11]  7/11 12/6 12/19 12/23 13/6 15/10 15/26 16/11 17/5 17/22 17/23
removed [2]  7/8 7/10
repeal [5]  5/18 5/24 5/25 6/16 8/11
reporter [4]  2/26 10/21 19/6 19/11
respect [1]  17/2
Respectfully [1]  11/7
respondents [8]  1/20 2/8 4/23 5/3 5/9 7/4 9/13 16/7
Respondents/Defendants [2]  1/20 2/8
review [3]  1/19 1/19 6/6
right [8]  4/4 5/9 10/8 10/10 14/13 14/16 18/4 18/9
rights [3]  5/18 6/4 8/12
Room [1]  2/26
rule [1]  6/7
rules [1]  17/6
rushed [1]  6/17

**S**

S-A-I-N-T [1]  5/6
safe [2]  18/25 19/2
said [5]  8/7 9/17 9/26 12/5 15/4
SAINT [7]  2/10 5/2 5/6 5/7 10/5 10/19

## S

SAINT... [1] 10/25
SAINT-FORT [3] 2/10 5/2 5/7
same [1] 15/16
SAMMER [1] 2/15
say [7] 7/12 9/25 12/12 13/10 14/14
17/11 18/11
saying [3] 8/18 14/4 14/20
says [6] 8/19 9/17 9/26 11/9 11/17
14/10
says that [1] 11/9
scoping [1] 6/6
second [2] 11/13 15/3
Secretary [2] 2/13 2/14
sectaries [1] 4/7
section [1] 12/6
see [5] 7/11 8/6 8/17 9/22 10/2
seeking [1] 17/17
send [1] 15/16
sending [1] 14/26
senior [3] 2/26 19/6 19/11
sent [5] 12/4 13/12 14/26 15/16 17/10
sentence [3] 11/10 11/12 11/16
SERGEANTS [1] 1/6
settled [2] 5/25 6/5
shall [6] 11/18 12/13 12/20 12/21
12/23 12/23
she [4] 12/7 17/8 17/9 17/9
SHEA [1] 1/16
short [2] 9/16 9/26
should [2] 15/17 17/20
Show [1] 8/10
side [1] 17/10
sign [1] 18/13
signed [1] 10/1
simply [2] 6/3 7/23
since [2] 12/3 14/22
SKYPE [4] 1/20 1/24 2/2 2/12
slip [1] 16/25
so [18] 5/14 7/6 8/10 9/15 10/3 10/23
12/8 14/3 15/21 15/21 15/25 16/18
17/16 17/16 18/16 18/16 18/23 18/23
something [2] 12/25 14/8
sometimes [1] 18/8
sorry [8] 6/25 6/25 7/3 12/10 12/15
13/13 15/4 17/13
speaking [2] 5/14 7/2
spell [1] 5/4
stand [1] 17/21
stands [3] 17/7 17/26 18/11
STATE [6] 1/2 11/18 12/18 12/22
12/23 19/7
statute [1] 15/7
stay [19] 7/13 7/19 7/25 9/2 9/3 9/9
9/17 9/18 10/11 11/2 11/4 11/11 14/21
15/25 17/5 17/20 18/24 19/2 19/2
stenographic [1] 19/9
stop [1] 15/3
Street [3] 1/21 2/9 2/26
subparagraph [1] 5/19
such [2] 12/19 12/22
SUPREME [2] 1/2 1/25
sure [2] 5/6 18/14
suspenders [1] 16/10

## T

T's [1] 13/20
taking [1] 16/23
talked [1] 17/20
Tell [1] 11/11

tells [1] 17/12
tentatively [1] 6/10
TERM [1] 1/2
thank [20]
that [71]
that's [8] 9/12 9/13 11/6 14/5 17/10
11/8 18/3 18/8
their [2] 8/9 16/25
then [5] 4/8 4/11 7/11 7/13 7/17
there [8] 4/5 7/12 7/19 7/24 7/26 8/8
8/11 9/4
thereof [1] 12/21
they [13] 4/9 6/3 12/2 12/3 12/5 12/5
12/6 14/25 14/26 15/16 15/16 15/19
16/25
they're [2] 14/20 16/26
think [2] 15/15 17/19
this [31]
those [2] 7/16 8/15
thought [1] 12/1
thousands [1] 6/19
through [2] 15/11 16/26
time [1] 9/24
today [7] 5/20 5/23 6/2 7/25 8/4 8/4 8/7
told [2] 6/7 6/15
Tony [1] 4/12
too [1] 19/4
transcript [7] 15/21 15/24 16/17 17/16
18/16 18/18 18/22
transcription [1] 19/8
transfer [1] 10/3
TRO [2] 6/2 9/10
true [1] 19/8
two [3] 6/14 14/24 15/17

## U

ultimately [1] 6/11
under [2] 6/5 6/9
understand [11] 5/17 8/6 9/5 9/12 9/19
12/11 14/20 16/2 16/21 16/21 17/1
understanding [1] 9/8
Understood [1] 13/26
unfounded [1] 6/23
UNIFORMED [2] 1/3 1/4
unions [3] 6/13 6/14 6/14
unless [3] 8/16 11/19 12/24
unproven [1] 6/23
unsubstantiated [1] 6/20
until [3] 8/17 11/19 12/24
up [4] 12/16 14/16 14/20 18/17
upload [1] 7/17
uploaded [1] 16/13
us [2] 2/3 7/12
USC [1] 12/17

## V

vacate [2] 17/11 17/17
vacation [1] 17/14
verge [1] 6/17
very [3] 5/21 9/20 9/21
VIA [4] 1/20 1/24 2/2 2/12
void [1] 15/17

## W

waiting [1] 16/26
wake [1] 6/16
want [5] 6/3 9/4 13/19 14/12 18/17
wanted [1] 11/8
was [17] 6/11 10/16 11/7 12/4 13/26
14/21 15/4 15/19 15/21 15/25 16/13

16/14 16/18 17/14 17/16 17/16 17/18
way [1] 9/3
we [21]
we'll [1] 9/22
we're [2] 14/13 18/8
we've [1] 13/5
week [1] 6/16
well [8] 4/9 5/9 5/25 7/10 8/16 10/11
15/9 16/3
well-settled [1] 5/25
were [3] 11/3 15/7 17/2
what [8] 8/6 8/17 9/17 9/26 12/7 12/12
17/3 18/8
when [3] 11/3 12/12 14/13
where [2] 12/5 16/22
WHEREUPON [2] 10/13 10/16
whether [4] 9/22 16/13 16/14 16/20
which [10] 6/9 7/25 11/2 11/10 12/7
12/22 14/12 16/18 17/4 18/18
while [3] 6/11 14/19 16/26
who [4] 6/7 6/13 10/17 10/19
Who's [1] 7/1
Why [1] 5/20
will [10] 7/13 7/19 7/25 8/7 8/11 9/16
9/25 9/26 18/14 18/21
withdrawn [1] 12/3
without [2] 14/25 17/17
wonder [1] 16/20
working [1] 10/3
would [6] 6/10 8/4 9/9 11/11 14/21
17/3
WRAY [3] 2/6 4/17 5/16
written [1] 12/20

## Y

yes [22]
YORK [29]
you [64]
you'll [2] 5/4 18/18
you're [6] 5/8 10/26 11/10 12/13 14/4
14/16
your [46]

## Z

ZIP [1] 2/9