UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIFORMED FIRE OFFICERS
ASSOCIATION, *et al*,

                    Plaintiff,

        -v.-

DEBLASIO, *et al*,

                    Defendants.

20 Civ. 5441 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The parties in this matter are hereby ORDERED to appear for a

videoconference on **July 22, 2020, at 4:00 p.m.**  The conference will proceed

via videoconference, with audio access as follows: Dial-in: (917) 933-2166;

Conference ID: 801588117.  The Court will provide instructions for accessing

the conference for video participants separately.

        SO ORDERED.

Dated:        July 22, 2020
              New York, New York

                                                    _____
                                                        KATHERINE POLK FAILLA
                                                        United States District Judge