UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association,<br><br>               Petitioners/Plaintiffs,<br><br>  -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>               Respondents/Defendants. | Case No. 1:20-CV-05441<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO:**    **CLERK OF COURT AND ALL PARTIES OF RECORD**

       **PLEASE TAKE NOTICE** that I am admitted to practice in this court, and I appear in this case as counsel for Respondents/Defendants Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants'

Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association.

|  |  |
|---|---|
| Dated: July 23, 2020 | By: /s/ *Michael R. Hepworth*<br>Michael R. Hepworth<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4906<br>Facsimile: (212) 884-8506<br>Email: michael.hepworth@dlapiper.com |