UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, *et al*,<br><br>                    Plaintiff,<br><br>                    -v.-<br><br>DEBLASIO, *et al*,<br><br>                    Defendants. | 20 Civ. 5441 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

   The parties in this matter are hereby ORDERED to appear for a videoconference on **July 28, 2020, at 2:00 p.m.**  The conference will proceed via videoconference, with audio access as follows: Dial-in: (888) 363-4749; Conference ID: 5123533.  The Court will provide instructions for accessing the conference for video participants separately.

   SO ORDERED.

Dated:   July 27, 2020
         New York, New York

                                      _____
                                       KATHERINE POLK FAILLA
                                       United States District Judge