

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Anthony Paul Coles
T  (212) 335-4844
E  anthony.coles@us.dlapiper.com

July 27, 2020

Hon. Katherine Polk Failla
United States District Court
  for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Uniformed Fire Officers Association, et al. v. Bill de Blasio, et al.*
**No. 20-cv-05441 (KPF) (RWL)**

Dear Judge Failla:

    We write to bring to the Court's attention supplemental authority in support of Plaintiffs' motion for a preliminary injunction.

    On Friday, the New York Supreme Court for Erie County issued a temporary restraining order prohibiting the City of Buffalo "from publicly disclosing any records concerning disciplinary matters against individual Buffalo Police Officers and Firefighters that are pending, unsubstantiated[,] unfounded, exonerated, or that otherwise resulted in a finding of 'not guilty'… or that regard settlement agreements entered into prior to June 12, 2020." *Buffalo Police Benevolent Ass'n et al. v. Byron W. Brown et al.*, No. 807664/2020 (July 24, 2020).  The court's order is enclosed as Exhibit A.

    We appreciate the Court's attention to this case.

Respectfully submitted,

Anthony P. Coles

cc:  All counsel of record (*via* ECF)
    failla_NYSDChambers@nysd.uscourts.gov