# Exhibit A

At an IAS Part of the Supreme Court
of the State of New York, held in and
for the County of Erie at the Erie
County Courthouse located at 25
Delaware Avenue, Buffalo, New York
on the ___ day of _____, 2020

_Hon. Frank A. Sedita III    JSC_

BUFFALO POLICE BENEVOLENT ASSOCIATION,
INC.; and BUFFALO PROFESSIONAL
FIREFIGHTERS ASSOCIATION, INC., LOCAL 282,
IAFF, AFL-CIO,

                              INDEX NO: _807664/2020_

                    Petitioners/Plaintiffs,

                                         [PROPOSED] ORDER TO
                                         SHOW CAUSE

          vs.

BYRON W. BROWN, in his official capacity as Mayor
of the City of Buffalo; the CITY OF BUFFALO;
BYRON C. LOCKWOOD, in his official capacity as
Commissioner of the Buffalo Police Department; the
BUFFALO POLICE DEPARTMENT; WILLIAM
RENALDO, in his official capacity as Commissioner
of the Buffalo Fire Department; and the BUFFALO
FIRE DEPARTMENT,

                    Respondents/Defendants.

_____

          Upon reading the annexed Verified Petition/Complaint and supporting exhibits, its

accompanying Memorandum of Law and supporting exhibits, the Affirmation of John J.

Gilmour, Esq. in Support of Emergency Relief dated July 22, 2020, and sufficient cause being

alleged, it is hereby:

          **ORDERED** that the Respondents/Defendants ("Respondents") show cause before this

Court, at IAS Part _3B_ of the Erie County Courthouse located at 25 Delaware Avenue,

                                         _50 Delaware Ave._

Case 1:20-cv-00441-JLS Document 39-1 Filed 07/27/20 Page 3 of 4

Buffalo, New York on the 16th day of August, at 9:30 a.m./p.m. of that day, or as

soon thereafter as counsel can be heard, why an Order should not be made pursuant to CPLR

§6301, on behalf of Petitioners/Plaintiffs ("Petitioners") Buffalo Police Benevolent Association,

Inc. and Buffalo Professional Firefighters Association, Inc., Local 282, IAFF, AFL-CIO,

preliminarily restraining Respondents, and those acting in concert with them, from publicly

disclosing any records concerning disciplinary matters against individual Buffalo Police Officers

and Firefighters that are pending, unsubstantiated unfounded, exonerated, or that otherwise

resulted in a finding of "not guilty" ("Unsubstantiated and Pending Allegations"), or that regard

settlement agreements entered into prior to June 12, 2020.

**IT IS FURTHER ORDERED** that pending the hearing scheduled above for the

preliminary injunction, a temporary restraining order is hereby issued restraining Respondents,

and those acting in concert with them, from publicly disclosing any records concerning

Unsubstantiated and Pending Allegations or settlement agreements entered into prior to June 12,

2020; and

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause and

the papers on which it is based, on or before July 27, 2020, by email correspondence

to the designated service email address for the Buffalo Corporation Counsel's office (tball@city-

buffalo.com), together with delivery by mail of a hard copy of those same documents to the

Buffalo Corporation Counsel's Office at 1100 Buffalo City Hall, 65 Niagara Square, Buffalo,

New York 14202, shall be deemed good and sufficient service on Respondents' counsel;

**IT IS FURTHER ORDERED** that Petitioners are permitted to serve expedited

document discovery requests, limited to no more than ten numbered, written document requests,

and that Respondents shall produce documents responsive to the requests within 7 days of

service of the requests, so that Petitioners can review the documents before the return date stated above for a hearing on Petitioners' request for a preliminary injunction;

IT IS FURTHER ORDERED that the Respondents' opposition papers, if any, are to be served on Petitioners' counsel via NYSCEF and email (jgilmour@gilmourkillelea.com), on or before the 14th day of August 2020;

IT IS FURTHER ORDERED that the Petitioners' reply papers, if any, shall be served via NYSCEF and email (tball@city-buffalo.com), on or before the 18th day of August 2020.

Signed, this 14th day of July, Buffalo, New York:

ENTER:

_____

Mark A. Violite IV, J.S.C.