

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Anthony Paul Coles
T  (212) 335-4844
E  anthony.coles@us.dlapiper.com

July 28, 2020

Hon. Katherine Polk Failla
United States District Court
   for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Uniformed Fire Officers Association, et al. v. Bill de Blasio, et al.*
             **No. 20-cv-05441 (KPF) (RWL)**

Dear Judge Failla:

    We write to bring to the Court's attention supplemental authority in support of Plaintiffs' motion for a preliminary injunction.

    On July 27, 2020, New York State Committee on Open Government issued an Advisory Opinion  "regarding the obligations of the City of Syracuse . . . under the Freedom of Information Law (FOIL) in connection with requests for law enforcement disciplinary records, specifically relating to unsubstantiated and unfounded complaints against a police officer." (July 27, 2020 Letter (Exhibit A) at 1.)

    We appreciate the Court's attention to this submission.

                                           Respectfully submitted,

                                           Anthony P. Coles

cc:    All counsel of record (*via* ECF)
       failla_NYSDChambers@nysd.uscourts.gov