

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE F. SAINT -FORT**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2444
dosaint@law.nyc.gov

July 28, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.
        20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

    We write to provide the Court with Defendants' response to Plaintiffs' Document Request No. 1, which seeks a list of Defendants' disclosures of disciplinary records since the repeal of Civil Rights Law § 50-a, on June 12, 2020.  *See* Exhibit A, annexed hereto.  Defendants are providing a copy of this response to the Court because we presume it will be discussed during the conference scheduled for 2 p.m. today.

              Respectfully submitted,

              */s/ Dominique F. Saint-Fort*
              Dominique F. Saint-Fort
              Assistant Corporation Counsel

cc: Anthony Coles (by ECF)
   DLA Piper
   *Attorney for Plaintiffs*