**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association, |

Petitioners/Plaintiffs,

-against-

Case No. 1:20-cv-05441

Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,

Respondents/Defendants.

## NOTICE OF INTERLOCUTORY APPEAL

Plaintiffs Uniformed Fire Officers Association, Uniformed Firefighters Association of

Greater New York, Correction Officers' Benevolent Association of the City of New York, Police

Benevolent Association of the City of New York, Inc., Sergeants' Benevolent Association,

Lieutenants' Benevolent Association, Captains' Endowment Association, and Detectives'

Endowment Association hereby appeal to the United States Court of Appeals for the Second

Circuit from the district court's oral July 28, 2020 order modifying its July 22, 2020 injunction to

allow the New York Civil Liberties Union to publicly release police disciplinary records.


Dated: July 28, 2020                          Respectfully submitted,

New York, NY


                                              /s/ Anthony P. Coles
                                              Anthony Coles
                                              DLA PIPER LLP (US)
                                              1251 Avenue of the Americas
                                              New York, NY 10020
                                              Telephone: (212) 335-4844
                                              Facsimile: (212) 884-8644
                                              Anthony.Coles@dlapiper.com

                                              *Attorney for Plaintiffs*