

**JAMES E. JOHNSON**
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
LABOR & EMPLOYMENT LAW
DIVISION
100 Church Street, 2nd Floor
NEW YORK, NEW YORK 10007

Rebecca G. Quinn
Phone: (212) 356-4382
Fax: (212) 356-2439
Email: rquinn@law.nyc.gov

July 29, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.</u>
                 20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

      We write to make the Court aware of a correction to our July 28, 2020 letter to Plaintiffs regarding CCRB's disclosures following the repeal of § 50-a. In our letter we noted that Jonathan Darche, Executive Director of CCRB shared the URL of the database of Officer Histories with Cynthia Conti-Cook of the Ford Foundation. Ms. Conti-Cook is a technology fellow with the Ford Foundation. The URL was shared with her, as indicated, for her feedback on the functionality of the database, but it was shared with her in her personal capacity and not in her capacity as a fellow with the Ford Foundation. Defendants made this correction via correspondence to Plaintiffs today, July 29, 2020.

                                                   Respectfully submitted,

                                                     /s/
                                               Rebecca G. Quinn
                                               Assistant Corporation Counsel

2

/s/
Dominique Saint-Fort
Assistant Corporation Counsel

cc: VIA ECF
Anthony Coles
Courtney Saleski
Michael Hepworth
DLA Piper
*Attorneys for Plaintiffs*