UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, *et al*,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>DEBLASIO, *et al*,<br><br>                    Defendants. | 20 Civ. 5441 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated in open court during the hearing on July 28, 2020, the temporary restraining order entered by the Court on July 22, 2020 is modified such that it no longer applies to non-party New York Civil Liberties Union.

          SO ORDERED.

Dated:     July 29, 2020
           New York, New York

                                                      _____
                                                      KATHERINE POLK FAILLA
                                                      United States District Judge