UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION; UNIFORMED FIREFIGHTERS ASSOCIATION OF GREATER NEW YORK; CORRECTION OFFICERS' BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC.; POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC.; SERGEANTS BENEVOLENT ASSOCIATION; LIEUTENANTS BENEVOLENT ASSOCIATION; CAPTAINS ENDOWMENT ASSOCIATION; and DETECTIVES' ENDOWMENT ASSOCIATION,<br><br>            Plaintiffs,<br><br>      -against-<br><br>BILL de BLASIO, in his official capacity as Mayor of the City of New York; THE CITY OF NEW YORK; FIRE DEPARTMENT OF THE CITY OF NEW YORK; DANIEL A. NIGRO, in his official capacity as the Commissioner of the Fire Department of the City of New York; NEW YORK CITY DEPARTMENT OF CORRECTION; CYNTHIA BRANN, in her official capacity as the Commissioner of the New York City Department of Correction; DERMOT F. SHEA, in his official capacity as the Commissioner of the New York City Police Department; THE NEW YORK CITY POLICE DEPARTMENT; FREDERICK DAVIE, in his official capacity as the Chair of the Civilian Complaint Review Board; and THE CIVILIAN COMPLAINT REVIEW BOARD,<br><br>            Defendants. | Case No. 1:20-CV-05441-KPF<br><br>**ORDER TO SHOW CAUSE** |

Upon the Declarations of Alex V. Chachkes, dated July 29, 2020 and the Exhibits thereto, the Declarations of Joo-Hyun Kang, Constance Malcolm, Natasha Duncan and Jumaane D. Williams, dated July 28, 2020, the Declaration of James Blake, dated July 24, 2020, the supporting Memorandum of Law, and all prior pleadings heretofore and herein, it is hereby:

ORDERED that the above-named Plaintiffs and Defendants show cause before this Court on _____, 2020, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 24 of the Federal Rules of Civil Procedure permitting Communities United for Police Reform to intervene as defendant in the above-captioned matter; and it is further:

ORDERED service of a copy of this Order and of all of the papers submitted in support thereof, in accordance with Fed. R. Civ. P. 5, upon counsel for Plaintiffs and Defendants on or before July 30, 2020, shall be deemed good and sufficient service thereof; and it is further:

ORDERED that papers in opposition to Communities United for Police Reform's request for an order permitting it to intervene in this action, if any, shall be served and filed electronically on or before August 3, 2020; and it is further:

ORDERED that reply papers, if any, shall be served and filed electronically on or before August 6, 2020.

**IT IS SO ORDERED**.

_____

DATED: _____  
New York, New York

Honorable Katherine Polk Failla  
United States District Judge