**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Uniformed Fire Officers Association, *et al.*,

                        Petitioners/Plaintiffs,

    -against-

de Blasio, *et al.*,

                 Respondents/Defendants.

Case No. 20-Civ-05441 (KPF)

**NOTICE OF APPEARANCE OF COUNSEL**

       PLEASE TAKE NOTICE that Ye Eun Charlotte Chun of Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case as counsel to *amicus curiae* The Legal Aid Society.  The undersigned certifies that she is admitted to practice before this Court.

Dated:  July 29, 2020
         New York, New York

                                      Respectfully submitted,

                                      */s/ Ye Eun Charlotte Chun*
                                      Ye Eun Charlotte Chun
                                      chchun@cgsh.com
                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                      One Liberty Plaza
                                      New York, New York 10006
                                      T: 212-225-2000
                                      F: 212-225-3999

                                      *Of Counsel for The Legal Aid Society*