# EXHIBIT "A"

1  the 9th that there were discussions between plaintiffs or their
2  representatives and city representatives?
3              MR. DUNN:  I was not.
4              THE COURT:  Were you aware --
5              MR. DUNN:  No, I wasn't.
6              THE COURT:  OK.  That's fine.
7              Were you aware that there was a lawsuit contemplated?
8              MR. DUNN:  I was not.
9              THE COURT:  Do I understand correctly that you
10 received the access to the portal on the 13th of July?
11             MR. DUNN:  No, I received it on the 14th.
12             THE COURT:  OK.  I'm sorry.  Is it dated the 13th?
13             MR. DUNN:  Well, here's my understanding.  The
14 attachment to my clarification shows the email that I got on
15 the 14th.  As I understand the process --
16             THE COURT:  Yes.
17             MR. DUNN:  -- the CCRB may have uploaded the data on
18 the 13th, and it took a day to come through to me.
19             THE COURT:  I see.  But you received and viewed -- you
20 accessed the portal on the 14th of July?
21             MR. DUNN:  That's correct.
22             THE COURT:  All right.  Mr. Dunn, do you want to be
23 heard with respect to the arguments, by which I mean the
24 discussions I've been having with Mr. Coles this afternoon?
25             MR. DUNN:  Your Honor, I'll just say briefly, as you