1:20-cv-05441-KPF

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty.

Before:    Susan L. Carney,
              *Circuit Judge.*

---

| | |
|---|---|
| Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Police Benevolent Association of the City of New York, Inc., Correction Officers' Benevolent Association of the City of New York, Inc., Sergeants Benevolent Association, Lieutenants Benevolent Association, Captains Endowment Association, Detectives' Endowment Association, | **ORDER**<br><br>Docket No. 20-2400 |

        Plaintiffs-Appellants,

v.

Bill de Blasio, in his official capacity as Mayor of the City of New York, City of New York, New York City Fire Department, Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York, New York City Department of Corrections, Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Corrections, Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department, New York City Police Department, Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board, Civilian Complaint Review Board,

        Defendants-Appellees,

Communities United for Police Reform,

        Intervenor.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 30 2020

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

      Appellants Uniformed Fire Officers Association *et al.* appeal from the District Court's July 29, 2020 order "modifying its July 22, 2020 injunction to allow the New York Civil Liberties Union to publicly release police disciplinary records." In connection with the appeal, Appellants seek an administrative stay of the modification order pending the determination of their motion to stay the order pending the appeal.

      IT IS HEREBY ORDERED that the District Court's order dated July 29, 2020 is stayed pending determination by a three-judge panel of Appellants' motion to stay the order pending appeal. An expedited schedule for the submission of the parties' papers in support of, and opposition to, the motion will issue later today.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/30/2020