UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, *et al*,　　　　Plaintiff,　　　　　　-v.-　DEBLASIO, *et al*,　　　　Defendants. | 20 Civ. 5441 (KPF)　ORDER |

KATHERINE POLK FAILLA, District Judge:

On July 29, 2020, Communities for Police Reform ("CPR") filed an emergency motion to intervene in this action. (*See* Dkt. #41-48). The parties to this action are hereby ORDERED to respond to CPR's motion on or before **August 7, 2020**. CPR may reply on or before **August 11, 2020**.

　　　SO ORDERED.

Dated:　　July 31, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　United States District Judge