# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Courtney G. Saleski, Esq.*

**DATE OF ADMISSION**

*December 19, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 24, 2020

_____
Amy Dreibelbis, Esq.
Deputy Prothonotary