# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and Detectives' Endowment Association,<br><br>      Petitioners/Plaintiffs,<br><br> -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>      Respondents/Defendants. | No. 1:20-CV-05441 (KPF) (RWL)<br><br><br><br>**AFFIDAVIT OF<br>COURTNEY G. SALESKI<br>IN SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

I, Courtney G. Saleski, being duly sworn, hereby attest under oath as follows:

  1.  I am an attorney with the law firm of DLA Piper LLP (US), One Liberty Place, 1650 Market Street, Suite 5000, Philadelphia, Pennsylvania 19103, telephone (215) 656-2431 and email address courtney.saleski@dlapiper.com.

  2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter as counsel for Petitioners/Plaintiffs Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Correction Officers' Benevolent Association of the City of New York, Benevolent Association of the City of New

York, Inc., Sergeants' Benevolent Association. Lieutenants' Benevolent Association, Captains' Endowment Association, and Detectives' Endowment Association

3. As shown in the Certificates of Good Standing annexed hereto, I am in good standing of the bars of the Pennsylvania, New Jersey and the District of Columbia.
I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. I understand that if admitted, I will be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
Courtney G. Saleski

SUBSCRIBED AND SWORD to before me this 5th day of August, 2020, by Courtney G. Saleski, who is personally known to me.

_____
PRINT NAME  Trudi Raspa
Notary Public
My Commission Expires:
8/26/20

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TRUDI RASPA
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Aug 26, 2020
```

EAST\175719258.1