UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, *et al*,<br><br>                              Plaintiff,<br><br>          -v.-<br><br>DEBLASIO, *et al*,<br><br>                              Defendants. | 20 Civ. 5441 (KPF)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

KATHERINE POLK FAILLA, District Judge:

The motion of Courtney G. Saleski for admission to practice Pro Hac Vice in the above-captioned action is hereby GRANTED. Ms. Saleski has declared that she is a member in good standing of the bars of the Commonwealth of Pennsylvania, State of New Jersey, and the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Courtney G. Saleski |
| Firm Name: | DLA Piper LLP (USA) |
| Address: | 1650 Market Street, Suite 5000 |
| City, State, Zip: | Philadelphia, PA 19103 |
| Telephone: | (215) 656-2431 |
| Fax: | (215) 606-2046 |
| Email: | Courtney.saleski@dlapiper.com |

Ms. Saleski has requested admission Pro Hac Vice for all purposes as counsel for Petitioners/Plaintiffs Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and

Detectives' Endowment Association.  Accordingly, it is hereby ORDERED that Ms. Saleski is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:     August 7, 2020
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge