

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

David L. Kornblau

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1084
dkornblau@cov.com

**BY ECF**                                                                                                  August 10, 2020

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Uniformed Fire Officers Ass'n, et al. v. de Blasio, et al.*, 20 Civ. 5441 (KPF)

Dear Judge Failla:

      We write on behalf of Justice Committee Inc. to request leave to participate as *amicus curiae* in the above-captioned proceeding.  The plaintiffs have brought suit to prevent the defendants, certain New York City agencies, from releasing disciplinary records of police officers despite the state legislature's recent repeal of Civil Rights Law section 50-a, which had previously prohibited disclosure of that information.

      Justice Committee, founded more than three decades ago, is a grassroots organization dedicated to ending police violence and systemic racism in New York City.  It provides training and educational programs, monitors and documents police activity, and organizes for policy change to decrease police violence and misconduct.  Justice Committee also works to support family members of New Yorkers killed by the police and to empower them to be advocates for social change.  Access to disciplinary records of law enforcement officers will greatly aid Justice Committee in all of these mission-critical activities.

      As part of its extensive work with families impacted by police violence, Justice Committee is intimately familiar with the application of section 50-a of the Civil Rights Law to shield police officers and limit access to information.  For years, Justice Committee advocated for the repeal of section 50-a, and during the New York State legislature's hearings on that subject this year, Justice Committee provided written memoranda and testimony on the devastating impact of section 50-a on victims of police violence and their families to ensure that their experiences were taken into account by the legislature.

      Because of Justice Committee's decades of advocacy efforts and its experience working with families directly affected by the impact of section 50-a and amplifying their voices, Justice Committee respectfully submits that it could be of assistance to the Court as it addresses the issues and arguments in this case.  For this reason, we request that the Court allow Justice Committee to participate as *amicus curiae* in this matter.  If granted leave, Justice Committee

**COVINGTON**

Honorable Katherine Polk Failla
August 10, 2020
Page 2

would file its amicus brief on or before August 14, 2020, which is the deadline currently set by the Court for written amicus submissions.

                              Respectfully submitted,

                              */s/ David L. Kornblau*

                              David L. Kornblau

cc:  All Counsel (via ECF)

```
The Court is in receipt of the above request from Justice Committee
Inc. (Dkt. #82).  The application is GRANTED.  Justice Committee Inc.
may file an amicus brief on or before August 14, 2020.


Dated: August 10, 2020            SO ORDERED.
       New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE