UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIFORMED FIRE OFFICERS ASSOCIATION; UNIFORMED FIREFIGHTERS ASSOCIATION OF GREATER NEW YORK; CORRECTION OFFICERS' BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC.; POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC.; SERGEANTS BENEVOLENT ASSOCIATION; LIEUTENANTS BENEVOLENT ASSOCIATION; CAPTAINS ENDOWMENT ASSOCIATION; and DETECTIVES' ENDOWMENT ASSOCIATION,

    Plaintiffs,

  -against-

BILL de BLASIO, in his official capacity as Mayor of the City of New York; THE CITY OF NEW YORK; FIRE DEPARTMENT OF THE CITY OF NEW YORK; DANIEL A. NIGRO, in his official capacity as the Commissioner of the Fire Department of the City of New York; NEW YORK CITY DEPARTMENT OF CORRECTION; CYNTHIA BRANN, in her official capacity as the Commissioner of the New York City Department of Correction; DERMOT F. SHEA, in his official capacity as the Commissioner of the New York City Police Department; THE NEW YORK CITY POLICE DEPARTMENT; FREDERICK DAVIE, in his official capacity as the Chair of the Civilian Complaint Review Board; and THE CIVILIAN COMPLAINT REVIEW BOARD,

    Defendants.

Case No. 1:20-CV-05441-KPF

**REPLY DECLARATION OF ALEX V. CHACHKES IN SUPPORT OF COMMUNITIES UNITED FOR POLICE REFORM'S MOTION TO INTERVENE**

I, Alex V. Chachkes, hereby declare as follows:

1. I am an attorney, a member of the bar of the State of New York, and a partner of the law firm Orrick, Herrington & Sutcliffe LLP ("Orrick").

2. Pursuant to Local Civil Rule 6.1, I submit this sworn statement in support of Communities United for Police Reform ("CPR") Reply Memoranda in Support of Intervention. I have personal knowledge of the facts contained in this declaration, and, if called as a witness, am competent to testify to those facts, except as to matters expressly stated to be upon information and belief. As to those, I believe them to be true.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Reporter's Transcript of the July 22, 2020 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of August, 2020, in New York, New York.

_____
Alex V. Chachkes