**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> -v.- <br><br> DE BLASIO, et al., <br><br> *Defendants*. | Case No. 20-cv-05441 (KPF) <br><br> **NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that Russell M. Squire, an attorney duly admitted to practice before this Court, hereby appears as counsel in the above-captioned action on behalf of *amicus curiae* Justice Committee Inc., and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

Russell M. Squire
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
rsquire@cov.com

Dated: New York, New York         Respectfully submitted,
       August 11, 2020

                                              COVINGTON & BURLING LLP

                                              By: s/ *Russell M. Squire*
                                                    Russell M. Squire

                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, New York 10018-1405
                                              (212) 841-1000
                                              rsquire@cov.com

                                              *Counsel for Justice Committee Inc.*