UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, *et al.*, | |
| Plaintiff, | 20 Civ. 5441 (KPF) |
| -v.- | ORDER |
| DEBLASIO, *et al.*, | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Communities for Police Reform's ("CPR") motion to intervene in this action (Dkt. #41-48), Defendants' brief in opposition (Dkt. #77), Plaintiffs' brief in opposition (Dkt. #78), and CPR's reply brief and declaration. (Dkt. #86-87). In its reply brief, CPR states:

> CPR will provisionally file papers opposing Plaintiffs' preliminary injunction request on the parties' timetable. If this Court finds that those papers raise significant legal arguments and meaningfully aid in development of a full record—as CPR contends—the Court should at a minimum allow permissive intervention. This approach is fair to all parties and solves any concerns that intervention would cause delay.

(Dkt. #86 at 9). The Court agrees that this is the fairest and most expeditious way to resolve the pending motion. Accordingly, the Court will hold the motion over until the preliminary injunction motion is resolved.

SO ORDERED.

Dated:  August 11, 2020
        New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge