**Littler Mendelson, PC**
375 Woodcliff Drive
Suite 2D
Fairport, NY 14450

Pamela S.C. Reynolds
585.203.3415 direct
585.203.3400 main
585.203.3414 fax
preynolds@littler.com

August 12, 2020

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Uniformed Fire Officers Ass'n, et al. v. de Blasio, et al.*
      Case No. 1:20-cv-05441-KPF

Dear Judge Failla:

On behalf of the New York State Black, Puerto Rican, Hispanic & Asian Legislative Caucus (the "Caucus"), I write to request that the Court allow the Caucus to participate as amicus curiae, in support of Communities United for Police Reform's ("CPR") motion to intervene in the above-captioned matter. Plaintiffs in this action seek to block the disclosure of disciplinary records of New York City police officers, among others, which were previously exempt from public disclosure under Civil Rights Law § 50-a. The repeal of § 50-a, on June 12, 2020, was the direct result of a years-long effort for police reform advanced by the Caucus, and championed by a host of organizations, including CPR.

The Caucus is a 62-member body of state legislators, which represent about 25% of residents across the State of New York, from Long Island, the metro New York City area, and upstate regions. Its members share a common interest in the purpose and function of the legislative process, and the manner in which that process affects the lives and well-being of the people, in general, and in particular, those persons with ties in the Black, Puerto Rican, Hispanic and Asian communities. In furtherance of its mission, and on behalf of its members' constituents, the Caucus was instrumental in passing the recent legislation repealing § 50-a. Indeed, the repeal legislation's sponsor is a member of the Caucus.

Further, the Caucus is in a distinctive position – its members participated in the legislative hearings and heard testimony from parties involved in this suit and other advocacy organizations, including CPR. Thus, the Caucus respectfully submits that it is uniquely qualified to be of assistance to this Court in addressing the issues presented by CPR's motion to intervene, particularly with respect to whether the existing Defendants can sufficiently represent its interests. *See C & A Carbone, Inc. v. County of Rockland, NY*, No. 08–cv–6459–ER, 2014 WL 1202699, at *3-4 (S.D.N.Y. Mar. 24, 2014) ("An amicus brief should normally be allowed . . . when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.") (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir.1997)).

Honorable Katherine Polk Failla
August 12, 2020
Page 2

If granted leave, the Caucus would file its amicus brief on or before August 14, 2020, which is the current deadline set by the court for written amicus submissions.

Based on the foregoing, the Caucus respectfully requests leave to participate in the above-referenced action as amicus curiae.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/Pamela S. C. Reynolds*

Pamela S. C. Reynolds


cc:     All Counsel (via ECF)

4833-2385-0695.1