

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | KAMI Z. BARKER<br>Mobile: (216) 903-3610<br>kbarker@law.nyc.gov |

August 14, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    <u>Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.</u>
                 20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to respectfully request a ten-page extension to the Your Honor's rules on limiting motion submissions to 25 pages. Due to the long history and complicated nature of this case, our office requests that the Court grant both sides the ability to submit motion papers of up to 35 pages in length. Granting this request would provide both sides with sufficient length to adequately argue their claims. This is defendants' first request for a page-limit extension, and plaintiffs consent to giving both sides a limit of 30 pages.

                                        Respectfully submitted,

                    By:    **ECF**:        /s/
                                      Kami Z. Barker
                               Assistant Corporation Counsel

cc:    Anthony Coles (by ECF)
       DLA Piper
       *Attorney for Plaintiffs*

---

**MEMO ENDORSED:** Application GRANTED.

Dated: August 12, 2020
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE