Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Uniformed Fire Officers Association et al v. DeBlasio et al,*
              No. 20-cv-5441 (KPF) (S.D.N.Y.)

Wednesday, August 12, 2020

Dear Judge Failla,

This is Towaki Komatsu. Docket number 65 in the case referenced above confirms that I filed a letter motion dated 7/31/20 in it on 8/3/20 for authorization for permissive intervention in it or to appear as an amicus curiae in it. In the 9 days since that submission was processed, there has been no response from your side in regards to that. By contrast, docket 64 in that case confirms that you responded to an application that was submitted in it on 7/29/20 on behalf of a group that sought to also intervene in it. The fact that you responded to that application within 2 days after it was filed in that case, but haven't responded to my application to intervene in it is a clear violation of my Fourteenth Amendment due process and equal protection rights as well as my First Amendment right of access to the courts that you need to immediately rectify.

I'm also aware that docket number 102 in that case confirms that another group submitted an application to appear as an amicus curiae in that case following my 8/3/20 letter motion in this case. In the event that you issue a determination in response to that group's application before you issue a determination in response to my 8/3/20 submission, that will further violate my Fourteenth Amendment and First Amendment rights while also serving as sufficient grounds for a sign to be removed from the first floor of the Thurgood Marshall federal courthouse that shows

the Bill of Rights on it.

From,

Towaki Komatsu

s_/Towaki Komatsu

802 Fairmount Pl., Apt. 4B
Bronx, NY  10460

Tel: 347-872-1205
E-mail: Towaki_Komatsu@yahoo.com