

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Rebecca G. Quinn**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-4382<br>rquinn@law.nyc.gov |

August 14, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:     <u>Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.</u>
                  20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

      Defendants write to respectfully request permission to produce their documents, pursuant to the Court's Order, by 5:00 pm today.  By Order, dated August 11, 2020, the Court directed that such production occur by noon.  Thereafter, the Court granted defendants' request for reconsideration, with respect to the documents to be produced, and directing that production be completed today.  Defendants anticipate imminent completion of processing by our vendor but require additional time today – a matter of hours – to ensure the vendor's completion and our preparation to make production.

      Defendants have advised plaintiffs' counsel of the foregoing circumstances and that we would make this request.  We thank the Court for its consideration of the foregoing.

                                          Respectfully,

                                          /s/
                                    Rebecca G. Quinn
                                   Assistant Corporation Counsel

                                          /s/
                                   Dominique Saint-Forte
                                   Assistant Corporation Counsel

cc:     All Attorneys of Records (by ECF)