# EXHIBIT K



# CERTIFICATION

Completed Transcript:    Fox News - New York police union reps hold press conference - Copy (20-02298)

Audio Source:    Fox News - New York police union reps hold press conference - Copy (20-02298).wav

Matter Number:    2020-025039

Case Name:    UNIFORMED FIRE OFFICERS ASSOCIATION, ET AL. VS DEBLASIO, BILL ET AL

---

I hereby certify that the following document is an accurate transcription, to the best of my ability, of the audio source referenced above.

*/s/ Irma Francis*
**IRMA FRANCIS**

| | | |
|---|---|---|
| 1 | U/M: | (Unclear), Ed Mullins and the Board.  We have New York City |
| 2 | | Lieutenants Benevolent Association, President Lou Turco, and |
| 3 | | the Board.  We have New York City Captains Endowment |
| 4 | | Association President, Chris Monahan, and the Board.  We have |
| 5 | | New York State Association of PBAs President, Michael |
| 6 | | Murray, also the president of the MTA, PBA.  We have from the |
| 7 | | Port Authority PBA, Mike Monahan, Vinny Provenzano.  From |
| 8 | | the M-- MTA PBA Executive Vice President, Jeff Gross.  First |
| 9 | | Vice President, Nassau Detective Association Lou Denny, First |
| 10 | | Vice President.  Suffolk Police Superior Officers Association, |
| 11 | | Ryan Law, President.  PBA of New York State, Manny Villar, |
| 12 | | Vice President.   PBA of New York State, Jim McDermott. |
| 13 | | Nassau PBA President, Pete Paterson, First Vice President. |
| 14 | | Nassau PBA, Ken Cortes, Sergeant at Arms.  Nassau PBA, |
| 15 | | Myron Joseph.   From the New Rochelle Superior Officers |
| 16 | | Association, also representing NYSCOPBA, Tammy Sawchuk. |
| 17 | | From the New York State Corrections Officers PBA, Executive |
| 18 | | Vice President, Frank Gilbor, Treasurer.   New York State |
| 19 | | Correction Officers PBA, Richard Wells, President of the Police |
| 20 | | Conference in New York State.  Elias Husamudeen, President of |
| 21 | | New York City Corrections Officers Benevolent Association. |
| 22 | | Fredy Fresco from the New York Corrections Officers |
| 23 | | Benevolent Association.  Represent Suffolk County Corrections, |
| 24 | | we have Will Faller, and Rich Lang.  Brian Sullivan, President |
| 25 | | of Nassau County Corrections Officers Benevolent Association. |

| | | |
|---|---|---|
| 1 | | From the Westchester County Corrections Superior Officers |
| 2 | | Association, Bruce Connolly.  From Westchester County |
| 3 | | Correction Officer's Benevolent Association, Neal Pallone. |
| 4 | | Dennis Quirk, President, New York State Court Officers |
| 5 | | Association.  And, Tom Mungeer, New York State Trooper |
| 6 | | PBA President.  I think that's it. |
| 7 | U/M1: | Patty? |
| 8 | Pete Paterson?: | You know, as we just watched as our colleague listed off the |
| 9 | | names of the leaders and the members of practically every |
| 10 | | police law enforcement corrections union across this state, |
| 11 | | representing hundreds of thousands of citizens who happen to be |
| 12 | | police officers and correction officers, and court officers, and |
| 13 | | bridge and tunnel.  One of the few times where everyone comes |
| 14 | | together, knowing that we, as professionals, are under assaults. |
| 15 | | Where the signs on the street are dictating the legislation that |
| 16 | | happens.  But, it's worse than that.  We, here in the city, are |
| 17 | | doing this in the backdrop of a night where we had seven |
| 18 | | shootings in four minutes, eight shootings in five hours, in |
| 19 | | different parts of Brooklyn, not connected.  Last week, 40 |
| 20 | | shootings, the highest since 2015.  Homicides went from five to |
| 21 | | thirteen.  Burglaries, have quadrupled.  You may ask, "Why? |
| 22 | | Why now?  How is this happening?  How is this happening |
| 23 | | when we have so many professionals caring law enforcement |
| 24 | | officers out there on the street?"  And the answer is simple. |
| 25 | | There's been a message, not only from our City Hall, but from |

1    the state house that says, "There will be a soft touch."  And the

2    criminals know it.  And while folks were protesting, they were

3    breaking down doors, climbing in windows, pulling out their

4    weapons they're not afraid to carry. Their hatred towards law

5    enforcement is misguided.  I have 36 years as a New York City

6    police officer.  And I can tell you this unequivocally, not one

7    woman or man that has a shield on their chest, a patch on their

8    shoulder, regardless of what arm of law enforcement they come

9    from, will support or defend a murder of an innocent person.

10   And that's what happened.  Let us be unequivocal.  In all my

11   time, I've never seen a time when not one law enforcement

12   would support, eight minutes, is wrong.  There was no struggle.

