# EXHIBIT A

## Shot by Officer After Car Crash, Woman Dies

By Matt Flegenheimer and Wendy Ruderman

June 14, 2012

A woman was fatally shot by a plainclothes New York City police detective on Thursday after running a series of red lights in a stolen vehicle in Brooklyn, colliding head-on with a minivan, then scrambling to evade the police, the authorities said.

The woman, 23 was not armed, said Paul J. Browne, the Police Department's chief spokesman. The police have not released her name, but said she was due in court Friday in relation to a 2011 arrest; a woman named Shantel Davis was expected in court Friday in that case, according to court records.

Around 5:40 p.m., the woman, driving a gray Toyota Camry, crossed a double-yellow line, then entered the intersection near East 38th Street and Church Avenue in the East Flatbush section, the police said.

Two plainclothes narcotics officers patrolling the area observed the car's erratic course along Church Avenue, drove toward the Camry and pulled up beside it.

As officers exited the car and approached on foot, the woman moved to the unoccupied passenger side.

She opened the passenger door, which knocked back a police officer, then returned to the driver's seat, put the vehicle in reverse and hit the gas.

At the same time, another officer — a 44-year-old detective who had approached the driver's side — tried to shift the car into park.

"He has his gun in one hand. He's trying to reach the shift to move into park, and he's halfway in and halfway out of the car as it's moving backward," Mr. Browne said. "The weapon discharges one time."

The woman was struck in the chest. Mr. Browne said officials were investigating whether the shot was fired accidentally. Both officers were placed on administrative duty, pending an internal investigation, which is routine protocol for police-involved shootings, Mr. Browne said. They will keep their badges. The detective, who has served since March 2000, has never shot anyone in the line of duty, Mr. Browne added.

Samantha Christian, 37, a witness who had gone to the neighborhood for her daughter's haircut, said steam could be seen rising from the Camry's engine after the crash.

Moments later, Ms. Christian turned to check on her daughter, she said, and heard the gunshot.

"All of a sudden, people were screaming," Ms. Christian said.

Ms. Christian said one officer appeared to motion for the woman to exit the car after the shooting, which she did. "She got out of the car. She took a few steps. She was stumbling and staggering," Ms. Christian said. "Blood was all over the place. And then she fell down."

After paramedics tried to resuscitate her, the woman was taken to Kings County Hospital Center in cardiac arrest and was later pronounced dead, officials said.

By 8:30 p.m., scores of people had gathered along nearby streets. Some jeered at the police, chanting "murderers" as investigators worked at the scene.

Speaking near the intersection where the crash occurred, N. Nick Perry, a state assemblyman, said the shooting appeared "questionable."

"I am seriously concerned that the police may have not acted with good judgment," he said.

Around 8:45 p.m., a fire truck arrived to hose off the intersection, washing away the blood.

The Camry was reported stolen at gunpoint in a carjacking on June 5, and the police said late Thursday that an image of the woman had been shown to the carjacking victim, who positively identified her.

The woman had an extensive criminal record, Mr. Browne said, with eight arrests. She had been out on bail, Mr. Browne said, and was scheduled to appear in court on Friday on charges of kidnapping, attempted murder, possession of a loaded weapon and burglary. On May 5, 2011, Mr. Browne said, the woman was arrested in a burglary, in which she and two others — armed with a silver revolver — forced their way into the Brooklyn home of a 29-year-old man, ordered him to tell them the location of money and shot him four times.

On Thursday, witnesses told investigators that although the officers were in plainclothes, their police shields were visible around their necks, Mr. Browne said.

Both the officer who was struck by the door and the driver of the minivan were treated for minor injuries.

The shooting came a day after Officer Richard Haste pleaded not guilty to charges of first- and second-degree manslaughter in the February shooting death of 18-year-old Ramarley Graham. Mr. Graham, whom police followed to his Bronx home, was not armed.