# EXHIBIT B

**PROPUBLICA** THE NYPD FILES                                      Donate

*The NYPD Files*

# Search Thousands of Civilian Complaints Against New York City Police Officers

**Search for Officer by Name or Badge Number**

[                                          ]        Search

**Look Up a Precinct or Unit**   [ Select a Unit                    ▼ ]

## Phillip Atkins

Detective, Organized Crime Investigation Division, Badge #742
Black male

These are the Civilian Complaint Review Board's findings regarding this NYPD officer. This page only includes allegations against this person for which the CCRB has completed its investigation. A complaint received from a civilian can include multiple allegations.

Units served in
Narcotics Borough Brooklyn South, 67th Precinct

| Total Complaints | Total Allegations | Substantiated Allegations |
|---|---|---|
| 19 | 41 | 4 |

**What the CCRB's Conclusions Mean**

**Substantiated**: The alleged conduct occurred *and* it violated the rules. (Here is a breakdown of the types of discipline the CCRB can recommend. The NYPD can choose to ignore those recommendations. It has discretion over what, if any, discipline is imposed.)

**Exonerated**: The alleged conduct occurred but did not violate the NYPD's rules, which often give officers significant discretion over use of force.

**Unsubstantiated**: The CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.

## Complaint received in February 2012

| Allegation | Discourtesy: Word |
|---|---|
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Search (Of Person) |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Substantiated (Charges) |
| **Allegation** | Force: Physical Force |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Frisk |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in October 2011

| Allegation | Abuse of Authority: Question |
|---|---|
| **Complainant Details** | Black male, 20 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |

| | |
|---|---|
| **Allegation** | Abuse of Authority: Threat Of Force (Verbal Or Physical) |
| **Complainant Details** | Black male, 20 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Discourtesy: Word |
| **Complainant Details** | Black male, 20 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Frisk |
| **Complainant Details** | Black male, 20 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Search (Of Person) |
| **Complainant Details** | Black male, 20 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in November 2010

| | |
|---|---|
| **Allegation** | Abuse of Authority: Strip Searched |
| **Complainant Details** | Black male, 23 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in August 2010

| | |
|---|---|
| **Allegation** | Abuse of Authority: Threat Of Arrest |
| **Complainant Details** | Black male, 44 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |

More details →

## Complaint received in July 2010

| | |
|---|---|
| **Allegation** | Force: Gun Pointed |
| **Complainant Details** | Black male, 23 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |

More details →

## Complaint received in June 2010

| | |
|---|---|
| **Allegation** | Abuse of Authority: Vehicle Search |
| **Complainant Details** | Black male, 52 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in May 2009

| Allegation | Discourtesy: Word |
|---|---|
| **Complainant Details** | Black female, 38 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Force: Gun Pointed |
| **Complainant Details** | Black female, 38 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Threat Of Force (Verbal Or Physical) |
| **Complainant Details** | Black male, 26 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Stop |
| **Complainant Details** | Black male, 26 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Substantiated (Charges) |

More details →

## Complaint received in May 2009

| Allegation | Abuse of Authority: Property Damaged |
|---|---|
| **Complainant Details** | Black male, 26 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in April 2009

| | |
|---|---|
| **Allegation** | Force: Gun Pointed |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Vehicle Search |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Threat Of Force (Verbal Or Physical) |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Refusal To Provide Name/Shield Number |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Search (Of Person) |
| **Complainant Details** | Black male, 53 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in April 2008

| | |
|---|---|
| **Allegation** | Discourtesy: Word |
| **Complainant Details** | Black male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in December 2007

| | |
|---|---|
| **Allegation** | Force: Physical Force |
| **Complainant Details** | Hispanic female, 47 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |
| **Allegation** | Force: Physical Force |
| **Complainant Details** | Hispanic male, 38 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |
| **Allegation** | Abuse of Authority: Threat Of Arrest |
| **Complainant Details** | Hispanic female, 47 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |

More details →

## Complaint received in August 2007

| Allegation | Discourtesy: Word |
|---|---|
| **Complainant Details** | Hispanic male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Abuse of Authority: Strip Searched |
| **Complainant Details** | Hispanic male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Force: Gun Pointed |
| **Complainant Details** | Hispanic male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |

