# Exhibit 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Uniformed Fire Officers Association; Uniformed
Firefighters Association of Greater New York;
Correction Officers' Benevolent Association of the
City of New York; Police Benevolent Association of
the City of New York, Inc.; Sergeants' Benevolent
Association; Lieutenants' Benevolent Association;
Captains' Endowment Association; and Detectives'
Endowment Association,

                    Petitioners/Plaintiffs,

        -against-

                                                        Case No. 1:20-cv-05441

Bill de Blasio, in his official capacity as Mayor of
the City of New York; the City of New York;
Fire Department of the City of New York; Daniel A.
Nigro, in his official capacity as the Commissioner
of the Fire Department of the City of New York;
New York City Department of Correction; Cynthia
Brann, in her official capacity as the Commissioner
of the New York City Department of Correction;
Dermot F. Shea, in his official capacity as the
Commissioner of the New York City Police
Department; the New York City Police Department;
Frederick Davie, in his official capacity as the Chair
of the Civilian Complaint Review Board; and the
Civilian Complaint Review Board,

                    Respondents/Defendants.

**EXPERT REPORT OF DR. JON SHANE**

1.      My name is Dr. Jon Shane, and I am a professor at the Department of Law, Police Science and Criminal Justice Administration at the John Jay College of Criminal Justice.  I have been retained by plaintiffs' counsel as an expert witness in this action to provide testimony on the question of whether police force hiring practices may be affected by publication of records of misconduct allegations that are non-final, unsubstantiated, unfounded, exonerated, or not guilty ("Unsubstantiated and Non-Final Allegations"), and if so, what those effects may be.

2.      As explained below, based on my experience, training, and education, it is my opinion that, to a reasonable degree of professional certainty, publication of Unsubstantiated and Non-Final Allegations are likely to have an unfairly damaging and stigmatizing effect on a police officer's future employment prospects.

## CREDENTIALS, COMPENSATION, MATERIALS REVIEWED

3.      I am currently an associate professor of criminal justice at John Jay College of Criminal Justice in New York City where I teach courses on law enforcement, problem-oriented policing, statistics, and general criminal justice.  I was the inaugural director and co-creator of the NYPD Executive Master's Program offered exclusively to command staff officers of the NYPD.

4.      I have a Bachelor of Science degree (2002), Master of Arts degree (2005), and a doctoral degree (PhD 2008) in criminal justice from School of Criminal Justice, Rutgers University, Newark, NJ.

5.      I began my law enforcement career in 1989 in the Newark (NJ) Police Department.  From 1989 until 1995, I was a police officer working various assignments including uniformed patrol, non-uniformed proactive patrol and special assignments including illegal narcotics, prostitution, bank robbery and serial crimes divisions.

6.      In 1995 I was promoted to sergeant, a first-line supervisory position.  My duties and assignments as a supervisor included patrol, research, analysis and planning, public information, emergency operations center, criminal investigation bureau—violent crime division, office of the police director and the emergency response team. My responsibilities have included supervision of motor patrol and foot patrol officers; conducting personnel inspections and performance evaluations; initiating disciplinary procedures and personnel investigations; monitoring and counseling subordinate personnel; roll call training; and recommending commendations.

7.      In 1998, I was promoted to lieutenant, a mid-managerial position.  My duties and assignments included precinct operations, office of the police director, and research analysis and planning.

8.      In 2000, I was promoted to captain, an executive-level position.  I was assigned as the commanding officer of two police precincts, office of policy, planning and technology-management information systems and command operations center.  At the executive level I was primarily responsible for managing police personnel and resources and ensuring the department's policies were implemented by delegating authority and responsibility to subordinate personnel.

9.      Further details on my professional background, and lists of publications and testimony, are attached below as Exhibit A.

10.     I was retained by Plaintiffs' counsel on August 8, 2020, to provide expert opinions.  I am being compensated at a rate of $550 per hour.

11.     In connection with this assignment, I reviewed the Complaint filed by Plaintiffs in this action, and a spreadsheet and other records produced in this action by Defendants subject to a Stipulation and Confidentiality Order covering confidential information in this action, including materials from the  Civilian Complaint Review Board ("CCRB") concerning records proposed to be released publicly by the CCRB or which have been produced by CCRB in response to Freedom of Information Law ("FOIL") requests.

## OPINIONS

12.     Based on my experience, training, and education, it is my opinion that, to a reasonable degree of professional certainty, publication of Unsubstantiated and Non-Final Allegations will have a disproportionate and unfairly damaging and stigmatizing effect on a police officer's future employment prospects.  Publication of these allegations will decrease future job prospects and may cause an officer to be deprived of a position she or he applies for. This damaging effect is likely even when allegations are characterized as unsubstantiated or unfounded, and even when they result in an exonerated or not guilty determination.

13.     Police officers regularly leave one police department and seek employment with other police departments or other law enforcement agencies.  This happens for a variety of reasons. These include, for example, when a family moves to a new state, or an officer moves from local to state police. Officers also go to smaller police forces to take on bigger leadership roles or move from urban to suburban locations.

14.     There is significant competition for these jobs, and one negative mark can cause an applicant not to be hired. Given the choice between hiring an incumbent police officer with a disciplinary history that includes Unsubstantiated and Non-Final Allegations, and a new recruit or a candidate with less experience who does not have the burden of such allegations, it is my opinion that hiring decisions will likely give undue and unfair weight to the Unsubstantiated and Non-Final Allegations.  In effect, they will be treated as a stigma, regardless of the agency's intention behind the release.

