# Exhibit 11

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No.: 1:20-CV-05441 (KPF)(KWL)

UNIFORMED FIRE OFFICERS      )
ASSOCIATION, et al.,         )
                             )
        Plaintiffs,          )
                             )
    vs.                      )
                             )
BILL de BLASIO, et al.,      )
                             )
        Defendants.          )
_____)

REMOTE VIDEOTAPED DEPOSITION OF

LAURA MELLO

Friday, August 7, 2020

REPORTED BY:

RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

JOB NO. 28094

1                      LAURA MELLO
2        BY MR. NORTH:
3            Q       Again without breaching privilege,
4        can you explain to me whether the department
5        has a concern that the release of
6        unsubstantiated allegations lodged against
7        corrections officers could affect the
8        reputation of those officers?
9                     MS. SAINT-FORT:  Objection.  Asked
10             and answered and also privileged.
11                    You can answer to the extent it
12             does not infringe on attorney-client
13             privilege.
14                    MR. NORTH:  That wasn't the basis
15             for my question.  That was the basis for my
16             question, and I'm happy to ask again.
17       BY MR. NORTH:
18           Q       Without breaching privilege, can
19       you explain to me whether the department has a
20       concern that the release of unsubstantiated
21       allegations lodged against corrections
22       officers could affect the reputations of those
23       officers?
24                    MS. SAINT-FORT:  Objection.  Asked
25             and answered.

Page 66

1                    LAURA MELLO
2               You can answer again.
3               THE WITNESS:  It is something that
4        we are aware is a concern.
5    BY MR. NORTH:
6        Q       Without breaching privilege, is
7    that a concern of the department?
8        A       That is something the department
9    is aware is a concern.
10       Q       And in deciding whether
11   unsubstantiated or unfounded complaints should
12   be disclosed, has the department considered
13   whether such disclosure could affect
14   corrections officers' future employment
15   opportunities?
16              MS. SAINT-FORT:  Objection.
17              You can answer to the extent it
18       does not breach attorney-client privilege.
19              THE WITNESS:  That's -- the
20       department is aware that is a concern.
21   BY MR. NORTH:
22       Q       Is that a concern of the
23   department?
24              MS. SAINT-FORT:  Objection.  Asked
25       and answered.