# Exhibit 12

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No.: 1:20-CV-05441 (KPF)(KWL)

UNIFORMED FIRE OFFICERS    )
ASSOCIATION, et al.,       )
                           )
        Plaintiffs,        )
                           )
   vs.                     )
                           )
BILL de BLASIO, et al.,    )
                           )
        Defendants.        )
_____)

REMOTE VIDEOTAPED DEPOSITION OF

SHERYL MONTOUR

Friday, August 7, 2020

REPORTED BY:

RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

JOB NO. 28094

```
 1                    SHERYL MONTOUR
 2     because I've been providing aggregate
 3     information and haven't had to release actual
 4     records.  And that would come into play when I
 5     had to review actual records.  But I just --
 6          Q     When you say actual --
 7          A     Uh-huh.
 8          Q     I'm sorry.  I cut you off.  Please
 9     finish.
10          A     Because it's just I -- to my
11     understanding, I didn't like the term
12     "reputation" -- it's not that I didn't like
13     it.  I just don't quite understand.  But it's
14     a privacy matter, and so if I had received a
15     request, I would consider substantiated or
16     unsubstantiated, but I'd follow the guidance
17     that's been provided either through case law
18     or the committee, which I think has opinions
19     out there on the topic.
20          Q     Okay.  And I'm sorry if my
21     question about reputation was unclear, but I
22     can try to be a little bit more specific.
23                My question was whether the
24     department has considered whether the release
25     of unsubstantiated allegations against
```

1                SHERYL MONTOUR
2     firefighters could harm the good name of the
3     firefighters who were identified.
4              MS. QUINN:  Objection.
5              I'm going to instruct the witness
6        only to answer that question to the extent
7        it doesn't infringe on attorney-client
8        privilege.
9              THE WITNESS:  I would say that
10       from my -- from my knowledge and
11       understanding, the case law on this is
12       the -- if it's unsubstantiated, the
13       identity of the party would not be
14       released.
15    BY MR. NORTH:
16       Q     Okay.  Does the department track
17    FOIL requests and responses using a computer
18    system or database of some kind?
19       A     We use the New York City
20    OpenRecords database.
21       Q     And is that where you store or log
22    all of the incoming requests and the outgoing
23    responses?
24       A     If it's not mail, yes.  We track
25    them all through the system, but the responses