

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

August 17, 2020

*Via ECF*

**Alex V. Chachkes**

E  achachkes@orrick.com
D  +1 212 506 3748
F  +1 212 506 5151

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY, 10007

**Christopher J. Cariello**

E  ccariello@orrick.com
D  +1 212 506 3778
F  +1 212 506 5151

Re:   *Uniformed Fire Officers Association et al v. DeBlasio et al* 1:20-cv-05441-KP

Dear Judge Failla:

This firm is counsel to Putative Intervenor Communities United for Police Reform ("CPR") in the above-referenced action.

Pursuant to Your Honor's August 11, 2020 Order, ECF No. 97, on August 14, CPR provisionally filed its Opposition to Plaintiffs' Request for a Preliminary Injunction, ECF No. 133.  Through this letter, CPR now requests that it be permitted to participate in the August 18, 2020 hearing on Plaintiffs' application for preliminary injunction.  The reasons compelling CPR's participation at oral argument are the same as those that should justify its intervention in this matter and the interests it has in this matter.

Respectfully submitted,

/s/ Alex V. Chachkes               /s/ Christopher J. Cariello
Alex V. Chachkes                   Christopher J. Cariello

cc (via ECF):
All counsel of record