UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIFORMED FIRE OFFICERS
ASSOCIATION, *et al*,

                Plaintiff,

-v.-

DEBLASIO, *et al*,

                Defendants.

20 Civ. 5441 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The hearing in this matter, scheduled for August 18, 2020, at 2:00 p.m., will proceed by video conference with audio access as follows: Dial-in: (888) 363-4749 with Access Code: 5123533.  The Court will provide instructions for accessing the conference for video participants separately.

    SO ORDERED.

Dated:    August 17, 2020
               New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge