S.D.N.Y. – N.Y.C.<br>
20-cv-5441<br>
Failla, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty.

Present:
    Jon O. Newman,
    Rosemary S. Pooler,
    Peter W. Hall,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 20 2020

Uniformed Fire Officers Association, et al.,

        *Plaintiffs-Appellants*,

    v.                                20-2400

Bill de Blasio, in his official capacity as
Mayor of the City of New York, et al.,

        *Defendants-Appellees*.

Communities United for Police Reform,
The New York Times Company,

        *Intervenors*.

Upon due consideration, and after oral argument, the Plaintiff-Appellant's motion for a stay, pending appeal, of the district court's order entered July 29, 2020, is DENIED. This denial terminates this Court's order, entered July 30, 2020, which stayed the District Court's July 29, 2020, order pending disposition by this panel of the motion for a stay pending appeal. This panel's opinion will follow.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 08/20/2020.