UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and Detectives' Endowment Association,

        Petitioners/Plaintiffs,

  -against-

Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,

        Respondents/Defendants.

Case No. 1:20-cv-05441-KPF

---

### AFFIDAVIT OF JEREMY F. WOOD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

JEREMY F. WOOD, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Littler Mendelson, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission to any court.

4. There are no disciplinary proceedings pending against me in any State or Federal court.

5. Attached is a true and correct copy of the Certificate of Good Standing I received from the Washington State Bar Association.

6. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Amicus Curiae New York State Black, Puerto Rican, Hispanic & Asian Legislative Caucus.

Date: August 14, 2020
Seattle, Washington

Jeremy F. Wood, WSBA #51803
LITTLER MENDELSON, P.C.
600 University Street, Suite 3200
Seattle, WA 98101
jfwood@littler.com
206.381.4948

*Attorneys for Amicus Curiae*
  *New York State Black, Puerto Rican,*
  *Hispanic & Asian Legislative Caucus*

Sworn to and subscribed
before me this 14th day
of August 2020

Notary Public

4824-8512-8391.1 850000.2690

WENDY S. PETTRONE
Notary Public, State of New York
Monroe County, Reg. #01PE6101976
Commission Expires Nov. 24, 2023