UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and Detectives' Endowment Association,<br><br>         Petitioners/Plaintiffs,<br><br>  -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>         Respondents/Defendants. | Case No. 1:20-cv-05441-KPF |

## ORDER ON ADMISSION *PRO HAC VICE*

The motion of Jeremy F. Wood for admission to practice *Pro Hac Vice* in the above-captioned action is Granted.

Applicant has declared that he is a member of good standing of the bar of the State of Washington; and that is contact information is as follows:

> Jeremy F. Wood
> Littler Mendelson, P.C.
> 600 University Street, Suite 3200
> Seattle, WA 98101

        Telephone: (206) 381-4948
        Facsimile: (206) 447-6965
        Email: jfwood@littler.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Amicus Curiae New York State Black, Puerto Rican, Hispanic & Asian Legislative Caucus in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

    Dated: _____, 2020.

                                                    United States District / Magistrate Judge

4847-1813-6775.1 850000.2690