

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Anthony Paul Coles
T  (212) 335-4844
E  anthony.coles@us.dlapiper.com

August 21, 2020

Hon. Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Uniformed Fire Officers Assoc. v. Bill de Blasio,* **No. 20-cv-05441 (KPF) (RWL)**

Dear Judge Failla:

On behalf of Plaintiffs (the "Unions"), we write to ask the Court to extend the stay of the Court's Order issued today until Wednesday, August 26, 2020, at 2pm.  There were a number of issues and findings raised by the Court, and we would like an opportunity to order and carefully review the transcript that will be prepared with our clients as we make a final decision on whether to seek an appeal at this time.

We thank the Court for its consideration.

Very truly yours,

Anthony Paul Coles

cc:   All Counsel of Record (*via* ECF)
      failla_NYSDChambers@nysd.uscourts.gov