UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, *et al.*, <br><br> Plaintiff, <br><br> -v.- <br><br> DEBLASIO, *et al.*, <br><br> Defendants. | 20 Civ. 5441 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated in open court during the conference on August 21, 2020, Plaintiffs' motion for a preliminary injunction is DENIED IN PART and GRANTED IN PART.  Plaintiffs' request for an injunction is granted to the extent that Defendants NYPD and CCRB may not disclose records of "Schedule A" command discipline violations, for cases heard in the Trial Room, and for which the disposition of the charge at trial or on review or appeal therefrom is other than "guilty," which records have been, are currently, or could in the future be the subject of a request to expunge the record of the case pursuant to § 8, for those officers covered by the Police Benevolent Association, Sergeants Benevolent Association, and Lieutenants Benevolent Association collective bargaining agreements.  Plaintiffs' request for an injunction is denied in all other respects.

SO ORDERED.

Dated:     August 21, 2020
           New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge