UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association,<br><br>     Petitioners/Plaintiffs,<br><br> -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>     Respondents/Defendants. | Case No. 1:20-cv-05441 |

## NOTICE OF INTERLOCUTORY APPEAL

Plaintiffs Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Correction Officers' Benevolent Association of the City of New York, Police Benevolent Association of the City of New York, Inc., Sergeants' Benevolent Association, Lieutenants' Benevolent Association, Captains' Endowment Association, and Detectives'

1

Endowment Association hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's August 21, 2020 order (ECF No. 197) partially denying Plaintiffs' motion for a preliminary injunction.

Dated: August 24, 2020                       Respectfully submitted,

New York, NY

                                                   /s/ Anthony P. Coles
                                                   Anthony Coles
                                                   DLA PIPER LLP (US)
                                                   1251 Avenue of the Americas
                                                   New York, NY 10020
                                                   Telephone: (212) 335-4844
                                                   Facsimile: (212) 884-8644
                                                   Anthony.Coles@dlapiper.com

                                                   *Attorney for Plaintiffs*