

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

August 24, 2020

*Via ECF*

**Alex V. Chachkes**

**E**  achachkes@orrick.com
**D**  +1 212 506 3748
**F**  +1 212 506 5151

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY, 10007

**Christopher J. Cariello**

**E**  ccariello@orrick.com
**D**  +1 212 506 3778
**F**  +1 212 506 5151

Re:     *Uniformed Fire Officers Association et al v. DeBlasio et al*, 1:20-cv-05441-KP

Judge Failla:

Counsel for Proposed Intervenor Communities United for Police Reform ("CPR") respectfully requests that the Court rule formally on its Motion to Intervene in this action, ECF No. 42.

In its oral ruling issued on August 21, 2020, the Court relied in part upon evidence advanced by CPR, including, for example, the Declaration of Brendan Cox and evidence demonstrating the immediate public interest in disclosure of misconduct and disciplinary records. This reliance implicitly suggests the Court's intention to grant (at a minimum) permissive intervention for purposes of CPR's opposition to Plaintiffs' request for a preliminary injunction. *See* ECF No. 97 (approving provisional filing of CPR's opposition papers). A formal ruling to that effect would ensure that the procedural and evidentiary record underlying the Court's ruling on the preliminary injunction is as clear as possible for purposes of appeal.

Counsel further requests that the Court issue such a ruling expeditiously so that the record is clear prior to commencement of proceedings before the Second Circuit.

Counsel has conferred with the parties on this procedural request. Defendants do not oppose. Plaintiffs take the position that the record is currently clear and therefore see no basis for the request. The parties' positions on the underlying motion to intervene are unchanged.

Respectfully submitted,

  */s/ Alex V. Chachkes*          */s/ Christopher J. Cariello*
  Alex V. Chachkes                 Christopher J. Cariello

cc (via ECF):
All counsel of record