

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

KAMI Z. BARKER
Mobile: (216) 903-3610
kbarker@law.nyc.gov

August 24, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

         Re:    Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.
                 20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to respectfully propose the following briefing schedule for defendants' motion to dismiss, which the parties have agreed upon:

      Defendants will file their motion on: September 4, 2020;
      Plaintiffs' opposition is due on: October 2, 2020; and
      Defendants' reply is due on: October 16, 2020.

                                                  Respectfully submitted,

                 By:    **ECF**:              /s/
                                               Kami Z. Barker
                                      Assistant Corporation Counsel

cc:    Anthony Coles (by ECF)
       DLA Piper

*Attorney for Plaintiffs*