

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|:---:|---:|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | KAMI Z. BARKER |
| *Corporation Counsel* | 100 CHURCH STREET | Mobile: (216) 903-3610 |
| | NEW YORK, NY 10007-2601 | kbarker@law.nyc.gov |

August 24, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

           Re:    <u>Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.</u>
                   20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to respectfully propose the following briefing schedule for defendants' motion to dismiss, which the parties have agreed upon:

       Defendants will file their motion on: September 4, 2020;
       Plaintiffs' opposition is due on: October 2, 2020; and
       Defendants' reply is due on: October 16, 2020.

                                                     Respectfully submitted,

                        By:    **ECF**:    _____/s/_____
                                                   Kami Z. Barker
                                          Assistant Corporation Counsel

cc:    Anthony Coles (by ECF)
       DLA Piper

*Attorney for Plaintiffs*

The Court is in receipt of the above letter from the parties proposing a briefing schedule for the Defendants' motion to dismiss.  (Dkt. #203).  The proposed schedule is approved.  Defendants' will file their motion by **September 4, 2020;** Plaintiffs' opposition is due by **October 2, 2020;** and Defendants' reply is due by **October 16, 2020.**

Dated: August 25, 2020
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE