1:20-cv-05441-KPF

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty.

Before:     Denny Chin,
               *Circuit Judge.*

_____

Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Police Benevolent Association of the City of New York, Inc., Correction Officers' Benevolent Association of the City of New York, Inc., Sergeants Benevolent Association, Lieutenants Benevolent Association, Captains Endowment Association, Detectives' Endowment Association,

    Plaintiffs-Appellants,

v.

Bill de Blasio, in his official capacity as Mayor of the City of New York, City of New York, New York City Fire Department, Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York, New York City Department of Corrections, Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Corrections, Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department, New York City Police Department, Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board, Civilian Complaint Review Board,

    Defendants-Appellees,

Communities United for Police Reform, The New York Times Company,

    Intervenors.

_____

**ORDER**

Docket No. 20-2789

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 26 2020
```

Plaintiffs-Appellants seek (1) an administrative stay to allow the parties to brief the stay issue, and (2) a stay of the district court's August 21, 2020 order pending appeal.

IT IS HEREBY ORDERED that, to the extent Appellants request an administrative stay of the district court's order until this motion is determined by a panel, that request is granted. The motion for a stay pending appeal is REFERRED to a three-judge motions panel. Any response to the stay motion must be filed by 5 p.m. on September 4, 2020, and any reply must be filed by 9 a.m. on September 11, 2020. The motion shall be heard by the next available motions panel after briefing is completed.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/26/2020