MANDATE

N.Y.S.D. Case #
20-cv-5441(KPF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty,

Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Police Benevolent Association of the City of New York, Inc., Correction Officers' Benevolent Association of the City of New York, Inc., Sergeants Benevolent Association, Lieutenants Benevolent Association, Captains Endowment Association, Detectives' Endowment Association,

       Plaintiffs-Appellants,

v.

Bill de Blasio, in his official capacity as Mayor of the City of New York, City of New York, New York City Fire Department, Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York, New York City Department of Corrections, Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Corrections, Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department, New York City Police Department, Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board, Civilian Complaint Review Board,

       Defendants-Appellees,

New York Civil Liberties Union,

       Nonparty-Appellee,

The New York Times Company,

ORDER
Docket No. 20-2400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 01 2020

MANDATE ISSUED ON 09/01/2020

Intervenor.
_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit