AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Uniformed Fire Officers Association, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 CV 5441 (KPF) |
| de Blasio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Legal Aid Society

Date: 9/8/2020

*Attorney's signature*

Molly Griffard, 5752688
*Printed name and bar number*

Legal Aid Society
199 Water Street, 6th Floor
New York, NY 10038
*Address*

mgriffard@legal-aid.org
*E-mail address*

314-435-0214
*Telephone number*

646-616-9251
*FAX number*

Print    Save As...    Reset