# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty.

Present:
>Dennis Jacobs,
>Gerard E. Lynch,
>Richard J. Sullivan,
>>*Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 17 2020
```

---

Uniformed Fire Officers Association, Uniformed Firefighters Association of Greater New York, Police Benevolent Association of the City of New York, Inc., Correction Officers' Benevolent Association of the City of New York, Inc., Sergeants Benevolent Association, Lieutenants Benevolent Association, Captains Endowment Association, Detectives' Endowment Association,

>*Plaintiffs-Appellants*,

v.                                                                     No. 20-2789

Bill de Blasio, in his official capacity as Mayor of the City of New York, City of New York, New York City Fire Department, Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York, New York City Department of Corrections, Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Corrections, Dermot F. Shea, in his official capacity as the Commissioner of the New York City Policy Department, New York City Police Department, Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board, Civilian Complaint Review Board,

>*Defendants-Appellees*,

Communities United for Police Reform,

>*Intervenor*.

---

CERTIFIED COPY ISSUED ON 09/17/2020

Plaintiffs-Appellants seek a stay of the district court's August 21, 2020 order pending appeal. Upon due consideration, it is hereby **ORDERED** that the motion is **GRANTED**. See *U.S. Sec. & Exch. Comm'n v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012). It is further **ORDERED** that the Clerk's Office shall confer with the parties and enter an expedited briefing schedule for the appeal. Judge Lynch would deny the stay.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit