UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al., <br><br>       Plaintiffs, <br><br>-against- <br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York, et al., <br><br>       Defendants, <br><br>Communities United for Police Reform, <br><br>       Intervenor-Defendant. | Case No. 1:20-cv-05441-KPF |

**NOTICE OF INTERLOCUTORY APPEAL**

   NOTICE IS HEREBY GIVEN that Intervenor-Defendant Communities United for Police Reform (CPR) appeals to the United States Court of Appeals for the Second Circuit from the district court's August 21, 2020 order, Dkt. 197, denying-in-part-and-granting-in-part Plaintiffs' request for a preliminary injunction. CPR appeals to protect concrete interests established by CPR's Motion to Intervene and supporting declarations, Dkts. 42-48, as well as pending requests under New York Freedom of Information Law, N.Y. Pub. Officers law § 87 *et seq.*, covering records currently subject to the district court's preliminary injunction.

-2-

Dated: New York, New York
September 21, 2020

                                                        Respectfully submitted,

*/s/ Alex V. Chachkes*

Alex V. Chachkes
Rene Kathawala
Christopher J. Cariello
Margaret Wheeler-Frothingham
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5100
achachkes@orrick.com