

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**Alex V. Chachkes**

E  achachkes@orrick.com
D  +1 212 506 3748
F  +1 212 506 5151

**Margaret Wheeler-Frothingham**

E  mwheeler-frothingham@orrick.com
D  +1 212 506 3513

October 2, 2020

*Via ECF*

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY, 10007

Re:     *Uniformed Fire Officers Association et al v. DeBlasio et al* 1:20-cv-05441-KP

Dear Judge Failla:

Pursuant to Your Honor's individual rules, Intervenor Communities United for Police Reform ("CPR") requests a pre-motion conference regarding its anticipated Motion to Dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(6).

CPR has stated in prior briefing many of the grounds on which this case should be dismissed.  In response to the Motions to Dismiss filed by CPR and the City (ECF Nos. 220 and 223), Plaintiffs filed an Amended Complaint (ECF No. 226) attempting to cure pleading deficiencies and re-frame certain claims.  So that it may specifically address the deficiencies of Plaintiffs' claims and allegations as now pled, CPR now intends to move to dismiss the First Amended Complaint.

CPR has conferred with counsel for Plaintiffs and for the City Defendants on a briefing schedule.  All Parties consent to the motion and the proposed schedule briefing schedule below:

| October 16 | City Defendants' and CPR's Motions to Dismiss the FAC |
| --- | --- |
| November 6, 2020 | Plaintiffs' Opposition to Motions to Dismiss |
| November 20, 2020 | Replies in Support of Motions to Dismiss |

CPR respectfully requests that the Court issue an Order setting the briefing schedule agreed to by the Parties.



Hon. Katherine Polk Failla
October 2, 2020
Page 2

Respectfully submitted,

| /s/  Alex V. Chachkes | /s/ Margaret L. Wheeler-Frothingham |
| Alex V. Chachkes | Margaret L. Wheeler-Frothingham |

cc (via ECF):
All counsel of record