UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York, Inc.; Police Benevolent Association of the City of New York, Inc.; Sergeants Benevolent Association; Lieutenants Benevolent Association; Captains Endowment Association; and Detectives' Endowment Association,

         Petitions/Plaintiffs,

    -against-

Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,

         Respondents/Defendants.

------------------------------------------------------------------------x

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

20 Civ. 05441 (KPF)

    **PLEASE TAKE NOTICE**, that upon Defendants' Statement Pursuant To Rule 7.1(a) of the Local Civil Rules of the Southern District of New York, dated September 4, 2020, the Declaration of Kami Z. Barker, dated August 14, 2020, and the exhibits annexed thereto, Defendants' Memorandum of Law In Support Of Their Motion To Dismiss, dated September 16, 2020, and all prior papers and proceedings had herein, defendants will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the Courthouse thereof, 500 Pearl Street, New York, New York, on a date and time to be set by

the Court, for an order, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the complaint in its entirety on the grounds that plaintiffs failed to state a claim or exhaust contractual remedies, entering judgment for defendants, and granting defendants costs, fees, and disbursements together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to the order of the Court, dated October 5, 2020, any papers in opposition to defendants' motion to dismiss, if any, are to be served by November 6, 2020, and any reply is to be served by November 20, 2020.

Dated:   New York, New York
         October 16, 2020

Respectfully Submitted,

**JAMES E. JOHNSON**
Corporation Counsel of the
City of New York
Attorney for the Defendants
100 Church Street
New York, New York 10007-2601
Mobile: (646) 960-1103

By:   /s/
         Kami Z. Barker
         Assistant Corporation Counsel


To:   **DLA PIPER LLP (US)**
      Attorney for Plaintiffs
      (By ECF)

      **Orrick, Herrington & Sutcliffe LLP**
      Attorneys for Defendant-Intervenor
      Communities United for Police Reform ("CPR")
      (By ECF)