UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al., <br><br>        Petitioners/Plaintiffs, <br><br>-against- <br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York, et al., <br><br>        Respondents/Defendants <br><br>-against- <br><br>Communities United for Police Reform, <br>        Intervenor-Respondent/Defendant. | Case No. 1:20-cv-05441-KPF <br><br>**INTERVENOR-DEFENDANT COMMUNITIES UNITED FOR POLICE REFORM'S NOTICE OF MOTION TO DISMISS** |

      PLEASE TAKE NOTICE that upon this Notice of Motion to Dismiss and the accompanying Memorandum of Law In Support of Intervenor-Defendant Communities United for Police Reform's Motion to Dismiss, Intervenor-Defendant Communities United for Police Reform will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint in its entirety and with prejudice, on the grounds that Plaintiffs fail to state a claim.

Dated: New York, New York
October 16, 2020, 2020

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: /s/ *Alex V. Chachkes*

Baher Azmy
Darius Charney
Guadalupe V. Aguirre
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
Tel: (212) 614-6464
bazmy@ccrjustice.org
dcharney@ccrjustice.org
laguirre@ccrjustice.org

Alex V. Chachkes
Rene Kathawala
Christopher J. Cariello
Margaret Wheeler-Frothingham
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5100
achachkes@orrick.com
rkathawala@orrick.com
ccariello@orrick.com
mwheeler-frothingham@orrick.com