

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | KAMI Z. BARKER<br>Mobile: (646) 960-1103<br>kbarker@law.nyc.gov |

November 17, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.</u>
             20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for City Defendants in the above-referenced action.  I write to respectfully request a five-page extension to Your Honor's rules on limiting reply memorandum to 10 pages.  This extension, permitting a 15-page submission, will allow City Defendants to properly respond to plaintiffs' arguments, as raised in their First Amended Complaint and their opposition brief, as well as to comprehensively set forth our categorical grounds for dismissal. This is City Defendants' first request for a page-limit extension, and all parties consent to this request.

                                 Respectfully submitted,

                By:    **ECF**:    /s/
                                     Kami Z. Barker
                              Assistant Corporation Counsel

cc:    DLA Piper (by ECF)
       Anthony Coles
       *Attorney for Plaintiffs*

Orrick, Herrington & Sutcliffe LLP (by ECF)
Alex V. Chachkes
Margaret Wheeler-Frothingham
*Attorneys for Defendant-Intervenor*
*Communities United for Police Reform ("CPR")*