


**JAMES E. JOHNSON**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

KAMI Z. BARKER
Mobile: (646) 960-1103
kbarker@law.nyc.gov

November 17, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Uniformed Fire Officers Association, et al. v. Bill DeBlasio, et al.
     20-cv-05441 (KPF) (RWL)

Dear Judge Failla:

    I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for City Defendants in the above-referenced action. I write to respectfully request a five-page extension to Your Honor's rules on limiting reply memorandum to 10 pages. This extension, permitting a 15-page submission, will allow City Defendants to properly respond to plaintiffs' arguments, as raised in their First Amended Complaint and their opposition brief, as well as to comprehensively set forth our categorical grounds for dismissal. This is City Defendants' first request for a page-limit extension, and all parties consent to this request.

    Respectfully submitted,

By: **ECF**: _____/s/_____
Kami Z. Barker
Assistant Corporation Counsel

cc:  DLA Piper (by ECF)
    Anthony Coles
    *Attorney for Plaintiffs*

      Orrick, Herrington & Sutcliffe LLP (by ECF)
      Alex V. Chachkes
      Margaret Wheeler-Frothingham
      *Attorneys for Defendant-Intervenor*
      *Communities United for Police Reform ("CPR")*

```
Application GRANTED.


Dated:   November 17, 2020            SO ORDERED.
         New York, New York

                                      [signature: Katherine Polk Failla]

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```

2