UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al.,<br>    Petitioners/Plaintiffs,<br>-against-<br>Bill de Blasio, in his official capacity as Mayor of the City of New York, et al.,<br>    Respondents/Defendants<br>-against-<br>Communities United for Police Reform,<br>    Intervenor-Respondent/Defendant. | Case No. 1:20-cv-05441-KPF |

## DECLARATION OF GUADALUPE V. AGUIRRE
## IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

  I, Guadalupe V. Aguirre, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

  1. I am a former Bertha Justice Fellow with Center for Constitutional Rights ("CCR"). I submit this declaration in support of my motion to withdraw as counsel of record for Intervenor-Respondent/Defendant Communities United for Police Reform.

  2. The reason for my withdrawal is that I have ended the term of my fellowship with CCR, which continues to represent Intervenor-Respondent/Defendant in this action. Intervenor-Respondent/Defendant will continue to be represented in this action by Baher Azmy and Darius Charney of CCR and Alex V. Chachkes, Rene Kathawala, Christopher J. Cariello, and Margaret Wheeler-Frothingham of the law firm Orrick, Herrington & Sutcliffe LLP.

  3. I am not asserting a retaining or charging lien in connection with this action.

  4. Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation Intervenor-Respondent/Defendant by Baher Azmy and Darius

Charney of CCR and Alex V. Chachkes, Rene Kathawala, Christopher J. Cariello, and Margaret Wheeler-Frothingham of Orrick.

    I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
        December 21, 2020

*Guadalupe V. Aguirre*