UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al., <br><br> Petitioners/Plaintiffs, <br><br> -against- <br><br> Bill de Blasio, in his official capacity as Mayor of the City of New York, et al., <br><br> Respondents/Defendants <br><br> -against- <br><br> Communities United for Police Reform, <br><br> Intervenor-Respondent/Defendant. | Case No. 1:20-cv-05441-KPF |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Margaret Wheeler-Frothingham, dated January 12, 2021, Intervenor-Respondent/Defendant Communities United for Police Reform hereby moves this Court before the Honorable Katherine Failla Polk, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting the withdrawal of Margaret Wheeler-Frothingham as counsel for Intervenor-Respondent/Defendant Communities United for Police Reform in the above-captioned action.

Dated: New York, New York
January 12, 2021

                                      Respectfully submitted,

                                      Orrick, Herrington & Sutcliffe LLP

                                      By: */s/ Alex V. Chachkes*

| | |
|---|---|
| Baher Azmy | Alex V. Chachkes |
| Darius Charney | Rene Kathawala |
| | Christopher J. Cariello |
| CENTER FOR CONSTITUTIONAL RIGHTS | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 666 Broadway | 51 West 52nd Street |
| New York, New York 10012 | New York, New York 10019 |
| Tel: (212) 614-6464 | Tel: (212) 506-5100 |
| bazmy@ccrjustice.org | achachkes@orrick.com |
| dcharney@ccrjustice.org | rkathawala@orrick.com |
| | ccariello@orrick.com |

*Attorneys for Intervenor-Respondent/Defendant*