UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al., <br><br> Petitioners/Plaintiffs, <br><br> -against- <br><br> Bill de Blasio, in his official capacity as Mayor of the City of New York, et al., <br><br> Respondents/Defendants <br><br> -against- <br><br> Communities United for Police Reform, <br><br> Intervenor-Respondent/Defendant. | Case No. 1:20-cv-05441-KPF |

**CERTIFICATE OF SERVICE**

I, Margaret Wheeler-Frothingham, certify as follows:

On January 12, 2021, I caused the foregoing Motion to Withdraw as Counsel to be served on Joo-Hyun Kang, Director of Intervenor-Respondent/Defendant Communities United for Police Reform via email at the following address: jkang@changethenypd.org.

On January 12, 2021, I also caused the foregoing Motion to Withdraw as Counsel to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2021.

_____
Margaret Wheeler-Frothingham