UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al.,<br><br>        Petitioners/Plaintiffs,<br><br>-against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York, et al.,<br><br>        Respondents/Defendants<br><br>-against-<br><br>Communities United for Police Reform,<br><br>        Intervenor-Respondent/Defendant. | Case No. 1:20-cv-05441-KPF<br><br> |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Margaret Wheeler-Frothingham, dated January 12, 2021, Intervenor-Respondent/Defendant Communities United for Police Reform hereby moves this Court before the Honorable Katherine Failla Polk, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting the withdrawal of Margaret Wheeler-Frothingham as counsel for Intervenor-Respondent/Defendant Communities United for Police Reform in the above-captioned action.

Dated: New York, New York
       January 12, 2021

                                                     Respectfully submitted,

                                                   Orrick, Herrington & Sutcliffe LLP

                                                   By: */s/ Alex V. Chachkes*

| | |
|---|---|
| Baher Azmy | Alex V. Chachkes |
| Darius Charney | Rene Kathawala |
| | Christopher J. Cariello |
| CENTER FOR CONSTITUTIONAL RIGHTS | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 666 Broadway | 51 West 52nd Street |
| New York, New York 10012 | New York, New York 10019 |
| Tel: (212) 614-6464 | Tel: (212) 506-5100 |
| bazmy@ccrjustice.org | achachkes@orrick.com |
| dcharney@ccrjustice.org | rkathawala@orrick.com |
| | ccariello@orrick.com |

*Attorneys for Intervenor-Respondent/Defendant*

Application GRANTED.  The Clerk of Court is directed to terminate Ms. Wheeler-Frothingham as counsel of record for Intervenor-Respondent/Defendant Communities United for Police Reform.

Dated:   January 13, 2021                SO ORDERED.
           New York, New York

                                                   HON. KATHERINE POLK FAILLA
                                                   UNITED STATES DISTRICT JUDGE