UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Uniformed Fire Officers Association, et al.,

                Petitioners/Plaintiffs,

        -against-

Bill de Blasio, in his official capacity as Mayor of
the City of New York, et al.,

                Respondents/Defendants

        -against-

Communities United for Police Reform,

                Intervenor-
                Respondent/Defendant.

Case No. 1:20-cv-05441-KPF

---

## CERTIFICATE OF SERVICE

I, Alex V. Chachkes, certify as follows:

On January 26, 2021, I caused the foregoing Motion to Withdraw as Counsel to be served on Joo-Hyun Kang, Director of Intervenor-Defendant Communities United for Police Reform via email at the following address: jkang@changethenypd.org.

On January 26, 2021, I also caused the foregoing Motion to Withdraw as Counsel to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2021.


*/s/ Alex V. Chachkes*
Alex V. Chachkes