UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association, et al.,<br><br>　　　　　Petitioners/Plaintiffs,<br><br>　　-against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York, et al.,<br><br>　　　　　Respondents/Defendants<br><br>　　-against-<br><br>Communities United for Police Reform,<br><br>　　　　　Intervenor-<br>　　　　　Respondent/Defendant. | Case No. 1:20-cv-05441-KPF |

## DECLARATION OF ALEX V. CHACHKES
## IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

　　　I, Alex. V. Chachkes, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

　　　1.　　I am a Partner at the law firm of Orrick, Herrington, and Sutcliffe LLP ("Orrick"). I submit this declaration in support of my motion to withdraw as counsel of record for Intervenor-Defendant Communities United for Police Reform.

　　　2.　　The reason for my withdrawal is that I am ending my employment with Orrick, which continues to represent Intervenor-Defendant in this action. Intervenor-Defendant will continue to be represented in this action by Renee Phillips, Rene Kathawala, and Christopher J. Cariello of Orrick and Baher Azmy and Darius Charney of Center for Constitutional Rights ("CCR").

　　　3.　　I am not asserting a retaining or charging lien in connection with this action.

　　　4.　　Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation Intervenor-Defendant by Renee Phillips, Rene Kathawala, and

Christopher J. Cariello of Orrick or Baher Azmy and Darius Charney of CCR.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 26, 2021

/s/ *Alex V. Chachkes*
Alex V. Chachkes