AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNIFORMED FIRE OFFICERS ASSOCIATION, et al<br>*Plaintiff*<br>v.<br>DEBLASIO, et al<br>*Defendant* | Case No. 20-cv-5441 (KPF) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant, Communities United for Police Reform.

Date: 03/29/2021

/s/ Caitlin Sikes
*Attorney's signature*

Caitlin Sikes
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

*Address*

csikes@orrick.com
*E-mail address*

(212) 506-5016
*Telephone number*

(212) 506-5151
*FAX number*