UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Uniformed Fire Officers Association; Uniformed Firefighters Association of Greater New York; Correction Officers' Benevolent Association of the City of New York; Police Benevolent Association of the City of New York, Inc.; Sergeants' Benevolent Association; Lieutenants' Benevolent Association; Captains' Endowment Association; and Detectives' Endowment Association,<br><br>       Plaintiffs,<br><br>    -against-<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; the City of New York; Fire Department of the City of New York; Daniel A. Nigro, in his official capacity as the Commissioner of the Fire Department of the City of New York; New York City Department of Correction; Cynthia Brann, in her official capacity as the Commissioner of the New York City Department of Correction; Dermot F. Shea, in his official capacity as the Commissioner of the New York City Police Department; the New York City Police Department; Frederick Davie, in his official capacity as the Chair of the Civilian Complaint Review Board; and the Civilian Complaint Review Board,<br><br>       Defendants,<br><br>Communities United for Police Reform,<br><br>       Intervenor-Defendant. | No. 1:20-CV-05441 (KPF) (RWL) |

**STIPULATION OF VOLUNTARY DISMISSAL**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared in this action

(Plaintiffs, Defendants, and Intervenor-Defendant), by their undersigned counsel, hereby

stipulate to dismiss this matter with prejudice, each party to bear its own costs and attorney's fees.

Dated: April 13, 2021

<table>
<tr><td>

**DLA PIPER LLP (US)**

By: _/s/ Anthony P. Coles_
    Anthony P. Coles
1251 6th Avenue
New York, NY 10020
Tel: (212) 335-4844
Email: anthony.coles@dlapiper.com

*Attorneys for Plaintiffs*

</td><td>

**CORPORATION COUNSEL OF THE CITY OF NEW YORK**

By: _/s/ Kami Z. Barker_
    Kami Z. Barker
    Assistant Corporation Counsel

100 Church Street
New York, New York 10007
Tel: (646) 960-1103
Email: kbarker@law.nyc.gov

*Attorneys for Defendants*

</td></tr>
</table>

**ORRICK, HERRINGTON
  & SUTCLIFFE LLP**

By: _Renee Phillips/APC_
    Renee Phillips
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5153
Email: rphillips@orrick.com

*Attorneys for Intervenor-Defendant*

EAST/180505544