13   There was no reason.  So I know I speak on behalf of every

14   police officer here.  It was wrong.  We denounce it, and we have

15   from the beginning.  We've had in this city violence on our

16   streets, hiding amongst protestors.  Folks that believe, that go

17   out on the street, and bring their signs, we don't criticize them.

18   We police them.  We are protestors.  I protested.  We've

19   protested.  We believe in it.  We believe their rights.  But, now

20   we're being guided by those that were intent on violence from

21   outside out communities, that threw the stone, that broke the

22   window, that caused the violence, that injured 300 police

23   officers, some of them viciously.  That's who we denounce.

24   And then, for our legislatures, and I emphasize, our legislatures

25   to then demonized police officers as if we are the problem, as if

1    we broke the window, as if we caused the violence.   That is

2    absolutely outrageous.   We, as police officers, are citizens of

3    this city, these counties, and our state.   Our families live with us

4    too.   What we're seeing now in a rush to pass packages of bills,

5    in the dark of night, without even reading them.   Ask our

6    legislatures "Have you read the bill?"   We've heard it before.

7    They'll say they're busy.   They'll say they don't have time.

8    "The bill is hundreds of pages."   Well, it's your job to read it

9    and know what it says.   So the reason I say that is, "Why aren't

10   you speaking to all the stakeholders?"   You know, that's their

11   word, the stakeholders.   The stakeholders are families.   You

12   know, the community, the stakeholders.   Why aren't you asking

13   the question of professional law enforcement?   Why aren't you

14   seeking our advice?   Is it that maybe we'll be reasonable?

15   Maybe we can see where the problems would be.   Maybe 'cause

16   we're standing on that street corner with our fellow citizens.

17   We know that they don't want this violence visiting their

18   corners.   But, we've seen it.   Didn't we just visit this problem

19   with our legislature recently?   Didn't they rush through bail

20   reform?   Didn't they have to admit they made a mistake?   Why

21   did it happen?   It happened because they rushed it in the dark of

22   night without speaking to, you know, to stakeholders, the

23   stakeholders.   They talked about transparency.   Me too.   We

24   want to be transparent.   You can only have transparency if

25   you're being honest, having a discussion, having the dialogue.

1    Defund the Police Department.  Ask different folks what's the

2    definition?  Get rid of the police?  Defund the Police?  Shift the

3    money around?  It's a slogan.  It's a slogan during a protest.  I

4    admire it, because it's open to so many definitions.  We went

5    out on the streets to do a job.  We went out on the street during

6    this violence.  We went out on the street 'cause we knew we had

7    to.  City Hall asked us, and ordered us to.  And the brass put us

8    out there.  But then what we found out, there was no plan.

9    There wasn't enough of us.  We weren't out planning on

10   stopping the violence.  The violence visited us.  We have district

11   attorneys from all our counties, from many of our state, saying,

12   "We will not prosecute criminals who looted."  Not protested,

13   who looted, who rioted.  Our DAs won't prosecute them.  But

14   you know what's on the hearts and minds of everybody that has

15   a shield in their hip pocket today, that's who the DA did

16   prosecute, was a police officer, whose boss sent him out there to

17   do a job, was put in a bad situation, during a chaotic time.  And

18   you know what?  My gray hair told me it was gonna happen.

19   Everybody walked away from him.  There was no longer a boss

20   standing next to him like it was that night.  The brass threw him

21   under a bus.  Not saying, "It's our fault.  We didn't have a plan.

22   We asked him to go out there."  The DA is to say, "We don't

23   have time to prosecute criminals, but we'll prosecute you."

24   Talk about de-escalation, they're de-escalating their job.

25   They're refusing to do their job.  They're asking us to pullback.

1   They're asking us to pullback.  They're asking us to walk away

2   from you.  They're asking us to abandon our communities.

3   They're asking me to walk away from where I live.  They're

4   asking me to walk away from where I work.  They're asking us

5   to walk away from the neighborhoods that we brought back.

6   And that's what happening.  And you know what?  We don't

7   have a choice.  If we put our hands on the criminals, you're

8   going to jail.  I'm not being dramatic.  That's how bad it is.  No

9   one has read the bills.  They're following the crowd.  What's the

10  joke?  I'm the leader.  Where is my people?  Let me catch up

11  with them.  They're legislating by signs in a protest.  We have

12  our leadership who think they'll appease the criminals, who

13  think they'll appease the rioters.  They think they'll appease our

14  critics.  You know what my job as a New York City police

15  officer is?  When I put that shield on my chest, I put that patch

16  on my shoulder, my job, at that protest, is to stand on my own

17  two feet.  My job, and your job, is to make sure we protect your

18  right to say what you believe, as loud as you want, wherever

19  you want, and we'll stand that line.  We'll stand that line and

20  protect that right.  But when I'm standing, that barrier line, what

21  I don't have is a personal opinion.  My job is to protect yours.

22  So when we see our leaders tactically putting themselves on the

23  ground, when we see our leaders joining the other side of the

24  barrier, whether we personally agree or not, you're derelict in

25  your duty.  You stand the line.  Sometimes, you're happy.