More details →

## Complaint received in July 2007

| Allegation | Discourtesy: Word |
|---|---|
| **Complainant Details** | Black male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |
| **Allegation** | Force: Other Blunt Instrument As A Club |
| **Complainant Details** | Black male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

| Allegation | Abuse of Authority: Vehicle Search |
|---|---|
| **Complainant Details** | Black male, 18 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Exonerated |
| **Allegation** | Force: Gun Pointed |
| **Complainant Details** | Black male, 19 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in March 2007

| Allegation | Force: Gun Pointed |
|---|---|
| **Complainant Details** | Black male, 31 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in January 2006

| Allegation | Force: Physical Force |
|---|---|
| **Complainant Details** | Black male, 35 years old |
| **Rank at Time of Incident** | Detective |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in March 2005

| | |
|---|---|
| **Allegation** | Abuse of Authority: Question And/Or Stop |
| **Complainant Details** | Black male, 32 years old |
| **Rank at Time of Incident** | Police Officer |
| **CCRB Conclusion** | Exonerated |

More details →

## Complaint received in June 2004

| | |
|---|---|
| **Allegation** | Abuse of Authority: Question And/Or Stop |
| **Complainant Details** | Black male, 24 years old |
| **Rank at Time of Incident** | Police Officer |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Complaint received in May 2004

| | |
|---|---|
| **Allegation** | Abuse of Authority: Frisk And/Or Search |
| **Complainant Details** | Black male, 22 years old |
| **Rank at Time of Incident** | Police Officer |
| **CCRB Conclusion** | Substantiated (Charges) |
| **Allegation** | Abuse of Authority: Refusal To Provide Name/Shield Number |
| **Complainant Details** | Black male, 22 years old |
| **Rank at Time of Incident** | Police Officer |
| **CCRB Conclusion** | Substantiated (Charges) |

More details →

**Complaint received in March 2004**

| | |
|---|---|
| **Allegation** | Abuse of Authority: Frisk And/Or Search |
| **Complainant Details** | Black male, 23 years old |
| **Rank at Time of Incident** | Police Officer |
| **CCRB Conclusion** | Unsubstantiated |

More details →

## Help Us Hold the NYPD Accountable

Tell us about your experience with the NYPD. Did you have an interaction with a certain officer that bothered you? Do certain cops have a reputation in your neighborhood? Have you ever filed a complaint? Have you ever been harassed and wanted to file a complaint but didn't? Are you a police officer who's tried to call out misconduct? We want to hear from you.

Email *

Have you ever filed a complaint about an NYPD officer? *
○ Yes
○ No, but I wanted to
○ No
○ I want to tell you about something else (e.g., the actions of a specific officer, problems at a specific precinct or you are an officer who's tried to callout misconduct)

Is there anything else you think we should know about this issue?

**Following up**

As part of this project, a reporter may reach out to speak with you.

Phone

How old are you?

[ 18-25 ⌄ ]

Which of the following best describes your race or ethnic heritage? Check all that apply.
(Optional)

☐ Asian or Asian-American
☐ Black
☐ Hispanic or Latino/a
☐ Middle Eastern or North African
☐ Native American or Indigenous American
☐ Native Hawaiian/Pacific Islander
☐ White
☐ Other
☐ Prefer Not To Share

What is your gender identity?

Saved                                                          [ Submit ]

Powered by CityBase.

**About This Data**

For decades, disciplinary records of police officers in New York have been shielded from public view. After the state recently repealed the law that had kept the records secret, ProPublica requested and received a database from New York City's Civilian Complaint Review Board, which investigates allegations of misconduct against NYPD officers. The database lists the name of each officer, the race of the complainant and the officer, a category describing the alleged misconduct, and whether the CCRB concluded the officers' conduct violated NYPD rules. Police unions have opposed New York City's plan to make public data about disciplinary investigations.

This database names about 4,000 of the NYPD's 36,000 active-duty officers. Every officer in the database has had at least one substantiated allegation. We excluded any allegations that investigators concluded did not occur and were deemed unfounded. The CCRB was not able to reach conclusions in many cases, in part because the investigators must rely on the NYPD to hand over crucial evidence, such as footage from body-worn cameras. Often, the department is not forthcoming

despite a legal duty to cooperate in CCRB investigations. The CCRB gets thousands of complaints per year but substantiates a tiny fraction of them. Allegations of criminal conduct by officers are typically investigated not by the CCRB but by state or federal prosecutors in conjunction with the NYPD's Internal Affairs Bureau or the FBI.

Read more about what we've included in the database and why. If you have information about any of these officers or cases, please fill out our form.

All of the records in this data are from closed cases. But if you see an error, contact the CCRB. If the agency updates its records and lets us know, we'll do so as well.

The data used in this database is downloadable from ProPublica's Data Store.

**Source**

This data was obtained through a records request made to the CCRB. It includes fully investigated allegations only for officers who were members of the department as of late June 2020 and against whom the CCRB has substantiated at least one allegation.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

---

Leak to Us

Steal Our Stories

Contact Us

Donate



© Copyright 2017 Pro Publica Inc.