15.     Any misconduct allegations regardless of the disposition would be detrimental to an applicant's chance of being hired. In my experience, the labels of "unfounded." "unsubstantiated," "not guilty," or "exonerated" do not change that outcome. In practical effect, officers will be guilty by accusation for the purposes of the employment application.  The result is that even when complaints of misconduct are baseless, and found to be baseless, they still have a negative impact.  It is reasonable for some police officer unions to have negotiated collective bargaining agreements that provide an officer the ability to expunge a record that is later found to be baseless, as explained in Plaintiffs' Complaint in this action.

16.     The release of disciplinary data in an online database of the kind CCRB proposes will also cause hiring decisions to be based in part on partial or unconfirmed information. The data that the City proposes to release is one-sided and incomplete.

17.     For example, in the data produced by Defendants in this case, one officer was accused of slapping a complainant during an illegal arrest. Following an investigation, the Department determined that the evidence demonstrated that it did not happen.  In my opinion, however, even this result will be treated in practice as a significant negative factor in employment decisions.  The allegation is stigmatizing.  In my opinion, government agencies should be sensitive to this issue and guard against it.  The CCRB's proposed release appears to heighten this problem rather than guard against it.

18.     The problem exists even with complaint allegations that are exonerated.  For example, one officer has only one allegation on his record: the impermissible use of physical force against the complainant. That officer was exonerated of any wrongdoing. Nevertheless, if this allegation shows up in any background investigation, it will still have a stigmatizing and unfair negative effect.

19.     For all non-final determinations of alleged misconduct, the unfairness of the "guilt by accusation" effect is likely to be significant and troubling.


_Jon Shane_
Jon Shane


New York, New York
August 14, 2020

175878868

6

# EXHIBIT A

# Jon M. Shane

John Jay College of Criminal Justice
Department of Law, Police Science and Criminal Justice Administration
524 W. 59th Street
New York, NY 10019
jmsnpd@gmail.com

ACADEMIC QUALIFICATIONS

| | | | |
|---|---|---|---|
| 2008 | Ph.D. | Criminal Justice | School of Criminal Justice, Rutgers University, Newark, NJ |
| 2005 | MA | Criminal Justice | School of Criminal Justice, Rutgers University, Newark, NJ |
| 2002 | BS | Criminal Justice | School of Criminal Justice, Rutgers University, Newark, NJ |

RESEARCH INTERESTS

Issues in police policy and practice; social disorganization theory; situational crime prevention; problem-oriented policing; secondary effects; violent crime; organizational accidents

TEACHING POSITIONS AND INSTRUCTIONAL RESPONSIBILITIES

| | | | |
|---|---|---|---|
| 2015-2017 | Director | New York City Police Department, Executive Master's Program | New York, NY |
| 2014-Present | Associate Professor | John Jay College of Criminal Justice (tenured & promoted, September 2014) | New York, NY |
| 2011-Present | Doctoral Faculty | CUNY Graduate Center, Ph.D. Program in Criminal Justice | New York, NY |
| 2009-2014 | Assistant Professor | John Jay College of Criminal Justice | New York, NY |
| 2005-2008 | Adjunct Lecturer | Rutgers University, Newark College of Arts and Sciences | Newark, NJ |
| 2005 | Adjunct Professor | Fairleigh Dickinson University-School of Administrative Science, Petrocelli College | Teaneck, NJ |

HONORS, RECOGNITION AND AWARDS

| | | |
|---|---|---|
| Recognized as a widely cited scholar for "early onset" of influence[1] | Top 100 Cited Works 2010-2015 | Jan 2019 |
| The 2014 Academy of Criminal Justice Sciences Outstanding Mentor of the Year | Winner | Feb 21, 2014 |
| The 2012 Award for Outstanding Experimental Field Trial | Winner (research team member) | Nov 2012 |
| The 2011 American Society of Criminology Mentor of the Year | Winner | Aug 26, 2011 |
| The 2010 Emerald/European Foundation for Management Development (EFMD) Outstanding Doctoral Research Award (ODRA) | Highly Commended Award Winner | Jan 24, 2011 |
| Dean's List 2009-2010 | Certificate of appreciation for | Oct 28, 2010 |
| Dean's List 2008-2009 | graduate student mentorship | Oct 15, 2009 |

COURSES TAUGHT

Advanced Issues in Policing (D)
Contemporary Problems in Community Policing (G)
Criminology (U)
Introduction to Criminal Justice (U)
Introduction to Law Enforcement (U)
Issues in Criminal Justice (Police & Corrections) (G)
Police and the Community (U)
Police Ethics (G)
Problem-Oriented Policing (G)
Using Computers in Social Research (statistics) (G)

D=Doctoral; G=Graduate; U=Undergraduate

---

[1] Graham, A., Pratt, T.C., Lee, H & Cullen, F. T. (2019).  Contemporary classics? The early onset of influence of articles published in criminology and criminal justice journals, 2010-2015. *Journal of Criminal Justice Education, 30*(3), 348-375 (part of the top 4.1% of all articles published in 20 criminology and criminal justice journals from 2010 to 2015 [Organizational Stressors and Police Performance].  The articles in these journals represent an elite group of research…, p. 354).