1 Sometimes you're angry.  But it makes no difference because

2 we stand the line.  We stand the line on our feet, with our

3 shoulders back, with our shield out saying, "I'm here to make

4 sure you're good."  Now, if I want to go in across that line, if

5 I'm the brass of this job that wants to jump over the line and go

6 on the ground, then throw in a 28.  Take your time.  Go home.

7 Change, and come back, and do it on your own time.  Don't do

8 it on the time of the citizens.  Don't do it on my time.  Don't do

9 it on the backs of our members.  And then when it goes wrong,

10 and the DA says, "We gon' lock you up.", you should be

11 standing next to them, saying, "I'm the leader.  I sent them out.

12 I should take the hit.  I should get locked up."  But don't hold

13 your breath.  We're not gonna see that, because they've walked

14 away.  I know many times when myself and my fellow union

15 leaders take this microphone, folks thinks, "Well, they gotta be

16 a little bombastic, and they gotta be dramatic."  I couldn't tell

17 you how more serious I am.  Awhile back, we had a press

18 conference where we turned our flag upside down.  I said,

19 "We're under distress."  They said, we're under distress, and

20 nobody listened.  I don't want the neighborhood I worked in,

21 that I brought back, that we brought back, I don't want it to slide

22 back.  Homicides, five to thirteen.  Shootings, 40 last week, the

23 highest since 2015.  Seven shootings in four minutes.  Eight

24 shootings in five hours in different neighborhoods in our

25 borough, disconnected.  Don't be fooled.  It's not some gang

| | | |
|---|---|---|
| 1 | | guy running around town, shooting everybody.   It's separate |
| 2 | | incidents.  Ask yourself, "Why did they feel embolden to do it?" |
| 3 | | Because there's no consequence.  There's no cops.  And we're |
| 4 | | held back.  We look great in our blue uniforms.  We look great |
| 5 | | when we're standing straight up on the corner.  But the message |
| 6 | | of "a soft touch", means, you look great, but don't get yourself |
| 7 | | dirty.  You look great, but look like a potted plant.  Some of the |
| 8 | | things I'm saying you've all heard before.   Those of us that |
| 9 | | grew up in the city understand what I'm saying.  That's the |
| 10 | | Police Department we left behind.  We, in this city and state, are |
| 11 | | the most restrained police department in the country.  The most |
| 12 | | restrained police department in the country.  Ask Minneapolis if |
| 13 | | they're the same.  We don't defend.  We won't defend.  We |
| 14 | | have not defended.  I will defend those that stand here.  I will |
| 15 | | defend my family.  I will defend our citizens, both here and who |
| 16 | | are now in Phase One going back to work.  Why did the crimes |
| 17 | | happen?  We're pulled back.  We're demonized.  And all the |
| 18 | | cops had to run to Manhattan, out of the boroughs, to stop |
| 19 | | looters.  That's why it happened.  It's my honor also, to stand |
| 20 | | here with others that represent so many.   And it's my honor |
| 21 | | introduce Ricky Wells to come up here.  A man that is on the |
| 22 | | frontlines with us for many, many, years, and many of our |
| 23 | | police officers he represent.  Yes, sir. |
| 24 | Mr. Wells: | Thank you Pat.   Good morning.   I'll like to address the |
| 25 | | ramifications for every police officer in this state and nation on |

1   what's being done today in Albany, and what's being

2   contemplated in Washington DC.  The message is been sent

3   very clearly to police officers by our elected officials.  We don't

4   like you.  We don't respect you.  We will not support you.  We

5   want you to go away.  And if at all possible, we're going to do

6   everything we can to make that happen.  That's the only way

7   you could read the bills that has been contemplated right now.

8   Police officers, because of this legislation, are going to be

9   forced to choose between doing their jobs diligently,

10  professionally, and competently, and doing the minimal amount

11  necessary to maintain their employment, but also to protect

12  themselves, and their families.  That's the choice they now face.

13  Because, if they continue to the job the way it's always been

14  done, the way Pat just described it, they're going to be

15  investigated so thoroughly, so minutely scrutinized, but they're

16  not going to continue to do that.  They can't.  Because no matter

17  what they do, it's going to be wrong.  They will then be the

18  subject of an investigation, a prosecution, an indictment, and

19  possible prison terms, simply for doing what they've always

20  done and been trained to do.  That's the message that's being

21  sent.  Unfortunately, our people are going to have to deal with

22  that.  They're your neighbors.  Everybody that's listening to me

23  right now has a friend, a relative, that's a cop.  We are not racist

24  groups.  We're your neighbors.  We're part of your community.

25  But you'll never know that by the way we're currently been

- 9 -

1    portrayed.  One incident, in one area, results in every cop in the

2    nation being tarnished?  Rational people discussing abolishing

3    police departments and replacing us with social workers.  I

4    never thought I'll live to see a day like this.  And all the cops

5    are trying to do is protect the community, and go home to their

6    families at night.  That's it.  That's it.  But under these new

7    rules, is a cop gonna chase an armed suspect?  Is a cop gonna

8    look if he just receive a notification of somebody who just raped

9    a woman and still in the area?  Is he gonna look for that person?