Curriculum Vitae
Jon M. Shane (as of July 29, 2020)
Page 2

<u>**DEPOSITION AND TRIAL EXPERIENCE**</u>

| Event | Venue | Date | Case Number and Attorney |
|---|---|---|---|
| Deposition testimony (use of force) | United States District Court, District of New Jersey—Newark | July 29, 2020 | 17-3604 (KM-MAH) (Aymen Aboushi, ESQ.) |
| Deposition testimony (use of force) | United States District Court, District of New Jersey—Newark | May 14, 2020 | 2:15-cv-03215-ES-JAD (Brooke Barnett, ESQ.) |
| Deposition testimony (use of force) | United States District Court Northern District of New York-Utica, New York | January 9, 2020 | 1:18-cv-00672-LEK-TWD (Ronald Rosenkranz, ESQ). |
| Trial testimony (qualified as an expert in police internal affairs and discipline and police policy and practices) | Superior Court, Atlantic County, New Jersey | March 25-26, April 1, 2019 | ATL-L-2517-11 (David Castellani, ESQ) |
| Deposition testimony (internal affairs) | Superior Court, Atlantic County, New Jersey | November 1, 2018 | ATL-L-2517-11 (David Castellani, ESQ) |
| Deposition testimony (internal affairs) | Superior Court, Atlantic County, New Jersey | November 1, 2018 | ATL-L-2517-11 (David Castellani, ESQ) |
| Deposition testimony (use of force) | United States District Court for the Middle District of Alabama, Northern Division | July 30, 2018 | 2:11-cv-370 (Michael Allsup, ESQ) |
| Trial testimony (criminology/statistics) | Superior Court, Hudson County, New Jersey | June 5, 2018 | indictment no. 17-10-0716 (Raoul Bustillo, ESQ) |
| Deposition testimony (general police policy/practices) | Superior Court, Monmouth County, New Jersey | March 9, 2018 | MON-L-1284-15 (David Schwartz, ESQ) |
| Trial testimony (internal affairs) | United States District Court, District of New Jersey—Camden | March 6, 2018 | 1:13-CV-02741 (Jennifer Bonjean, ESQ) |
| Deposition testimony (use of force) | United States District Court, District of New Jersey—Camden | February 23, 2018 | 3:13-CV-07374-JAP-DEA (Barry Pollack, ESQ) |
| Qualified in federal court as an expert in criminal investigations (criminal investigations/internal affairs) | United States District Court, District of New Jersey—Camden | September 5, 2017 | 14-CV-05092 (Jennifer Bonjean, ESQ) |
| Qualified in federal court as an expert in statistics (statistics) | United States District Court, District of New Jersey—Camden | December 2016 | 1:13-cv-06667-RBK-JS (Jennifer Bonjean, ESQ) |
| Qualified in federal court as expert in criminal investigations (criminal investigations/confidential informants) | United States District Court, District of New Jersey—Camden | February 26, 2013 | 08-1873 (NLH) (JS) (Jennifer Bonjean, ESQ) |
| Deposition testimony (show-up procedures) | Superior Court of New Jersey Law Division, Middlesex County | August 23, 2011 | MID L-005876-09 (Lawrence Lustberg, ESQ) |
| Deposition testimony (use of force) | United States District Court, District of New Jersey—Newark | January 13, 2011 | 2:09-CV-4170 (KSH-DS) (David Schwartz, ESQ) |

Curriculum Vitae
Jon M. Shane (as of July 29, 2020)
Page 3

## PUBLICATIONS

*Peer-reviewed Journals*

Twerski, A. & **Shane, J.M.** (2018).  Bringing the science of policing to liability for third-party crime at shopping malls.  *Marquette Law Review, 101*(3): 776-802.

**Shane, J.M.,** Piza, E. & Silva, J. R. (2017).  Piracy for ransom: The implications for situational crime prevention.  *Security Journal.* DOI 10.1057/s41284-017-0115-0.

**Shane, J.,** Lawton, B. & Swenson, Z. (2017).  The prevalence of fatal police shootings by U.S. police, 2015-2016:  Patterns and answers from a new data set.  *Journal of Criminal Justice, 52,* 101-111.

**Shane, J.M.** (2016).  Improving police use of force:  A policy essay on national data collection. *Criminal Justice Policy Review.* 1-21.

**Shane, J.M.,** Piza, E. & Mandalla, M. (2015).  Situational crime prevention and worldwide piracy:  A cross-continent analysis. *Crime Science, 4*(21): 1-13.

**Shane, J.M.** & Magnuson, S. (2014).  Successful and unsuccessful pirate attacks worldwide: A situational analysis.  *Justice Quarterly.* http://dx.doi.org/10.1080/07418825.2014.958187.

**Shane, J.M.** (2012).  The police disciplinary sentencing matrix: An emerging concept.  *Police Quarterly, 15*(1): 62-91.

**Shane, J.M.** (2011).  Daily work experiences and police performance. *Police Practice & Research, 13*(3): 1-19.

**Shane, J.M.** (2011).  Deterrence or system overload? The effect of imprisonment and clearance rates on auto theft in the United States. *Law Enforcement Executive Forum Journal, 11*(1): 149-178.

**Shane, J.M.** (2010).  The limits of auto parts marking as a situational crime prevention measure: A qualitative analysis. *Law Enforcement Executive Forum Journal, 10*(3): 109-140.

**Shane, J.M.** (2010).  Organizational stressors and police performance. *Journal of Criminal Justice. 38*(4): 807-818. [Top 100 Cited Works 2010-2015].

**Shane, J.M.** (2010).  Key administrative and operational differences in the police quasi-military model. *Law Enforcement Executive Forum Journal, 10*(2): 75-106.