10   Why would he?  Why would she?  Because any confrontation

11   with anybody now, results in some sort physical contact, the cop

12   is wrong.  Police officers are now going to have to approach

13   every contact with a citizen, no matter the circumstances, as if

14   that person is a potential complainant against me in a civil or

15   criminal proceeding.  Everybody is gonna have to be looked at

16   that way, because that's what they're forcing our cops to do.

17   They have made us the enemy of the community.  And now we

18   are going to have to look at the community with great suspicion

19   at(?).  Are they looking for help or they're just looking to cause

20   an incident so that I can get in trouble and lose my job.  It's not

21   a good way to do things.  It's not an intelligent way.  It's not the

22   right way.  The right way is, if there are -- su-- incidents, and

23   laws need to be reformed, changed, amended, or new ones put

24   in, that we sit down as adults, at a table, compromise, discuss,

25   and see what is the best solution for whatever you think your

1    problem is.  But that's not what happened.  They were able to do

2    this, basically, under the cover of darkness because we have not

3    been able to directly lobby for our members in Albany, 'cause

4    Albany shutdown.  But they're up there working, certainly not

5    listening to us, and they're passing whatever they want.  None

6    of the bills are been contemplated today or that were passed

7    yesterday, or will be passed tomorrow, are initiatives that must

8    be done right this moment, when emotions are running high, and

9    people are not thinking clearly.  Most of these bills have been

10   around -- excuse me -- for many years.  And the reason they

11   haven't passed is because there are two sides to an issue.  And

12   things get discussed, and modified, and let's talk about it.  But

13   now, there's nothing to stop them.  Now, because of what

14   happened, everybody is up there, and they're passing whatever

15   they want.  So, we've been abandoned by everyone.   Where it,

16   the last line of defense  is the police force (unclear) in the street,

17   where are all these guys, the unions.   And now, there's a

18   movement to get rid of police unions, because we're the bad

19   guys.   Why?   Because we look for due process for our

20   members?   You know, 50-a was enacted in 1976.   And they

21   made it -- it's 50-a, you never hear this, of the Civil Rights Law.

22   That's how important the state legislator thought of it in 1976.

23   They made it part of the Civil Rights Law.  And the reason it

24   was enacted, was not to protect dirty cops, not to hide

25   misconduct by law enforcement.  Read the bill jacket.  It says in

1    there, the main reason that this bill is been passed is because

2    defense attorneys were routinely pouring through police

3    officer's personal jackets for unrelated, unsubstantiated,

4    irrelevant complaints that has been in there for ten, fifteen years,

5    and then using that against the police officer giving a testimony

6    in a criminal case that had nothing to do with him.  He's

7    testifying at a rape trial.  "Hey, cross, isn't true, ten years ago,

8    you were accused of being rude to somebody?"  Yeah.  You

9    were accused but it was never substantiated.  It was totally

10   unfounded, but it's still in there.  And the defense attorney got

11   to ask the question.  And they would do that time after time.

12   Sole intent is to discredit the police officer's testimony, rapist

13   walks out of jail or out the courtroom free.  And the victim is

14   sitting there going, "What happened?"  That's why it was

15   enacted.  Now it's been repealed under false pretense, that it's

16   hiding police misconduct.  50-a allows a judge in a criminal

17   case to look at a police officer's personal folder, in camera, and

18   decide if it's relevant to the incident case.  And if anything there

19   is, it is certainly used in court.  That's the way it's been.  Now,

20   we have to get rid of it because it's inconvenient.  The other bill

21   with the -- the attorney general now is going to be in charge of

22   all misconduct, any, any complainant or misconduct,

23   unanimous.  A person says, "A cop did this, cop did that.", and

24   walks out the door, that's in the cop's folder forever.  Is that's

25   fair?  That's what we were asking for in 50-a argument.  Do not

1          use unsubstantiated, unfounded complaints.     Now, they

2          wouldn't even do that.  So now, this -- this new attorney general

3          board will look at any allegations of any offense, by any cop,

4          anywhere, at any time.     Another level of scrutiny that is

5          certainly not warranted, we have enough levels currently

6          between Internal Affairs, the local district attorney's office, the

7          state attorney general, the federal government.        We're

8          scrutinized.   We are more than scrutinized.   But again, we

9          haven't had -- been given the opportunity to discuss these bills,

10         as I said, none of which need to be passed right away.  Except

11         that they're doing it for political purposes, to make themselves

12         look good, tell everybody, "Cops are bad."   And then, yeah.

13         Now, they want cops to go out and do their jobs like they

14         always have.  I don't see how that can continue.  We're human.

15         Self-defense is a very strong emotion and instinct.  And we're

16         going to protect ourselves and our families.  So, I'll just finish

17         by saying, all the cops are (unclear) as I said.  These people, us,

18         the unions, we're not going away.  We're going to continue to

19         fight.  And we're gonna protect our members' due process.