**Shane, J.M.** (2010).  Performance management in police agencies: A conceptual framework. *Policing: An International Journal of Police Strategies & Management, 33*(1): 6-29.

Sellers, C.L., Sullivan, C.J., Veysey, B.M., & **Shane, J.M.** (2004). Responding to persons with mental illnesses:  Police perspectives on specialized and traditional practices. *Behavioral Sciences and the Law, 23*(5): 647-657.


*Books & Book Chapters*

**Shane, J.M.** (2020).  Stress Inside Police Organizations: How the Organization Creates Stress and Performance Problems in Police Officers London: Routledge.

**Shane, J.M.** & Magnuson, S. (2019).  Worldwide maritime piracy and the implications for situational crime prevention. In M. Natarajan (ed.) *International and Transnational Crime and Justice: An Anthology.* Cambridge University Press.

Haq, Q. & **Shane, J.M.** (2012).  The impact of work environment on police performance. In V. Sergevnin (ed.), *Critical Issues in American Criminal Justice System.*  Russian Academy of National Economy and Public Administration under the President of Russian Federation. Moscow.

**Shane, J.M.** & Lieberman, C.A. (2009). Criminological theories and the problem of modern piracy. In M. Haberfeld and A. von Hassell (eds.), *Modern Piracy and Maritime Terrorism: The Challenge of Piracy for the 21ˢᵗ Century.* Dubuque, IA: Kendall-Hunt Publishing.

**Shane, J.M.** (2009). September 11ᵗʰ terrorist attacks on the United States and the law enforcement response. In M. Haberfeld and A. von Hassell (Eds.), *A New Understanding of Terrorism—Case Studies, Analyses and Lessons Learned.* New York: Springer.

**Shane, J.M**. (2007).  *What Every Chief Executive Should Know: Using Data to Measure Police Performance.*  New York: Looseleaf Law Publications.


*Monographs & Monograph Chapters*

**Shane, J.** & Swenson, Z. (2018).  Unarmed and Dangerous: Patterns of Threats by Citizens During Deadly Force Encounters with Police Officers. U.K: Routledge.

**Shane, J.M.** (2016).  Confidential Informants: A Closer Look at Police Policy.  Springer Briefs in Criminology Series.  New York, NY: Springer.

**Shane, J.** (2013).  Learning from Error in Policing: A Case Study in Organizational Accident Theory.  Springer Briefs in Criminology Series.  New York, NY: Springer.

**Shane, J.M.** (2012).  Abandoned Properties.  Problem-Oriented Guides for Police, Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services.

**Shane, J.M.** (2008). Go After Terrorism Grants. Brief # 20. In G. Newman and R.V. Clarke, *Policing Terrorism: An Executive's Guide.* Washington. D.C: U.S. Department of Justice.

**Shane, J.M.** (2008).  Developing a Performance Management Model.  New York: Looseleaf Law Publications.

*Professional Journals (Non peer reviewed)*
**Shane, J.M.** (2008, September).  Developing a performance measurement model.  *FBI Law Enforcement Bulletin,* Vol. 77, No. 9.

Delorenzi, D., **Shane, J.M.** & Amendola, K.L. (September 2006.  The Compstat process:  Managing performance on the
pathway to leadership. *Police Chief,* Vol. 73, No. 9.

**Shane, J.M.** (June 2005).  Activity-based budgeting: Creating a nexus between workload and costs.  *FBI Law Enforcement Bulletin,* Vol. 74,
No. 6.

**Shane, J.M.** (April, May, June 2004.).  Compstat process.  *FBI Law Enforcement Bulletin.* Vol. 73. No. 4, 5 and 6.

**Shane, J.M**. (May 2003). Writing a winning grant proposal.  *FBI Law Enforcement Bulletin.* Vol. 72. No. 5.

*Government Publications*
**Shane, J.** (2014).  Reducing Failure: A View of Policing Through an Organizational Accident Lens. In "Mending Justice: Sentinel Event
Reviews," *National Institute of Justice, Special Report,* pp. 50-52. Washington, D.C: National Institute of Justice.
**Shane, J.M.** (August 5, 2009). Report of the expert panel on parts-marking, professional theft and other vehicle security; Auto body repair
shops; Prosecution of parts cases. In. M. Maxfield and R.V. Clarke. *Parts Marking and Anti-theft Devices Technology Study.*  For Maryn
Consulting on behalf of National Highway Traffic and Safety Administration, Washington, D.C. (pp. 107-152).
Clarke, R.V., Zanin, N. & **Shane, J.M.** (August 2004).  Reducing drug dealing in private apartment complexes: Final report to the U.S.
Department of Justice Office of Community Oriented Police  Services on a Project Undertaken in Newark, NJ to Test the Utility
of the Problem-Oriented Guides for Police." Washington, D.C.: U.S. Department of Justice, COPS Office. Accessible at
www.popcenter.org/library.

*Other Publications*
Amendola, K.A., Weisburd, D. Hamilton, E., Jones, G., Slipka, M., **Shane, J.M** & Ortiz, C. (December 2011).  The impact of law
enforcement shift practices and extra-duty employment on various health, safety, performance, and quality of life measures.
Washington, D.C: Police Foundation.
Jones-Brown, D. & **Shane, J.M.** (July 2011).  An exploratory study of the use of informants in drug prosecutions in New Jersey.  Newark,
NJ: ACLU-NJ
**Shane, J.M.** (June 2010).  Miranda's "clear-statement" requirement.  New York City Police Department, *Executive Development Section
Executive Newsletter, 1*(2).
**Shane, J.M**. (Task force advisor and contributor). (2010). Reducing inherent danger: Report of the task force on police-on-police
shootings.  Albany, NY: New York State Task Force on Police-on-Police Shootings.