20   Mr. Murray:      Good afternoon.    My name is Michael Murray.   I'm the

21         president of New York State Association of PBAs.  And, I just

22         wanna talk to -- to -- to you, the press.  And I wanna talk to the

23         police officers.   Three hundred and seventy five million

24         interactions with the public every year.   Three hundred and

25         seventy five Million interactions, overwhelmingly positive

1    responses, overwhelmingly positive responses.  But I read in the

2    papers all week, we all read in the papers that in the black

3    community, mothers are worried about their children getting

4    home from school without being killed by a cop.  What world

5    are we living in?  That doesn't happen.  It does not happen.  I

6    am not Derek Chauvin.  They are not him.  He killed someone.

7    We didn't.  We are restrained.  And you know what?  I'm saying

8    this to all the cops here, because you know what, everybody is

9    trying to shame us.  The legislators, the press, everybody is

10   trying to shame us, into   being embarrassed about our

11   profession.  Bu you know what?  This isn't stained by someone

12   in Minneapolis.  It still got a shine on it, and so did theirs, so do

13   theirs.   Stop treating us like animals and thugs.   And start

14   treating us with some respect.  That's what we're here today to

15   say.   We've been left out of the conversation.   We've been

16   vilified.   It's disgusting; it's disgusting.   Trying to make us

17   embarrass of our profession.  Three hundred and seventy five

18   million interactions, overwhelmingly, overwhelmingly positive.

19   Nobody talks about all the police officers that were killed in the

20   last week in the United States of America.   And there were a

21   number of them.  We don't condone Minneapolis.  We roundly

22   reject what he did as disgusting.  It's disgusting.  It's not what

23   we do.   It's not what police officers do.   Our legislators

24   abandoned us.  The press is vilifying us.  But you know what

25   guys, I'm proud to be a cop.  And I'm going to continue to be

1                   proud to be a cop until the day I retire.  And that's all I have to

2                   say.

3                   APPLAUDS

4                   Thank you.  I want to now introduce Elias Husamudeen from

5                   the Correction Officers Benevolent Association to speak on

6                   behalf of his members.

7     Mr. Husamudeen:    Every day a correction officer is assaulted in these jails.  Every

8                   day, a correction officer is assaulted inside these jails.  Every

9                   day we work with gang members who have communication with

10                 gang members in the street.  50-a, my testimony, before the --

11                 the senate was, I don't think 50-a go further enough to protect

12                 correction officers or police officers, or law enforcement

13                 officers, especially today with social media.  I don't think 50-a

14                 go further enough.  I don't want inmates with correction

15                 officers' information in their cells, because that's where they

16                 going to have it.  Why should our personal information, our

17                 personal information be floating around a jail?  It's dangerous.

18                 It threatens not only me as a correction officer, it threatens my

19                 family.  My family information is in there.  Every day,

20                 correction officers walk these stairs, work these jails, work with

21                 the people that the police officers arrest, that the DAs, that the

22                 judges decide that you don't want in the street.  And now, the

23                 legislature wanna take the little bit of protection that we have.

24                 That can't be true.  They want to take the little bit of protection

25                 that 50-a actually provides, which I say, isn't enough.  Every

1    day, we donned these uniforms.  And I think Patty said a lot.