<u>CONFERENCE PRESENTATIONS AND INVITED LECTURES</u>
*Conference Presentations*
"When Do Police Kill in Metropolitan America"? American Society of Criminology, Thematic Panel, Atlanta, GA, **November 2018.**
"Policing the Mentally Ill: A Problem-Oriented Approach," Seminar on Legal and Ethical Issues in Psychiatry and General Medicine,
invited lecture Columbia University Medical Center, **October 13, 2015.**
"United States Commission on Civil Rights, Office of Civil Rights Evaluation, panel on Police Practices and Prosecution of Police Deadly
Force," invited panelist. Panel presentation. **April 20, 2015.**
"Successful and unsuccessful pirate attacks worldwide: A situational analysis." Annual Meeting Academy of Criminal Justice Sciences,
Orlando, FL. **March 6, 2015.**
"Columbia University, School of Public Health, guest lecture on American policing and the relationship between crime and public health.
Hosted by Dr. Sara Albiola. **February 23, 2015.**
"Terrorist Threat Perceptions of Police Leaders from Small and Medium Police Departments." Feature Roundtable: Annual Meeting
Academy of Criminal Justice Sciences, Philadelphia, PA, **February 19, 2014.**
"The Police Employee Disciplinary Sentencing Matrix: An Emerging Concept." Annual Meeting Academy of Criminal Justice Sciences,
Dallas, TX, **March 21, 2013.**
"A Study on Police Sector Integrity." Annual Meeting Academy of Criminal Justice Sciences, Dallas, TX, **March 21, 2013.**
"Abandoned Buildings and Lots." Annual Problem-Oriented Policing Conference, Providence, RI, **October 22-23, 2012.**
"Deterrence or system overload?  The Effect of Imprisonment and Clearance Rates on Auto Theft in the United States." Annual Meeting
American Society of Criminology, Washington, D.C: **November 16, 2011.**
"Organizational Stressors and Police Performance."  Annual Meeting American Society of Criminology, San Francisco, Ca: **November 19,
2010.**
"The Myth of The American Police Quasi Military Model," Presentation, Annual Meeting Academy of Criminal Justice Sciences, San

Diego, CA: **February 26, 2010.**

"Rethinking Police Use of Confidential Informants," Presentation, Annual Meeting Academy of Criminal Justice Sciences, San Diego, CA: **February 23, 2010.**

"Performance Management in Police Agencies: A Conceptual Framework," Poster presentation, Annual Meeting American Society of Criminology, Philadelphia, PA: **November 5, 2009.**

"Confronting Gun Traffickers:  Stopping the Interstate Flow of Illegal Guns through Tracing and Analysis." Roundtable presentation with Christopher Andreychak, 2008 Annual Meeting American Society of Criminology, St. Louis, MO: **November 15, 2008.**

*Invited Lectures*

"Inter-American Development Bank" on policing in democratic societies, Washington, D.C., **December 2, 2014.**

"Presentation to the Chinese People's Public Security University, Police Security Bureau, Beijing, China on creating a nexus between police workload and budget, police policy and practice issues." **November 29, 2011.**

"Developing a Performance Management Model," Leading Police Performance and Accountability Symposium 2010, Jamaica Constabulary Force, Kingston, Jamaica: **March 30 – April 2, 2010.**

"Tattletales and Victims: Rethinking Police Use of Confidential Informants," John Jay College Graduate Lecture Series: **November 30, 2009.**

"Key Administrative and Operational Differences in the Police Quasi Military Model," CUNY Hostos Community College, Bronx, NY: **October 13, 2009.**

"Eyewitness Identification: Improving Reliability and Preventing Wrongful Convictions," panel discussant providing a perspective on police policy and practice.  American Judicature Society, Annual Meeting, New York City: **August 8, 2008.**

---

### TRAINING WORKSHOPS

| | | |
|---|---|---|
| **2018** | March 29 | Use of Force Investigations Guide–An ASCIA and Police Foundation Webinar, ***Washington, D.C.*** |
| **2018** | March 13 | Murder Book - A Profile of the Los Angeles Police Department's Homicide Case Management Framework, Police Foundation Webinar, ***Washington, D.C.*** |
| **2015** | April 4-17 | Uruguay National Police, Basic and Advanced Criminal Investigations, ***Montevideo, Uruguay.*** |
| **2014** | June 9-20 Sept 15-16 | Uruguay National Police, Basic and Advanced Criminal Investigations, ***Montevideo, Uruguay.*** |
| **2013** | July 9-11 | U.S. Army Senior Military Police Leaders Conference of Performance Management Process, ***Ft. Hood, TX.*** |
| | September 18-20 | U.S. Army Senior Military Police Leaders Conference of Performance Management Process, ***Ft. Campbell, KY.*** |
| **2010** | November 9 | New Haven (CT) Police Department Investigative Training Course, ***West Haven, Connecticut.*** |
| | March 30 to April 2 | Leading Police Performance and Accountability Symposium 2010, Jamaica Constabulary Force. Producers House Building, ***Kingston, Jamaica.*** |
| **2009** | September to November (Various dates) | Implementing and Institutionalizing CompStat in Maryland.  Grant program with University of Maryland and Governor's Office of Crime Prevention, ***Baltimore, MD.*** |
| **2008** | April 22 | Developing a Performance Management Model. Ohio Association of Chiefs of Police. 2008 in-service training conference, ***Deer Creek, Ohio.*** |
| | June 23 | Developing a Performance Management Model. Florida Police Chiefs Association 56th Annual Summer Training Conference, ***Palm Beach Gardens, Florida.*** |
| | August 19 | Developing a Performance Management Model. Virginia Association of Chiefs of Police, Annual Conference, ***Hot Springs, Virginia.*** |