2    And I think he said it best.  But every day, inside these walls,

3    we have a different situation.  We don't have somewhere where

4    we could run or hide or duck or go.  When it jumps off with us,

5    it jumps off, and we have nowhere to go.  For the legislature to

6    take away the little bit of protection that we have in 50-a, for

7    them to decide that our information is going to be -- it might as

8    well say, on the market.  You might as well say, it's gonna be

9    bitted.  We gonna have inmates doing all kinds of things to stage

10   situations, to set up New York City correction officers.  We're

11   in a situation where people, we can't run.  We're in a situation

12   where every day -- just the other day, a correction officer got his

13   tooth knocked out.   Another female correction officer, 16

14   stitches.  Just the other day, a correction officer, female, hit in

15   the head with a peanut butter jar, and have a permanent scar in

16   her head.  And the legislators have decided that all of their

17   information should be available in some inmate's cell.  Like

18   Patty said, like the other brother said, we're demonized.  Now,

19   we're a little different from PD.  We don't have Bloods, or Blue

20   Blood.  We don't have Chicago PD or Law and Order.  When it

21   comes to Corrections, we have, Orange is the New Black, or

22   The Oz.  We're really freaking demonized when it comes to law

23   enforcement.  But I'm saying to the legislators, I'm saying to

24   you the press, I'm saying to everybody that's listening to the

25   voices, that we're saying to you, we deserve to be protected as

| | |
|---|---|
| 1 | we protect you.  There's no way that we protect you, and you |
| 2 | don't protect us.  Somebody needs -- you need to say to the |
| 3 | legislator, "No.  Don't do this.  Stop making these backdoor |
| 4 | deals."   They're gonna say, "We spoke to you."  Yes.   I |
| 5 | testified.  Yes.  They spoke to me.  But they didn't give me a |
| 6 | chance to say what I really think.  They didn't give me a chance |
| 7 | to really be at the table and say, "No.  I don't think this good.  I |
| 8 | don't think this is gonna work."  No.  They already made up |
| 9 | their minds what they gonna do.  What happened to George |
| 10 | Floyd is a crime.   But don't penalize correction officers, police |
| 11 | officers, for what happened.  Don't take the opportunity to take |
| 12 | advantage of what happened, and what's going on right now |
| 13 | across the country to decide that you gonna further take away |
| 14 | the protection, the little bit of protection that we have.  Don't |
| 15 | put the lives of our family at stake, because that's what you're |
| 16 | doing.   Regardless of what you say, regardless of what the |
| 17 | legislators say, you're putting the life of our family on the line. |
| 18 | And correction officers, police officers, we deserve more. Thank |
| 19 | you.  Thanks, Pat. |
| 20 | APPLAUDS |
| 21 | Pete Paterson?:     Thank you, Mr. President.  You know, many times that I take |
| 22 | this microphone, and come here and I speak on behalf of our |
| 23 | members, I kinda hear the talking points.  You know, Patty, |
| 24 | you're so angry up there.  I wish I was angry.  I'm heart-broken. |
| 25 | I'm heart broken, 'cause on September 11th, we saw our |

| | | |
|---|---|---|
| 1 | | colleagues die, and run into those buildings, and we would cheer |
| 2 | | on 10th Avenue.  That's gone away.  You know, we watched in |
| 3 | | Sandy where we jumped in the water, tried to save people, and |
| 4 | | we were cheered on the streets.  It's gone away.  During |
| 5 | | COVID, we went out in the streets where our leaders, our |
| 6 | | department, City Hall, didn't even bother to protect us by giving |
| 7 | | us a mask, but the citizens understood, and they cheered us with |
| 8 | | the nurses, and the doctors.  And it's all gone away.  It's gone |
| 9 | | away in five days.  That now, we're demonized.  I'm not angry. |
| 10 | | I'm heart broken.  They're heart broken.  When is it you see so |
| 11 | | many women and men, they wear uniform so quiet, standing so |
| 12 | | somber?  It's today.  And it's at our funerals.  I'm heart broken. |
| 13 | | Questions?  Yes, sir.  (Unclear). |
| 14 | U/M2: | Is that (unclear)? |
| 15 | U/F: | (Unclear) -- |
| 16 | Pete Paterson?: | Yeah. |
| 17 | U/F: | -- are many  people -- |
| 18 | Pete Paterson?: | Uh-huh. |
| 19 | U/F: | -- are impressed (unclear) -- |
| 20 | Pete Paterson?: | Right. |
| 21 | U/F: | -- when everyone is treated (unclear). |
| 22 | Pete Paterson?: | I ask for my members, the same thing.  The same rights that |
| 23 | | you're entitled to, due process.  Every union leader would say, |
| 24 | | "We fight for fairness."  Bring the facts in.  Give us our day. |
| 25 | | But to criminalize the job that we were sent out to do in a |

| | | |
|---|---|---|
| 1 | | difficult time, when we were under attack, and that the job |
| 2 | | doesn't want to give us that due process, where a DA says, "I |
| 3 | | won't prosecute the wrong doters -- doers, but I'll prosecute |
| 4 | | you."  All I ever asked for, and I say it time and time again, |
| 5 | | fairness, fairness for us, constitutional rights, constitutional |
| 6 | | rights for us, just like for you.  Yes, sir. |
| 7 | U/F: | Is there a (unclear) -- |
| 8 | Pete Paterson?: | Yes, sir. |
| 9 | U/F: | -- (unclear) disciplinary process (unclear)? |
| 10 | Pete Paterson?: | If there's an allegation, investee -- here's what should happen. |
| 11 | | If there's an allegation, invest-- investigate it.  Let the facts go |
| 12 | | where they go.  But what do we see here in the city?  We see a |
| 13 | | video.  We -- always the same words, go back on your tape.  I |
| 14 | | don't like what I saw.  I think he should lose his gun and |
| 15 | | shields.  But then, we gonna have an investigation.  They got it |
| 16 | | backwards.  Get the allegation.  Investigate the allegation.  Then |
| 17 | | decide guilt or innocent, not before. |
| 18 | U/F: | (Unclear) -- |
| 19 | Pete Paterson?: | Yes. |
| 20 | U/F: | -- what happened -- |
| 21 | Pete Paterson?: | Yes, sir. |
| 22 | U/F: | -- (unclear). |
| 23 | U/M3: | I've seen the video last night (unclear) the whole George Floyd |
| 24 | | (unclear)? |