Curriculum Vitae
Jon M. Shane (as of July 29, 2020)
Page 6

|  | October 28 | Developing a Performance Management Model. The Houston Area Police Chief's Association, Woodlands Public Safety Training Center, **Conroe, Texas.** |
|---|---|---|
| **2007** | May 5 | Developing a Performance Management Model. Ottawa Association of Law Enforcement Planners. Algonquin College, **Ottawa, Ontario, Canada.** |
|  | August 8 | Developing a Performance Management Model. Louisiana Attorney General's Command College, **Baton Rouge, Louisiana.** |
|  | October 16-17 | Developing a Performance Management Model. International Association of Law Enforcement Planners, **Calgary, Alberta, Canada.** |

## PREVIOUS EMPLOYMENT AND RELATED EXPERIENCE

| March 2006 July 2006 | Consultant to Essex County College, Newark, NJ to assist with design and implementation of a geographic information system (GIS) training program for law enforcement and homeland security initiatives |
|---|---|
| February 2005 September 2005 | *Staff Member*, NJ Attorney General's Office - Camden Commission for Public Safety. Final report accessible at http://www.state.nj.us/lps/com-report-camden.pdf |
|  | *Research Associate, Rutgers Police Institute.* Conducted public safety research and a police management study in Camden, NJ as a staff member of the *Camden Commission for Public* Safety. Research included a management study on efficiency and recommendations on best practices for organizational change, deployment and sustained crime control initiatives. |
| May 2004 Present | *Senior Research Associate, Police Foundation Washington, D.C.* Currently, serving as a senior research associate to the Police Foundation on a variety of topics related to policing. Most recently, assisted preparing a research grant to the National Institute of Justice entitled: *A National Assessment of the Risks and Benefits of Shift Practices and Related Policies in Law Enforcement: Impact on Officer and Organizational Performance.* |
| October 2003 May 2004 | *Research Team Member, Rutgers Center for Mental Health.* Conducted research on police interactions and responses to persons with mental health issues. Study included conducting on site interviews with police officers as well as calls for service data analysis. |
| September 2003 September 2004 | *Differential Police Response: Neighborhood Social Disorganization and Police Response Time to Domestic Violence Calls.* Principal investigator and author of explanatory research on police response time to domestic violence calls in Newark, New Jersey. The objective was to explain the relationship between indicators of social disorganization and police response time to domestic violence calls for service. |
| March 1993 August 2003 | Successfully solicited by proposal over $50 million in state and federal grants for various police initiatives including community policing, personnel, equipment and training as a member of the Newark Police Department, Research, Analysis and Planning Division |
| June 2001 | Harvard University, John F. Kennedy School of Government and Police Executive Research Forum (PERF)—Senior Management Institute for Police, Session 25, Boston, MA |
| February to June 1998 | Federal Bureau of Investigation, FBI National Academy—193rd Session Quantico, Virginia |
| January to June 1996 | Police Foundation Washington, D.C. Visiting fellow, Police Fellowship Program |
| March 1989 December 2005 | Newark (NJ) Police Department (Retired, Captain of police). See below for detailed law enforcement experience. |

Curriculum Vitae
Jon M. Shane (as of July 29, 2020)
Page 7

| December 1985<br>March 1989 | Clifton (NJ) Police Department |
|---|---|

## GRANTS AND FUNDING

| October 18, 2013 | Ministry of the Interior, Uruguay | $253,156.00 | Scholarship Program for Training in Advanced Criminal Investigations for Uruguay Police |
|---|---|---|---|
| October 18, 2012 | PSC CUNY (award pending) | $10,003.74 | Principal investigator to examine maritime piracy using situational crime prevention |
| April 15, 2010 | PSC CUNY (Award # 63310-00 41) | $3,990 | Principal investigator, to examine the impact of organizational stressors on police performance |
| November 2008 | State of Maryland Governor's Office of Crime Control Programs | $185,696 | Co-principal investigator with Dr. Rachel Boba, Dr. Jeanne Bilanin and Laura Wyckoff to develop and implement Compstat for police agencies throughout Maryland (University of Maryland—IGSR) |

## SERVICE
*Professional*

- Book review: Speaking Truth to Power, *Criminal Law and Criminal Justice Books* — 2017
- Peer-review member, *Crime Science* — 2015
- Peer-review member, *The Sociological Quarterly* — 2012
- Editorial advisory board member, *International Journal of Emergency Services* — 2011
- Peer-review member, *Police Quarterly* — 2011
- ACJS 47th Annual Meeting, *Ethics in Policing, Modalities; Dynamics of Use of Force & The Police Command Structure,* Panel chair — 2010
- Delphi Panel participant, Incentive Research Foundation; offered a police perspective to re-validate and update *The Master Measurement Model of Employee Performance* study conducted in 1992 — 2010
- Peer-review member, *Journal of Criminal Justice* — 2010, 2017
- Peer-review member, *Criminal Justice & Behavior* — 2010
- Peer-review member, *International Journal of Comparative and Applied Criminal Justice* — 2010
- Peer-review member, *Taylor Francis Publishing* — 2010
- Peer-review member, *Police Practice & Research* — 2010
- Peer-review member, *Policing: An International Journal of Police Strategies & Management* — 2009-2010
- Book review member Thompson/Wadsworth publishing — 2009
- Rutgers School of Criminal Justice Alumni Association, Treasurer — 2009-2010
- Invited lecture, Benjamin Cardoza Law School — March 22, 2010
- Invited lecture, U.S. Department of Justice COPS Office National Leadership Roundtable, *Leadership For Public Safety II,* with the Community Policing Leadership Institute (CPLI) at the John Jay College of Criminal Justice Office of Continuing and Professional Studies — April 29-30, 2010