| | | |
|---|---|---|
| 1 | Pete Paterson?: | What we're saying is, we have to take all the circumstances into |
| 2 | | effect, the circumstances they were in.  What was happening |
| 3 | | around them?  They were sent out there.  Their supervisors are |
| 4 | | next to 'em.  We're asking for fairness.  Review, we don't say, |
| 5 | | no.  Review, criminalize it.  It's absolutely wrong.  It should be |
| 6 | | going on. |
| 7 | U/M4: | Based on what you saw on that video, what do you think of what |
| 8 | | you saw on the video? |
| 9 | Pete Paterson?: | The first think I thought is, " Wow!  This cop is gonna get |
| 10 | | demonized along with the rest of us 'cause no one is gonna take |
| 11 | | the time to look at it, review it, and quietly investigate, and |
| 12 | | come to a conclusion.  'Cause the minute it went up, the |
| 13 | | conclusion was made.  And it was made by our leaders.  That's |
| 14 | | wrong.  Yes, sir. |
| 15 | U/M5: | That you going to make it clear, you condemn the killing of |
| 16 | | George Floyd.  (Unclear) now, (unclear) the city (unclear) say, |
| 17 | | this is more than George Floyd.  They believe that reforms that |
| 18 | | you are willing (unclear) the police.  Are the reforms that you |
| 19 | | are willing to accept and help bridge this gap we're seeing? |
| 20 | Pete Paterson?: | We been -- in this Police Department had been reformed time |
| 21 | | and time again for many, many years.  And that's been ignored. |
| 22 | | The problem is, we want to come to the table.  We haven't been |
| 23 | | invited to the table.  The legislature has not invited us to the |
| 24 | | table to have a discussion.  So, do they really want reform?  Do |
| 25 | | they really want compromise?  Do they really wanna -- for us to |

| | | |
|---|---|---|
| 1 | | tell us what it really is in the street, and where we can help? |
| 2 | | That's not really what's happening.  What's happening is the |
| 3 | | fever on the street has caught the fever in our elective leaders, |
| 4 | | and they're running.  And they walked away from us.  In calm |
| 5 | | times, reviewing and decide.  What we're saying now, is we're |
| 6 | | all demonized because someone was murdered in Minnesota.  I |
| 7 | | gonna say it again, most restrained police department in the |
| 8 | | country.  Yes, ma'am. |
| 9 | U/F3: | (Unclear).  But what would be your advice (unclear)? |
| 10 | Pete Paterson?: | My advice would be to sit down with us, and have a rational |
| 11 | | discussion, to see where we might be able to compromise, if we |
| 12 | | can compromise.  But we weren't given that opportunity.  To |
| 13 | | ask, and what we would say is, we're entitled to same rights as |
| 14 | | you.  If there's a false accusation, an obstance-- unsubstantiated |
| 15 | | accusation, if the person that made the complaint against us is |
| 16 | | found out to lie, then, they should be prosecuted too.  But they |
| 17 | | won't do that.  But they want to expose everything, whether |
| 18 | | we're innocence or guilty.  And then they wanna say, "Well, |
| 19 | | where there is smoke, there is fire."  Not always.  Sometimes, |
| 20 | | it's read wrong.  We had that in a video that went out, and the |
| 21 | | police officer took out his weapon during a riot situation.  Take |
| 22 | | his shield.  Suspend him.  My God, I don't like what I saw. |
| 23 | | Well, you know what we did?  We did an investigation.  We got |
| 24 | | the whole tape.  Then the questions are been asked, "Was the |
| 25 | | mayor wrong to say that?"  Why?  Because a millisecond |

| | | |
|---|---|---|
| 1 | | before, that person tried to kill a New York City police |
| 2 | | lieutenant.  Now, the narrative has changed.  If we had done it |
| 3 | | properly, with due process, with fairness, that's what unions |
| 4 | | stand for, that wouldn't have happened.  But unfortunately, time |
| 5 | | and time again, it does. |
| 6 | U/F6: | (Unclear)? |
| 7 | Pete Paterson?: | I couldn't hear the last part. |
| 8 | U/F6: | (Unclear) why did (unclear) it had to be (unclear)? |
| 9 | Pete Paterson?: | Thank you.  Defunding the department is a slogan on a sign that |
| 10 | | has many definitions.  You ask some, they see -- they say, "Get |
| 11 | | rid of the Police Department."  Some would say, "Shift the |
| 12 | | money around."  It's wrong.  We don't have enough police |
| 13 | | officers.  How does it affect the community?  How it would |
| 14 | | affects the community is we're not gonna have police officers |
| 15 | | standing on your corner.  Not just because of the defunding, not |
| 16 | | just because of the defunding, but because we've been pulled |
| 17 | | back from doing our job.  Where you say to a criminal, "We're |
| 18 | | going to have a soft touch."  Where a DA says, "We're not |
| 19 | | prosecuting, no matter what's brought in here."  Well, let's talk |
| 20 | | about what we just had with the riots.  Why then, if the DAs are |
| 21 | | saying that, "We won't prosecute what you bring in."  Why did |
| 22 | | the bosses send us out there to make the collars in the first |
| 23 | | place?  Who's left holding the bag at the end?  Right here.  If |
| 24 | | you didn't want us to do the job, then tell us.  We understand. |
| 25 | | We won't like it.  Our foot would be tapping 'cause we want to |

1                      go out and save the city, but we'll take our orders.  We'll step

2                      back.  But instead, "We won't prosecute.  But we're sending

3                      you out."  What's the point?  But, they can wake up and

4                      prosecute a police officer that was in a terrible situation.  That's

5                      just wrong.  That's dereliction of duty.  Yes, ma'am.