*Department*
- Grant development task force — 2011
- Police Studies Coordinator — 2009-2013
- LPS Faculty Research Salon Discussant — November 2009
- LPS ad hoc Curriculum Committee member — 2010-2015

*College*
- Doctoral faculty member — Jan 14, 2011
- *Clinton Global Initiative*, faculty representative to student committee — 2009-2011
- Council of Major Coordinators — 2009-2011

| | |
|---|---|
| • Council of Allied Major Coordinators (Dean Ann Lopes, Committee Chair) | 2010-2011 |
| • CUNY Faculty COACHE Survey | November 2009 |
| • Chair of the AA Degree Educational Partnerships Committee, CUNY Justice Academy (David Barnet, Director of Educational Partnerships) | 2010-2011 |
| • CRJ 101 student performance evaluation study participant | Sept-Dec 2009 |

*Community*
| | |
|---|---|
| • Bay Area Rapid Transit Police (BART) Police-Citizen Encounters (with Dr. Maki Haberfeld and Consortium for Police Leadership in Equity (CPLE) at UCLA.  Research application was awarded in November and work began in January 2013. | Nov. 27, 2012 |
| • New York City Police Department, Executive Development Section Article Contributor | |
| • Student outreach effort, Passaic County Technical Institute, Wayne, NJ (With Jeanette Taverez, Undergraduate Admission Counselor) | June 2010 March 26, 2010 |
| • Paterson (NJ) Mayor's Task Force on Crime and Violence | October 2009 |

PROFESSIONAL AFFILIATION AND MEMBERSHIP
| | |
|---|---|
| Academy of Criminal Justice Sciences | 2009-Present |
| Police Executive Research Forum | 2003-Present |
| American Society of Criminology | 2004-Present |
| Society for Police and Criminal Psychology | 2008-2009 |

LAW ENFORCEMENT EXPERIENCE

| Parent Command | Division/Unit | Date | |
|---|---|---|---|
| **Office of the Chief of Police** | Command Operations Center | August 2004 | December 2005 |

The Command Operations Center (COC) provides command rank supervision to the Department during non-business hours. The COC personnel monitor significant planned or spontaneous events, inspect Department-wide operations including field deployment, operational readiness, and administrative procedures. The COC also provides control of resources to address prevailing service demands, command level presence and oversight at the scene of unusual incidents.  Personnel assigned to COC also address citizen complaints to ensure departmental objectives are achieved.

| | | | |
|---|---|---|---|
| **Operations Bureau** | North District Police Station—District Commander | April 2004 | August 2004 |

*See East District Station for responsibilities*

| | | | |
|---|---|---|---|
| **Office of the Police Director** | Office of Policy and Planning | August 2002 | April 2004 |
| *See Research, Analysis and Planning Division for responsibilities* | | January 2002 | June 2002 |
| **Operations Bureau** | East District Police Station— District Commander | June 2002 | August 2002 |

The East Police District is the largest geographical precinct in the city with a residential population of approximately 80,000 and a daytime population of more 200,000. Newark's most coveted areas are situated here, including Newark International Airport, Port Newark seaport, the New Jersey Performing Arts Center, University Heights, the campuses of Rutgers University, New Jersey Institute of Technology and Essex County College, and Restaurant Row in the Ironbound. Responsibilities include charge of district station performance, a complement of 160 police officers and detectives, property and evidence, fifty-vehicle fleet, crime analysis, ComStat, personnel assignments, internal affairs and integrity control, records management, and prisoner detention.

| | | | |
|---|---|---|---|
| **Office of the Police Director** | Office of Policy, Planning and Technology—Commanding Officer, Management Information Systems | April 2000 | January 2002 |

MIS exists to ensure the Department operates efficiently through the use of technology. Responsible for managing the Department's information systems which include hardware and software from Intergraph, Oracle and Motorola. Also, GIS services (mapping), computer aided dispatching (CAD), records management system (RMS), researching new technologies, and administering a $5 million budget for personnel and equipment. Directed the following projects:

- Construction and implementation of a state-of-the-art Computer Learning Center
- Development of a multimillion dollar Oracle® records management system (RMS)
- Implementation of a wireless (CDPD) network
- Reorganization and management of the geographic information systems (GIS) program

**Operations Bureau**                    North District Police        July 1999        April 2000
                                         Station—Tour Commander

During a tour of duty, responsible for the efficient operation of one of four geographical District police stations. Responsibilities include supervision of first line supervisors, motor patrol and foot patrol officers; conducting personnel inspections and performance evaluations; initiating disciplinary procedures and personnel investigations; monitoring and counseling subordinate personnel; conducting roll call training, recommending commendations. Also accountable for District desk operations and precinct activities, including charge determinations, reviewing, approving and classifying reports, prisoner detention, assignments, and bail.