6     U/F7:                 (Unclear)?

7     Pete Paterson?:      What our police officers did, the message came from City Hall,

8                      "A light touch."  But we're out in the street getting bombarded

9                      with bricks, tennis balls with concrete, a -- a -- ice cream

10                     containers full of concrete thrown at us, barriers.  You name it.

11                     You saw it.  We had to protect ourselves.  We had to protect

12                     you.  And we'll do that.  But the shame is, they're not standing

13                     with us.  Because their message is, "Why did the violence

14                     happen in the first place?"  'Cause a message came, "Cops

15                     aren't gonna do anything.  It's gonna be a light touch."  That's a

16                     message.  That's like putting gasoline on the fire.  We're there.

17                     We don't want gasoline on the fire, because standing between

18                     you and them is us.  So, we took the heat.  I don't expect any

19                     police officer to get bashed in the head.  I don't.  I expect them

20                     to do their job professionally.  And they do.  I expect our

21                     leadership not to send out mix messages to say, "There's gonna

22                     be a light touch."  But then send us out there?  Ask the mayor

23                     that question.  Ask the mayor, what was the message you're

24                     sending?  Go out there do the job or don't do the job?  Because,

25                     I don't know.  The boss man is saying, "Light touch."  The brass

| | | |
|---|---|---|
| 1 | | is saying, "Get out there.  Do the job."  That's a question for |
| 2 | | them, quiet honestly.   What is your message?   What's the |
| 3 | | message now?  What's the message now?  Yes, ma'am. |
| 4 | U/F9: | (Unclear)? |
| 5 | Pete Paterson?: | Uh-huh. |
| 6 | U/F9: | (Unclear) program -- |
| 7 | Pete Paterson?: | Yeah. |
| 8 | U/F9: | -- (unclear)? |
| 9 | Pete Paterson?: | Yes. |
| 10 | U/F9: | (Unclear)? |
| 11 | Pete Paterson?: | In -- right.  In any budget, if there is waste, and you can shift |
| 12 | | money, shift it.  But what definition of defunding are they going |
| 13 | | by?   If they want to take responsibilities away from us, they |
| 14 | | want to take vender -- vending -- vender enforcement away from |
| 15 | | us?  Anybody want to do vender enforcement?  Why did we get |
| 16 | | it?  We get it -- we got that job because no one was doing it |
| 17 | | properly.   Mental illness, we don't want to go on those calls. |
| 18 | | It's an issue in society.  But why do we get it?  Because no one |
| 19 | | else is doing it.   And the agencies that is supposed to do it, |
| 20 | | failed.  What's their answer?  Give it to the PD.  If they want to |
| 21 | | shift responsibilities reasonably, do it.  But where you gonna put |
| 22 | | it?  Who's gonna do it?  When you failed, who you gonna ask to |
| 23 | | step up? I got the answer.  It's unfair question.  They gonna ask |
| 24 | | right here.   They gonna come back and give it to the PD. |
| 25 | | Watch, we do our job well.  We do it efficiently.   We do it |

| | | |
|---|---|---|
| 1 | | professionally, while the other agencies failed.  Every failure on |
| 2 | | the street corner that we have to deal with, every 911 call, is a |
| 3 | | failure of another agency that didn't do their job.  Thank you |
| 4 | | everybody.  I appreciate -- I appreciate the job that you doing.  I |
| 5 | | appreciate that you're here allowing us to voice our opinion.  I |
| 6 | | appreciate it.  It wasn't lost on us, that while we were out there, |
| 7 | | wearing our mask, trying to stay healthy, when we looked out, |
| 8 | | we see all of you guys there too helping us tell our story.  I |
| 9 | | thank you for it.  Thank you, guys. |
| 10 | | APPLAUDS |
| 11 | U/M3: | To follow -- to follow what my brother said, and you've heard it |
| 12 | | many times, never, ever apologize for being a New York City |
| 13 | | police officer, a Nassau police officer, a Corrections officer, an |
| 14 | | MTA, a State Board officer.  You name it, I'll say it every day, |
| 15 | | that blue line in the flag, that blue line on the sticker on the back |
| 16 | | of our cards, that's not just a slogan.  It's not just a line; that's |
| 17 | | you.  Never, no matter how bad it gets, apologize for having a |
| 18 | | shield in your pocket.  You know why?  Because of you, I can |
| 19 | | do what I do.  Because of you, I was able to raise my family in |
| 20 | | this city.  Because of you, they can believe in love and pray |
| 21 | | where they want, with whom they want, because of you.  Never |
| 22 | | forget.  God bless you.  Thank you for listening. |
| 23 | | APPLAUDS |
| 24 | U/M: | Richard? |
| 25 | Richard?: | (Unclear). |

1        U/M:            I just want to tell you (unclear).

2        Richard?:       Thank you.

3        U/F:            Give me a second.

4        U/M:            Yeah.  You're right.

5        U/F:            I just (unclear).

6        U/M:            (Unclear).  Let me write them down, and (unclear).

7        U/F:            (Unclear).

8                        **END OF AUDIO FILE**