**Office of the Police Director**          Policy and Planning          July 1998        July 1999
                                          Division—Executive Officer

*Responsibilities same as listed under Research, Analysis & Planning*

**Office of the Police Director**          Special Assistant to the Police   September 1997   July 1998
                                          Director

The Police Director's Office is responsible for the policy position of the Police Department. Responsible for developing policy, implementing strategic crime control initiatives, responding to interagency correspondence and  letters of complaint, acting as an intermediary among police executives, political and community leaders, representing the Police Director as directed, media relations and public information—Police Department spokesperson—and overall tasks designed to direct the mission of the Newark Police Department.

- Coordinated and appeared in an ethics training video produced for the U.S. Department of Justice—COPS Office through a grant to the Police Foundation, Washington, D.C.
- Assigned to the Criminal Investigation Bureau—Fugitive Apprehension Section to design and implement a Fugitive Apprehension Program.
- Task force member to audit, reorganize and develop policy for the central property and evidence function.

**Criminal Investigation Bureau—Violent Crime Division**   Homicide Section—Detective   May 1997   September 1997
                                          Supervisor

The Homicide Section is responsible for all death investigations, officer-involved shootings, and kidnapping investigations. Responsible for monitoring all active investigations, reviewing "cold" cases, reviewing, classifying and approving investigations, charge determinations, crime scene management, statistical analysis, and database management.

**Field Operations Bureau**                East & West District Police   June 1995   September 1995
                                          Station—Field Supervisor

Responsible for the supervision of motor patrol and foot patrol officers; conducting personnel inspections and performance evaluations; initiating disciplinary procedures and personnel investigations; monitoring and counseling subordinate personnel; conducting roll call training, recommending commendations. Also accountable for desk operations and precinct activities, including charge determinations, reviewing, approving and classifying reports, prisoner detention, and bail.

**Office of the Police Director**          Research, Analysis & Planning   March 1993   May 1997
                                          Division—Detective

Curriculum Vitae
Jon M. Shane (as of July 29, 2020)
Page 10

Responsible for the research and development of budgetary proposals, Department policies, tactical and strategic planning, comparative, statistical and crime analysis, State and Federal grant proposals, interagency surveys, and overall tasks designed to improve the efficiency and effectiveness of the Newark Police Department.

- Over a four-year period successfully solicited by proposal over $40 million in Federal and State funds for community policing initiatives, equipment, personnel, and construction projects.
- Cadre member of the Emergency Operations Center (E.O.C). E.O.C is responsible for activation during all mobilization exercises, demonstrations/protests, severe weather emergencies, civil disorder conditions, airport disasters and other similar critical incidents.
- Participated in a five month police fellowship at the Police Foundation Washington, D.C. Fellowship entailed writing proposals, designing training curricula, conducting research on policing, and participating in management studies on a national level. Also assisted in the development of the Police Foundation's segment of the *Community Policing Consortium Phase V* grant proposal, submitted to the U.S. Department of Justice, COPS Office.
- Participated in the development and implementation of the Newark Police Department's Emergency Response Team (E.R.T). Team member and supervisor August, 1994 - September, 1997.

| | | | |
|---|---|---|---|
| **Special Investigation Bureau** | TARGET Team—Police Officer | November 1992 | March 1993 |

Assigned to the Tactical Auto Recovery Group and Enforcement Team (T.A.R.G.E.T). This proactive anti-crime unit was designed to combat bank robberies, serial crimes, high-profile incidents, carjackings, and auto thefts on a citywide level. T.A.R.G.E.T. jointly participated with the F.B.I.'s Violent Crime Fugitive Task Force and the Joint Bank Robbery Task Force for combined operations.

| | | | |
|---|---|---|---|
| **Field Operations Bureau** | South District Police Station—Police Officer | August 1989 | November 1992 |

Appointed to the Newark Police Department and assigned to the South Police District one of four geographical police precincts in the City. The South District encompasses a residential population of more than 80,000 residents, including several public housing tracts with a population in excess of 10,000 people. The South District also harnesses a sizeable industrial/commercial manufacturing area that raises the daytime population to more than 100,000 people.

- Responsible for service demands and response to calls for police service.
- Assigned to Special Enforcement 1990-1992; district level street-crime suppression unit designed to address local conditions. Responsible for plain clothes/anti-crime efforts, decoy, vice, robbery, prostitution and narcotics operations.
- Participated in selective enforcement operations, including saturation patrol and directed patrol operations in high crime neighborhoods.
- Participated in various community policing programs at the district level
- Field Training Officer 1990-1991

| | | | |
|---|---|---|---|
| **Communications Division (Clifton, NJ Police Department)** | Communications Technician | December 1985 | March 1989 |

Clifton city is one of the urban-15 communities in New Jersey serving a population of nearly 90,000. Responsible for managing police, fire and EMS field assets through a computer aided dispatch system. Also responsible for processing incoming calls for public safety and using advanced crime information systems (CJIS, NCIC).

### DISTINCTION

| | |
|---|---|
| Police Director's Special Recognition Award | 1997 |
| Department Award Excellent Police Duty | 1997, 1996, 1992, 1991, 1990 |
| New Jersey Exemplary Awards Program | 1996 |
| Webber Seavey Award for Quality in Law Enforcement (Finalist) | 1994 |

### PROMOTIONS

| | |
|---|---|
| Captain | September 2000 |
| Lieutenant | July 1998 |
| Sergeant (rank) | July 1995 |

Curriculum Vitae
Jon M. Shane (as of July 29, 2020)
Page 11

| Detective (status) | March 1993 |
|---|---|